1  KATHRYN J. FRITZ (CSB NO. 148200)
   FENWICK & WEST LLP
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
4  Email:      kfritz@fenwick.com

5  DWIGHT LUECK
   BARNES & THORNBURG LLP
6  11 S MERIDIAN ST
   INDIANAPOLIS, IN 46204-3506
7  Telephone: (317) 231-1313
   Facsimile: (317) 231-7433
8  Email:      dwight.lueck@btlaw.com
   [*Pro hac vice* pending]
9
   Attorneys for Plaintiff
10 PALANTIR TECHNOLOGIES, INC.

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

| | |
|---|---|
| 14  PALANTIR TECHNOLOGIES INC., | **Case No.  C-07-3863 CRB** |
| 15                Plaintiff, | **PALANTIR TECHNOLOGIES INC. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16** |
| 16       v. | |
| 17  PALANTIR.NET, INC., | |
| 18                Defendant. | |

**CERTIFICATION OF INTEREST**                               **CASE NO. C-07-3863 CRB**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, Plaintiff Palantir Technologies Inc. ("PTI"), through counsel, hereby represents and certifies that the following named persons or entities (other than those named as parties to this action) have the following described connection with or direct, pecuniary interest in the outcome of the case:

PTI does not have a parent corporation; there is no publicly held company that owns 10% or more of PTI's stock; and there are no other persons, associations of persons, firms, partnerships or corporations, or other entities known to PTI to have either a financial interest in the subject matter in controversy or in a party to the proceedings or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: July 27, 2007                    **FENWICK & WEST LLP**


By:/s/ Kathryn J. Fritz
                    Kathryn J. Fritz

and

**BARNES & THORNBURG LLP**
**DWIGHT LUECK**
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:     dwight.lueck@btlaw.com
[*Pro hac vice* pending]

Attorneys for Plaintiff
**PALANTIR TECHNOLOGIES INC.**

26142/00401/LIT/1270657.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**CERTIFICATION OF INTEREST**                    **CASE NO. C-07-3863 CRB**