**JOSEPH L. STRABALA, ESQ, SBN   34 832**
**LAW OFFICES of JOSEPH L. STRABALA**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone:  (415) 981-8083
Facsimile:   (415) 398 9663
Email:  legal@quantumsi.com_____

**THOMAS D. ROSENWEIN, ESQ**
**DON E. GLICKMAN, ESQ**
**JAMES A. FLESCH, ESQ**
**GORDON, GLICKMAN, FLESCH & ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone:  (312) 346-1080
Facsimile:  (312) 346-3708
Email:  trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | Case No. C 07 3863 CRB |
| Plaintiff, | Date:   September 21, 2007 |
| vs. | Time:  10:00 AM |
| | Courtroom 8 |
| PALANTIR.NET, INC., | **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION UNTIL THE PENDING ILLINOIS CASE IS DECIDED** |
| Defendant. | |

Supporting Documents:
- Declaration of Tiffany Farriss
- Declaration of George D. DeMet__
- Declaration of Thomas D. Rosenwein
- Complaint for Trademark Infringement filed in United States District Court for the Northern District of Illinois, No. 07 C 4271 Exhibit A
- Complaint for Declaratory Judgment filed in the United States District Court

NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT ON EQUITABLE GROUNDS AND OR STAY THIS ACTION UNTIL THE PENDING ILLINOIS CASE IS DECIDED                                                                                                                     PAGE 1

|   |   |
|---|---|
| 1 | for the Northern District of California, No. C 07 3863 CRB, Exhibit B |
| 2 | • Order Setting Initial Case Management Conference and ADR Deadlines, No. C 07 3863 CRB, Exhibit C |
| 3 | • Order Setting Initial Status Conference, No. . 07 C 4271, Exhibit D |
| 4 | • 2006 Court Statistics, Exhibit L |

5   _____

6   **TO PLAINTIFF PALANTIR TECHNOLOGIES, INC. , and its Counsel**

7   **of Record.**

8   **Kathryn J. Fritz**
    **Fenwick & West LLP**
9   **555 California Street, 12th Floor**
    **San Francisco, CA 94104**
10

11  **PLEASE TAKE NOTICE that defendant PALANTIR.NET, INC. will**
12  **move on at 10:00 A. M on September 21, 2007, or as soon thereafter as the**
13  **matter can be heard, before the Honorable Stephen Breyer in Courtroom 8 at**
14  **450 Golden Gate Avenue in San Francisco, California for a order dismissing**
15  **the Complaint filed in this action on equitable grounds or, in the alternative**
16  **for an order staying this action until a pending Illinois case is decided.**
17  **The grounds for motion are that plaintiff improperly won a "race to the**
18  **courthouse" by the subterfuge of engaging in settlement talks while preparing**
19  **a complaint for declaratory relief and filing in this district, preempting**
20  **movant's filing of a complaint for trademark infringement in Illinois by one**
21  **working day.**
22  **In support of this motion, defendants rely upon the pleading of**
23  **record and orders entered in this action (i.e., Plaintiff's Complaint and the**
24  **Order Setting Initial Case Management Conference and ADR Deadlines), this**
25  **Notice, the Declarations of Defendant's principals and attorney (Tiffany**
26

27  NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT ON EQUITABLE
28  GROUNDS AND OR STAY THIS ACTION UNTIL THE PENDING ILLINOIS CASE IS
    DECIDED                                                              PAGE 2

Farriss, George D. DeMet and Thomas D. Rosenwein) and the Memorandum of Points and Authorities and Exhibits attached thereto submitted in support of this motion.

Dated: August 17, 2007

LAW OFFICES OF JOSEPH L. STRABALA

By: /s/ Joseph L. Strabala
Joseph L. Strabala

and

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.