1

2                           UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4                             SAN FRANCISCO DIVISION

5   PALANTIR TECHNOLOGIES, INC.,          )   Case No. C 07 3863 CRB
                                          )
6              Plaintiff,                  )
                                          )
7        vs.                               )   **ORDER  (Proposed)**
                                          )
8   PALANTIR.NET, INC.,                    )
                                          )
9              Defendant.                  )
    _____)

10

11          Defendant PALANTIR.NET, INC.'s Motion to Dismiss or, in the

12   Alternative, to Stay, came on for hearing on this _____ day of September 2007, the

13   Court having considered the pleadings, arguments of counsel and the law finds:

14          Defendant PALANTIR.NET, INC. is the owner of U. S. Trademark

15   Registration No. 3052005 for PALANTIR®;

16          Defendant PALANTIR.NET, INC. was engaged with the plaintiff

17   PALANTIR TECHNOLOGIES, INC. in on-going settlement talks when plaintiff

18   PALANTIR TECHNOLOGIES, INC. filed this declaratory relief action

19   concerning the PALANTIR® mark;

20          This action was the first-filed law suit involving the Trademark,

21   PALANTIR® between the parties hereto;

22          Defendant filed an Action in Illinois one working day after this suit was

23   filed, Civil Action No. 07 C 4271;

24          There is an identity of the parties in this Action and the Action in Illinois;

25   and

26          This Action and the Action in Illinois are mirror images of each other as to

27   the infringement or non-infringement of Defendant's registered trademark.

28

IT IS HEREBY ORDERED:

1. This action is dismissed without prejudice under the above findings of fact because this suit is and was anticipatory making it an exception to the first-to-file rule. *Z-Line Designs, Inc. v. Bell'O Int'l LLC*, 218 F.R.D. 663, 665 (N.D. Cal. 2003); *Ward v. Follett Corp.*, 158 F.R.D. 645, 648 (N.D. Cal. 1994); *Xoxide, Inc. v. Ford Motor Co.*, 448 F. Supp. 2d 1188, 1192-93 (C.D. Cal. 2006); *Guthy-Renker Fitness, L.L.C. v. Icon Health & Fitness, Inc.*, 179 F.R.D. 264, 271 (C.D. Cal. 1998); *Alltrade Inc. v. Uniweld Products Inc.*, 946 F.2d 622, 625 (9th Cir. 1991).

Dated:  September __, 2007

_____

United States District Judge