1  KATHRYN J. FRITZ (CSB NO. 148200)
   FENWICK & WEST LLP
2  555 California Street, 12th floor
   San Francisco, CA 94104
3  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
4  Email: kfritz@fenwick.com

5  DWIGHT D. LUECK
   BARNES & THORNBURG LLP
6  11 S MERIDIAN ST
   INDIANAPOLIS, IN 46204-3506
7  Telephone: (317) 231-1313
   Facsimile: (317) 231-7433
8  Email: dwight.lueck@btlaw.com
   [*Pro hac vice* pending]
9
   Attorneys for Plaintiff
10 PALANTIR TECHNOLOGIES, INC.

11

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | Case No. C-07-3863 CRB |
| Plaintiff, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| PALANTIR.NET, INC., | |
| Defendant. | |

Dwight D. Lueck, an active member in good standing of the bar of whose business address and telephone number is Indiana Supreme Court, 315 Indiana State House, Indianapolis, Indiana, 46204, (317) 232-1930, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Palantir Technologies Inc.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____    _____
The Honorable Charles R. Breyer
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF     - 2 -     CASE NO. C-07-3863 CRB
ATTORNEY *PRO HAC VICE*