Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

AUG 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

        Plaintiff(s),

v.

PALANTIR.NET, INC.,

        Defendant(s).

CASE NO. C 07 3863 CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Thomas Rosenwein, Esq , an active member in good standing of the bar of District Court, Northern District of Illinois (particular court to which applicant is admitted) whose business address and telephone number is Gordon, Glickman, Flesch & Rosenwein 140 South Dearborn Street, Suite 404 Chicago, IL 60603    312 346 1080

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PALANTIR.NET, INC .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 23, 2007

                                 Charles R. Breyer
                                 United States District    Judge

United States District Court
For the Northern District of California