Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-08-31 09:27:08 ET

Serial Number: 77111698 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark

# PALANTIR

(words only): PALANTIR

Standard Character claim: Yes

Current Status: A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

Date of Status: 2007-06-17

Filing Date: 2007-02-20

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 110

Attorney Assigned:
ELLINGER FATHY JESSICA M Employee Location

Current Location: M1X -TMO Law Office 110 - Examining Attorney Assigned

Date In Location: 2007-06-17

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Palantir Technologies Inc.

Address:
Palantir Technologies Inc.
1530 Page Mill Road
Palo Alto, CA 94304
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

EXHIBIT A

## GOODS AND/OR SERVICES

International Class: 035
Class Status: Active
information and data management and exploration; namely the collection, editing, analysis, viewing, organization, modification, book marking, transmission, storage, exchange, sharing, querying, auditing, and tracking of data and information

**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-17 - Notification Of Non-Final Action E-Mailed

2007-06-17 - Non-final action e-mailed

2007-06-17 - Non-Final Action Written

2007-06-06 - Assigned To Examiner

2007-02-23 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
David A.W. Wong

**Correspondent**
DAVID A.W. WONG
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3506
Phone Number: 317-231-1313
Fax Number: 317-231-7433