# Palantír

*Your continued donations keep Wikipedia running!*

From Wikipedia, the free encyclopedia
(Redirected from Palantir)

A **palantír** is a magical artifact from J. R. R. Tolkien's fantasy legendarium.

## Contents

- 1 Origins and characteristics
- 2 In Middle-earth
- 3 Stones of Arnor
  - 3.1 Elostirion
  - 3.2 Amon Sûl and Annúminas
- 4 Stones of Gondor
  - 4.1 Osgiliath
  - 4.2 Minas Ithil
  - 4.3 Orthanc
  - 4.4 Minas Anor
- 5 In adaptations



A **palantír** in Peter Jackson's *The Lord of the Rings: The Fellowship of the Ring.*

## Origins and characteristics

A *palantír* (sometimes translated as *Seeing Stone* but actually meaning "Farsighted" or "One that Sees from Afar") is a stone that functions somewhat like a crystal ball. When one looks in it, one can communicate with other Stones and anyone who might be looking into them; people of great power can manipulate the Stones to see virtually any part of the world. They were made by the Elves of Valinor in the Uttermost West, almost certainly by the Noldor and possibly by Fëanor. Many *palantíri* were made, but the number is not known. Some had power over other Stones. The stones were of various sizes. The smallest had a diameter of about a foot, while the largest filled a large chamber. The larger stones allowed one to walk around them, thereby changing the viewpoint of its vision. The **Master Stone** was kept in the tower of Avallónë on Tol Eressëa, but no record is made of successful communication from any *palantír* of Middle-earth to this one. They are known to have a power over people, as seen from the experience of Peregrin Took and the Orthanc-stone.

The stones' gaze can pierce anything except darkness and shadow. A technique called *shrouding* was used when something was to be kept secret from the enemies' eyes. Knowledge of this technique was lost long ago, although Sauron probably knew of it.

## In Middle-earth

Some of the stones were given to the Dúnedain of Númenor as a gift, during the Second Age. Of these, Elendil took seven with him on his flight to Middle-earth, and after the Kingdoms in Exile had been established, they were distributed among seven places: four in Gondor and three in Arnor. Sauron captured the *palantír* of Minas Ithil and used it to corrupt Saruman who had the *palantír* of Orthanc and Denethor who had the *palantír* of Minas Tirith. By the end of the Third Age, three had been lost forever, one had been kept in Elostirion and was taken by Círdan back to Valinor, one was buried amongst the ruins of the Dark Tower of Barad-dûr and a sixth had been rendered virtually unusable. The seventh stone was retained by the king of the Reunited Kingdom.

## Stones of Arnor

EXHIBIT B

## Elostirion

One Stone was placed in the tower of Elostirion in the Tower Hills, just west of the Shire. Until it was taken back to the West with the three Elven Rings, it could be used to look along the Straight Road to Avallónë.

## Amon Sûl and Annúminas

The other two Stones in Arnor were those of the watch-tower of **Amon Sûl** (which was ruined in the war between Arnor and the Witch-king of Angmar in 1409, and renamed "Weathertop") and the city of **Annúminas** on Lake Evendim. The Amon Sul stone was the second largest palantír and was nearly lost in 1409, being carried in the retreat to Fornost, where both stones remained until the ending of the North-Kingdom. Both of these stones were lost when Arvedui, the last king of Arnor, was shipwrecked in the Ice-bay of Forochel, in T.A. 1975.

# Stones of Gondor

## Osgiliath

The Stone of **Osgiliath** was the largest stone among the seven, and chief among them. It alone could "eavesdrop" on the others (only two *palantíri* could communicate with each other at one time, and none other but the Osgiliath stone could intercept that communication). It was placed in a tower on the great bridge in Osgiliath that crossed the Anduin. The domed ceiling was painted to resemble a starry sky, and gave its name (*os-giliath*, the Dome of Stars) to the city itself. This Stone was the first to be lost: during the civil war of the Kin-strife around the middle of the Third Age, it fell into the river Anduin.

