**Dwight Lueck - Re: Palantir Technologies**

**From:** "Tom Rosenwein" <trosenwein@lawggf.com>
**To:** <dlueck@btlaw.com>, <dwight.lueck@BTLaw.com>
**Date:** 6/29/2007 6:28 PM
**Subject:** Re: Palantir Technologies

Dwight –
   Apparently your client did not want you to attend the meeting with my client held yesterday in my offices, despite our invitation to you and knowledge of my presence there. However, I did want to summarize for you the results.
   It is my understanding that your client will be discussing the meeting with his board in early July and will be providing my clients with a specific proposal (which he described as in the nature of a coexistence agreement with payments to my client for inconvenience) within two weeks time, which my client agreed to consider thereafter. I presume that the proposal from your client will come through your offices to me. In return, my client urged him to also consider their proposal – i.e., a change of name for Palantir Technologies, which at this stage of its development is not a significant detriment and will be much less expensive than any payments to my client.
   I also confirm what was expressed at the meeting, i.e., that the meeting held yesterday was in the nature of settlement discussions, therefore confidential, and not to be used by either party for any purpose other than for the exploration of a potential amicable resolution.
      Best regards,
-- Tom Rosenwein

   Thomas D. Rosenwein
   Gordon, Glickman, Flesch & Rosenwein
   140 S. Dearborn St.
      Suite 404
   Chicago, IL 60603
   (312) 346-1080
   fax: (312) 346-3708
   trosenwein.com
   trosenwein@lawggf.com

* * * * * * * CONFIDENTIALITY NOTICE * * * * * * * *
This e-mail or the documents accompanying this e-mail contain information which may be confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem.



EXHIBIT C