| | |
|---|---|
| 1 | KATHRYN J. FRITZ (CSB NO. 148200) |
| | FENWICK & WEST LLP |
| 2 | 555 California Street, 12th floor |
| | San Francisco, CA  94104 |
| 3 | Telephone: (415) 875-2300 |
| | Facsimile:  (415) 281-1350 |
| 4 | Email:       kfritz@fenwick.com |

DWIGHT D. LUECK
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:       dwight.lueck@btlaw.com
[*Pro hac vice*]

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | **Case No.  C-07-3863 CRB** |
| Plaintiff, | **(PROPOSED) ORDER DENYING MOTION TO DISMISS COMPLAINT FOR BAD FAITH OR, IN THE ALTERNATIVE, TO STAY THIS ACTION UNTIL THE PENDING ILLINOIS CASE IS DECIDED** |
| v. | |
| PALANTIR.NET, INC., | |
| Defendant. | |

The Court, having considered the pleadings, arguments of counsel and the law in conjunction with Defendant's Motion to Dismiss Complaint for Bad Faith or, in the Alternative, to Stay This Action Until the Pending Illinois Case is Decided, finds:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Complaint for Bad Faith or, in the Alternative, to Stay This Action Until the Pending Illinois Case is Decided is **DENIED.**

Dated: _____    _____
                                                                              United States District Court Judge