**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 21, 2007**

**C-07-03863 CRB**

**PALANTIR TECHNOLOGIES INC.  v.  PALANTIR.NET.INC**

| Attorneys: | Dwight Lueck | Joseph Strabala |
|---|---|---|
|  | Kathryn Fritz | Thomas Rosenavein |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **James Yeomans**

**PROCEEDINGS:**                                                                          **RULING:**

1.  D's Motion to Dismiss or in the Alternative to Stay            Submitted

2. 

3. 

**ORDERED AFTER HEARING:**



(X ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court   X

(  ) Referred to Magistrate Judge For: _____
         (  )By Court        (  )Parties to approach Chief Magistrate in future

(  ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____            Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____