1  **JOSEPH L. STRABALA, ESQ, SBN   34 832**
   **LAW OFFICES of JOSEPH L. STRABALA**
   One Embarcadero Center, Suite 1020
2  San Francisco, CA 94111-3698
   Telephone:  (415) 981-8083
3  Facsimile:   (415) 398 9663
   Email:  legal@quantumsi.com
4

5  **THOMAS D. ROSENWEIN, ESQ (Pro Hac Vice)**
   **DON E. GLICKMAN, ESQ**
   **JAMES A. FLESCH, ESQ**
6  **GORDON, GLICKMAN, FLESCH & ROSENWEIN**
   140 South Dearborn Street, Suite 404
7  Chicago, IL 60603
   Telephone:  (312) 346-1080
8  Facsimile:  (312) 346-3708
   Email:  trosenwein@lawggf.com
9

10  Attorneys for Defendant
    PALANTIR.NET, INC.

11
                        UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISACO DIVISION
14

15  PALANTIR TECHNOLOGIES, INC.,          ) Case No. C 07 3863 CRB
                                          )
16              Plaintiff,                )
                                          )
17        vs.                             )
                                          )
18  PALANTIR.NET, INC.,                   ) Certification of Interested  Entities
                                          )
19              Defendant.                )

20

21

22        **Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this**

23  **date,**

24  **other than the named party, Palantir.Net. Inc., there is no such interest to**

25

26  **report.**

27

    **Dated: October 12, 2007**
28

         Certification of Interested Entities  By Defendant Palantir.Net.Inc.          Page 1

1

2          **LAW OFFICES OF JOSEPH L. STRABALA**

3

4          By:  _____
                         Joseph L. Strabala

5

6                  and

7          **THOMAS D. ROSENWEIN (pro hac vice)**
           **DON E. GLICKMAN**

8          **JAMES A. FLESCH**
           **GORDON, GLICKMAN, FLESCH &**

9          **ROSENWEIN**
           140 South Dearborn Street, Suite 404

10         Chicago, IL 60603
           Telephone:  (312) 346-1080

11         Facsimile:  (312) 346-3708
           Email:  trosenwein@lawggf.com

12         Attorneys for Defendant
           PALANTIR.NET, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28