1  KATHRYN J. FRITZ (CSB NO. 148200)
   FENWICK & WEST LLP
2  555 California Street, 12th floor
   San Francisco, CA 94104
3  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
4  Email:    kfritz@fenwick.com

5  DWIGHT D. LUECK
   BARNES & THORNBURG LLP
6  11 S. Meridian Street
   Indianapolis, IN 46204-3506
7  Telephone: (317) 231-1313
   Facsimile: (317) 231-7433
8  Email:    dwight.lueck@btlaw.com

9  Attorneys for Plaintiff
   PALANTIR TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALANTIR.NET, INC.,<br><br>　　　　Defendant. | Case No. C-07-3863 CRB<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the Court's Electronic Case Filing program (ECF) under General Order 45);*

ADR CERTIFICATION BY PARTIES AND
COUNSEL                                                                  CASE NO. C-07-3863 CRB

1    (2) Discussed the available dispute resolution options provided by the Court and private
2 entities; and
3
4    (3) Considered whether this case might benefit from any of the available dispute
5 resolution options.

7 Dated: October 22, 2007

8 _____
Alexander Karp, C.E.O.
Palantir Technologies, Inc.

10 _____
Dwight D. Lueck
*dwight.lueck@btlaw.com*
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

ADR CERTIFICATION BY PARTIES AND COUNSEL      - 2 -      CASE NO. C-07-3863 CRB