## Minas Ithil

One Stone was placed at **Minas Ithil** in the mountains that came to be known as the Ephel Dúath. When Minas Ithil fell to the Nazgûl in T.A. 2002, the Ithil-stone was taken to the Barad-dûr and used by Sauron. It was presumably destroyed at the fall of Sauron.

## Orthanc

One Stone was placed at Angrenost (Isengard) in **Orthanc**, the great tower built by the Dúnedain in the Second Age at the southern end of the Misty Mountains. In T.A. 2759, Saruman obtained the keys of Orthanc from Beren, the ruling Steward of Gondor, possibly because Saruman desired to use the *palantír* to garner information on his neighbours and their activities. The stone was also partially responsible for Saruman's fall from grace, as he was using it when he came upon Sauron, and was ensnared by him, though his transformation to one of the fallen Maiar had undoubtedly begun much earlier. Saruman later used the stone to confer with Sauron through the Ithil-stone in Barad-dûr, and plan much of their mutual cooperation throughout the War of the Ring. This communication likely influenced his decision that resistance against Sauron was futile.

Later, Gríma Wormtongue cast the stone down from Orthanc, where it was recovered by Peregrin Took and turned over to Gandalf. Peregrin inadvertently contacted Sauron, after which Gandalf turned the stone over to Aragorn.

Using the stone, Aragorn declared himself as the heir of Isildur to Sauron, seeking to distract him from Frodo. Sauron was led to believe that the One Ring had fallen into the hands of Aragorn or some other Western leader, and this was partly responsible for Sauron's hasty assault against Gondor. Sauron's attack, before he was fully

ready, deeply influenced the outcome of the war. The Orthanc-stone remained in the custody of the Kings of Gondor in the Fourth Age.

## Minas Anor

One Stone was placed at Minas Anor, later renamed **Minas Tirith** and made the capital of Gondor. It was ultimately used by Steward Denethor II, likely to spy on Aragorn and Gandalf, whom he suspected were plotting to usurp him. Eventually, Sauron encountered him (it seems that Denethor did not know he had actually been in contact with Sauron himself). Denethor did not become corrupted, but the great effort of will that this required of him led him to age quickly. Furthermore, using the Ithil-stone, Sauron largely controlled what Denethor saw, leading to the latter's despair and insanity. Denethor was holding the stone when he committed suicide on a funeral pyre, and after this, only people of exceeding power could see in it anything other than two flaming withered hands.

# In adaptations



Aragorn reveals himself to Sauron (top), and Sauron retaliates by revealing Arwen to Aragorn (bottom).

In Peter Jackson's *The Lord of the Rings* films, the *palantíri* of Minas Ithil, Orthanc, and Minas Anor (Minas Tirith) are included with alterations. As a consequence of eliminating the Battle of Bywater, Saruman is killed by Wormtongue much earlier (at the beginning of the extended edition of *The Lord of the Rings: The Return of the King*) and the *palantír* of Orthanc is transferred to Gandalf by means of Pippin retrieving it from Saruman's corpse instead of Wormtongue throwing it from the tower window.

Aragorn also reveals himself to Sauron after the Battle of the Pelennor Fields in the extended version of *The Lord of the Rings: The Return of the King*. It is unclear in the films whether Aragorn uses the *palantír* of Minas Anor or Orthanc to do this. In the book the revelation was the primary factor for Sauron's assault on Minas Tirith before he had fully readied his forces. This plot element is partially transferred to Pippin's use of the *palantír* in the films.

Here, Aragorn is luring Sauron to the Battle of the Morannon, and Sauron responds by showing him a vision of a dying Arwen.

In the film, Denethor's comment to Gandalf, "Do you think the eyes of the White Tower are blind? I have seen more than you know." (paraphrased from the book) may be an allusion to his use of the *palantír*. This is more explicit in the book, where it is implied certain visions are technically true but cast in an ambiguous or outright negative light by Sauron's influence.

Retrieved from "http://en.wikipedia.org/wiki/Palant%C3%ADr"

Categories: Middle-earth objects | Fictional balls

- This page was last modified 01:07, 28 August 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.