## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

       Plaintiff,

  v.

PALANTIR.NET, INC.,

       Defendant.

No. C 07 3863 CRB

### DECLARATION OF GEORGE DEMET

1.   I am one of the founders of the company known as Palantir.net, Inc. I serve as its secretary, and have done so since its incorporation on April 24, 2000.

2.   I am over the age of 21 years and, if called as a witness, I could testify competently as to the matters set forth in this Declaration.

3.   In the summer of 1996, I began providing Web site design and development services as a sole proprietor under the name "Palantir Internet Services". I set up my first business Web site in July 1996, and purchased the domain name "palantir.net" in March of 1997.

4.   In 1997, I began working professionally with Tiffany Farriss, who I hired as an independent contractor to provide new business development and programming support. Her background as college mathematics major and her experience with and interest in programming languages, data reduction and analysis moved me toward pursuing increasingly sophisticated and complex software and Web application projects.

5.   In March of 1998, I filed for an Assumed Business Name from the County Clerk of Cook County to do business as "Palantir Internet Services" in the State of Illinois. I had



EXHIBIT

A

referred to Palantir Internet Services in marketing copy as "Palantir" as far back as July of 1996, and used a logo with the standalone word "Palantir" on the palantir.net Web site since at least the spring of 1997.

6.     As my business grew, it became clear by early 2000 that I needed to hire several full-time employees, and on May 1, 2000, I incorporated Palantir.net, Inc. in the state of Illinois as an S-corp owned jointly by Tiffany Farriss and myself.     As part of this incorporation, all Palantir Internet Services assets, clients, and marketing materials, including the palantir.net domain and Web site, were transferred to Palantir.net, Inc.

7.     Starting in 2000, Palantir.net began began pursuing more complex database and multimedia software development projects, thereby expanding from an initial focus on Web site development. Our first two full-time employees (in addition to Ms. Farriss and myself) were programming and database specialists experienced in working with Javascript, Perl, PHP, C, C++, Java, Visual Basic, Microsoft SQLServer and MySQL.     Our philosophy as a firm has always been that we will take almost any Web or software development project that seems interesting to us and is a fit for our general skillset, regardless of whether we've done it before or not. We have consistently advertised database applications among our services on our public Web site since at least the spring of 2003.

8.     As our firm grew, and we began doing more jobs outside the State of Illinois, we recognized the importance of trademarking our name to avoid confusion in the marketplace. In April of 2002, we applied for a U.S. federal trademark to use the word "PALANTIR" in connection with our computer services, including designing and hosting network web sites for others, designing database software for others, designing multimedia software for others, and

design in the field of multimedia presentations for others. This application was published for opposition on November 8, 2005, and registered on January 31, 2006.

9.     Today, Palantir.net is a firm with 11 full-time employees in addition to a number of part-time and freelance resources that are brought in on a per-project basis.

10.     We have experienced tremendous growth within the last five years, despite not being funded by any outside investment or venture capital.   We have always taken the "bootstrapping" approach to growth, investing the vast majority of profits back into the company.

11.     While the majority of our clients are still based in the Midwest, within the last couple of years, we have picked up a number of clients outside the region, and our national reputation has been steadily growing.   While the majority of our employees live and work in the Chicago area, we also have employees based in Colorado and Arizona, and often recruit freelancers from around the nation.

12.     Our direct client base includes a number of educational institutions (including, but not limited to Columbia College Chicago, DePaul University, Northwestern University, School of the Art Institute of Chicago, University of Chicago Law School, University of Denver, Washington University in St. Louis, and Chicago Public Schools), cultural institutions (including, but not limited to the Art Institute of Chicago and the Indianapolis Museum of Art), corporate clients (including, but not limited to M3 Capital Partners, LLC, First Bank & Trust, Maine Plastics, Inc., and Rubloff Residential Properties), and nonprofit and professional organizations (including, but not limited to the Associated Colleges of Illinois, the Great Lakes Protection Fund, the Illinois Supreme Court Commission on Professionalism, Presbyterian Homes, Ragdale Foundation, the Sisters of the Sorrowful Mother, AIGA Chicago, the Kane

County Bar Association, the National Association of Bar Executives, and the Urban Libraries Council)

13.    Moevoer, much of our work is done in collaboration with partners who hire us to consult on, manage and/or implement technical solutions that they lack the in-house expertise to develop themselves.  These partners include, but are not limited to Brainforest, Inc., SGDP, Crosby Associates, Faust, Ltd., Froeter Design Company, Inc., Lipman Hearne, LOWERCASE, Inc., Neiger Design, Inc., Petrick Design, SGDP, and Studio Blue, Inc.

14.    In collaboration with these other firms we have also worked on projects for a number of current and former Fortune 500 corporations, including Allstate, Fluor Federal Services, Motorola, and Baxter International, as well as the Federal Emergency Management Agency, Ariba, United Airlines, and financial services sector clients Order Execution Services, Thoma Cressey Bravo and Townsend Analytics.

15.    In addition to the large number of standalone and CMS-backed Web sites we have created, some (but not all) of the diverse database application projects we have developed include:

- A database application that was used by the Federal Emergency Management Agency to manage reports submitted by Department of Homeland Security contractors operating on a $100 million technical assistance contract.

- A database application designed to allow a Department of Homeland Security contractor to rapidly identify available resources for deployment through FEMA and track those deployed personnel.

- A software platform for member-based organizations that allows them to manage their Web site, membership database, promote upcoming events, and sell products online.

- A completely custom end-to-end inventory, customer management, and order fulfillment system for a greeting card company.

- A database application for a real estate firm that allows them to track the success of different print-based ad campaigns and customize their advertising accordingly.

- A Web site for the same real estate firm that collates data from a number of different multiple listing services and offers a variety of consolidated search and results options.

- An award-winning educational program that includes a hybrid multimedia application for Microsoft Windows and Apple Macintosh PCs, a Web site, and a backend database application that tracks data for thousands of student and parent participants at several of the largest school districts in the United States.

- An order procurement system backed by a searchable online database that manages purchase order requests for several academic departments at Northwestern University.

- Room and equipment scheduling software.

- A standalone custom point-of-sale application to manage information about a hotel's customers and rewards program.

- A database application designed to allow a global real estate investment banking and advisory firm the ability to organize and display completed transactions on their Web site by transaction type, market sector, and date.

- A database system designed to automatically schedule and allocate docent resources for educational programs at the Museum of the Art Institute of Chicago.

- A custom-developed Web site content management system used by a variety of clients in the corporate, academic, institutional, and non-profit sectors.

- A repository that allows board members of an environmental endowment fund overseen by several state governors to access organizational and financial documents.

16.    In January or Feburary of 2007, one of our employees, Nick Disbato, noticed an ad for

an Interaction Designer posted on the 37signals job board (http://jobs.37signals.com/) by a

company named Palantir.  This employee had himself been hired by us through a job

posting that we had made on this board (which describes itself as a place used by major

companies to find "today's best and brightest web minds") in the summer of 2006, and

5

commented that he had noticed that we were hiring there again.   Knowing that we did not

currently have an ad running on that site, Ms. Farriss and myself looked at the ad and soon

discovered that it was in fact an ad placed by PTI for an Interaction Designer, and that the

job description was similar to the kind of position that we might advertise for.

17.     Upon a review of PTI's Web site, we concluded that the company was in fact in the

business of designing database software for others, as evidenced by its description of its

product as an "analytical platform" and other references on their Web site to "building

enterprise class software", and "building custom database code", as well as the fact that

they were hiring interaction designers and software engineers.  Further research indicated

that PTI was a high potential startup that was currently operating in "stealth mode".

18.     We subsequently brought this to the attention of our attorney and asked him to send a

letter informing PTI of the infringement and asking them to change their name, since we

already have a trademark on the word "PALANTIR" in connection with the design of

database applications, among other things.

19.     Shortly after the letter was sent and before we had received a response from PTI, we

noticed that PTI had filed their own trademark for the word "PALANTIR" for

"information and data management and exploration; namely the collection, editing,

analysis, viewing, organization, modification, book marking, transmission, storage,

exchange, sharing, querying, auditing, and tracking of data and information".  PTI's

application did not mention the fact that their services involved designing database software

for others.

20.     It was around this time that we also noticed that PTI had begun using Google's

AdWords service to pay for sponsored search results for the word "Palantir" on Google

and other Web sites. Prior to this, our Web site had been one of the highest ranked results for a search for the word "Palantir" on Google, and PTI's Web site had not even appeared in the first page of results. While our Web site remained ranked above PTI's for several months, by September of 2007, we noticed that PTI's Web site now appeared above ours.

21.    Search engine placement is an important part of our marketing efforts, and we have spent years working to ensure that our Web site was well-represented in Google's search results. PTI's aggressive advertising of the Palantir name on Google has made our Web site more difficult to find and has made it more likely that users will confuse PTI's Web site for ours.

22.    In April 2007, a number of Palantir.net employees, including Tiffany Farriss, Colleen Carroll, and myself, attended UX Intensive, a four-day workshop sponsored by Adaptive Path, and targeted at interaction designers. There, we were approached by one of the attendees, who noticed that our nametags said, "Palantir.net, Inc." and said, "Oh, I interviewed with you out in San Francisco". After I told him that we did not have an office in San Francisco, it soon became apparent that the company that he interviewed with was in fact PTI. Although he initially appeared reticent to discuss what kind of business PTI was engaged in due to some non-disclosure forms he had signed with them, he eventually opened up and told us that they were involved in designing database software to help government agencies and others with data profiling. He said that he was told during his interview that at PTI, "we do what the people on [the TV show] '24' wish they could do". He also informed

us that PTI was a company funded by venture capital, and that they were spending a lot of money developing their product. We frequently attend and participate in these kinds of conferences not only for professional development purposes, but also as an important part of our marketing and recruiting efforts.

23.    Palantir.net's reputation has been built up over the last 11 years mainly through the quality of our work, word-of-mouth, networking and our presence on the Web. As a "bootstrap" firm, we do not have the resources to extend ourselves through expensive marketing efforts. I am very concerned that we have already experienced confusion with PTI centered around our mutual recruiting efforts, as attracting top-notch talent is absolutely vital to the continued growth and success of our business.

24.    I am also very concerned that we have experienced confusion and that PTI has surpassed us in Google search engine rankings while it is still a company operating in "stealth mode". If PTI is in fact a well-funded company with national aspirations, they have the ability to completely overshadow our brand if they begin marketing themselves in earnest.

FURTHER DECLARANT SAYETH NAUGHT.

I, George DeMet, declare under penalty of perjury under the law of the United States, the foregoing is true and correct. Executed in Evanston, Illinois on October 24, 2007.

George DeMet

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

        Plaintiff,

  v.

PALANTIR.NET, INC.,

        Defendant.

No. C 07 3863 CRB

## DECLARATION OF TIFFANY FARRISS

1.    I am the president of Palantir.net, Inc., a corporation in good standing in the State of Illinois, which was incorporated on April 24, 2000.

2.    I am over the age of 21 years and, if called as a witness, I could testify competently as to the matters set forth in this Declaration.

3.    I met George DeMet in September 1996 and began working with him as Palantir Internet Services in 1997. I had created my first Web site in 1995 and, because of this experience, we had collaborated on an award-winning, Web-based project for Willard Residential College, in our spare time.

4.    From September 1996 through December 1998, I had NASA research experience for undergraduates (REU) grant under which I learned and applied data analysis and reduction methods to study gamma ray radiation from the pulsar GX1+4 as obtained by the OSSE instrument on Compton's Gamma Ray Observatory, a satellite administered by the Naval Research Observatory.

5.    In the Spring of 1997, I was offered the opportunity to work on the Northwestern University Information Technology and University Home page. However, because of my



EXHIBIT

B

research grant I declined the project myself and instead referred it to Palantir Internet Services. This consulting relationship with Northwestern University continues through today.

6.    I worked as an independent subcontractor for Palantir Internet Services on this and all other projects that from 1997 through Palantir.net's incorporation in April 2000. My work with Palantir Internet Services continued to grow during that time and, as a result in January 1999, I stopped work on the pulsar and switched one of my majors from Astronomy and Physics to Mathematics so I could take a more intensive mathematics curriculum, increasing the number of computer science-related courses.

7.    When Palantir Internet Services incorporated as Palantir.net, Inc. I became the co-owner of the company. Since that time, Palantir.net has continued to grow based on our reputation built upon solid work and excellent customer service.

8.    During our first few years as a corporation (2000-2003), Palantir.net had 4 employees, including George and myself and steady six-figure revenues as we built up that reputation in fairly hostile economic times. Our clients at that time included the Chicago Public Schools, Northwestern University, German American Chamber of Commerce of the Midwest, Rubloff as well as several design partners with whom we worked on projects for Motorola, Ariba, Allstate, and Townsend Analytics.

9.    It was also during that time that we realized the value of the business that we were building and that we were in this for the long haul. While we worked on our first branding project, we realized that we needed to trademark Palantir for the computer services that we provided. We filed that application in April 2002 and it was finally registered January 2006, after publication for opposition in November 2005.

10.    In 2004 our revenues increased 82% and new clients included Hagerty Consulting (including projects for FEMA), Evanston Community Foundation, and the University of Chicago.

11.    In 2005 revenues increased   13% as Palantir.net added 2 additional full time employees. We began working with the Art Institute of Chicago, Associated Colleges of Illinois, Urban Libraries Council and Sisters of the Sorrowful Mother.

12.    In 2006, revenues increased 59% and another full time employee was added. We also added the School of the Art Institute, DePaul University, Harris Theater of Music and Dance, Washington University in St. Louis, and M3 Capital Partners as new clients.

13.    In 2007, our year-to-date revenues have increased 30% already with year-end projections indicating growth of 94% with seven-figure revenues and the addition of four new full time positions.

14.    New clients this year include Columbia College Chicago, University of Denver, and First Bank and Trust. In collaboration with our design partners, Palantir.net also began work for Thoma Cressey Bravo, Chicago Partners, Order Execution Services, and Baxter Healthcare.

15.    Our growth has occurred without the aid of investors. Palantir.net prides itself on being a bootstrapped company, rooted in traditional business values.

16.    Palantir.net prices its projects based on an hourly rate, which ranges from $125 – 250 per hour depending on the client, personnel involved and skill set required. Our project work deliverables include:

- Web sites
- Content Management System integrations
- Web-based applications
- Database integrations
- Stand alone desktop applications – multimedia, point-of-sale and data entry

- Consulting: usability, Interface design, heuristic evaluations, business process, database model
- Training and documentation

17.   Palantir.net projects can be categorized by size: small (under $25,000), medium ($25-100k) and large ($100-300k+). The bulk of Palantir.net projects work is on medium sized projects, with typically one or two large projects per year. That said, 2008 appears likely to have several such large projects based current projections.

18.   Palantir.net has a strategic vision for sustainable growth, choosing new projects based on the strengths and interests of those at Palantir.net and new clients based on the shared vision and long-term relationship potential.

19.   Palantir.net is typically invited to bid on projects through the strength of our reputation and this is the primary way we attract new clients.  Project success is promoted through our Web site, other Web sites, listservs and publications of relevance to the project and award competitions. Attendance at industry conferences and events is also used to promote our company. One key to our success and is that we survived and grew during the period of the "dot com mania" collapse in 2000 and 2001. Having a longevity of over ten years in a field known for high turnover is an important part of our identity and our appeal to clients.

20.   Palantir.net.net spends considerable effort attracting and hiring new employees. We use Monster, Craig's List, 37 Signals Job Board, Authentic Jobs and recruiting firms.

FURTHER DECLARANT SAYETH NAUGHT.

I, Tiffany Farriss, declare under penalty of perjury under the law of the United States, the foregoing is true and correct.  Executed in Evanston, Illinois on October 25, 2007.

Tiffany Farriss

4

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,052,005

Registered Jan. 31, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# PALANTIR

PALANTIR.NET, INC. (ILLINOIS CORPORA-
TION)
1601 SIMPSON ST.
SUITE 6
EVANSTON, IL 60201

FOR: COMPUTER SERVICES, NAMELY DESIGN-
ING AND HOSTING NETWORK WEB SITES FOR
OTHERS, DESIGNING DATABASE SOFTWARE
FOR OTHERS, DESIGNING MULTIMEDIA SOFT-

WARE FOR OTHERS, AND DESIGN IN THE FIELD
OF MULTIMEDIA PRESENTATIONS FOR OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-1996; IN COMMERCE 7-0-1996.

SER. NO. 76-399,465, FILED 4-22-2002.

BILL DAWE, EXAMINING ATTORNEY

EXHIBIT

tables-

C



Home

Products

Jobs

Contact

Tech Blog

**Palantir is a thriving software startup in Palo Alto, California.**

Superior, human-driven tools are needed to explore and analyze the subtle connections that exist in vast networks of heterogeneous information. In 2004, a close-knit group of seasoned entrepreneurs from the early days of PayPal, eBay, and other successful Silicon Valley companies teamed up with friends from Stanford's CS PhD program to tackle this new space. Information analysis and its use in investigations and knowledge management have been redefined by the team's combined breakthroughs in search, collaboration, and visualization.

The result of this remarkable partnership was Palantir, a thriving company whose technology has garnered intense and enthusiastic interest from its diverse customer base.

## You Are Brilliant
## We Are Hiring

Join a proven team of smart Silicon Valley engineers in building technology that will change the way people look at information.

- Great Technology
- Great People
- Great Business

Now looking for the world's best computer scientists »

**Palantir Technologies**     100 Hamilton Avenue, Suite 300, Palo Alto, California 94301     (650) 494-1574





Home

Products

Jobs

Contact

Tech Blog

## Providing the human mind with effective conceptual access to
# vast amounts of information

Palantir's analytical platform is revolutionizing information analysis and management, providing superior human-driven systems explore and analyze the subtle connections that exist within vast networks of heterogeneous information.

### Palantir
# Government

Analysts at government agencies across investigative and intelligence realms are experiencing tremendous analytical challenges managing the tidal wave of information that flows across their desks and throughout their knowledge networks.

Palantir Government provides a new way of exploring, understanding, and sharing these large sets of structured and unstructured information across departmental and organizational lines.

With Palantir, analysts collaboratively unlock knowledge once hidden from their view.

### Palantir
# Financial

Palantir Financial is a powerful new analytical platfo approaching and understanding financial markets.

For decades, traders and economists have struggled conventional financial and statistical software to ex financial world. With Palantir, analysts directly explo manipulate dynamic financial concepts. Properties a amongst a vast array of time series, time periods, m trends and events, and exotic hedge fund strategies discovered, published and shared, unlocking organi knowledge.

Market analysis that took hours or wee be done in minutes and mouse clicks.

Qualified persons interested in our analytical platform may contact inquiries@palantirtech.com for more information.

Palantir Technologies    100 Hamilton Avenue, Suite 300, Palo Alto, California 94301    (650) 494-1574



Home

Products

Jobs

Life At Palantir
Positions

Contact

Tech Blog

# You Are Brilliant
# We Are Hiring



"Every day holds new challenges and opportunities to really make a difference. I feel like I am pe
responsible for my own success and integral to the success of the company. Working alongside
people, there's a sense that everyone feels just as involved."

––Derek C., Softwa
Carnegie Mellon University, Class of 2002, BS Co

Read more about I

## Why Palantir?

- Change the world through new ways of exploring information.
- Brilliant, social, fun teammates who are also some of the smartest people you'll meet anywhere.
- Well-funded startup environment with full salary and benefits (medical, dental, etc.)
- Pre-IPO stock options in a company with tremendous growth potential.
- Silicon Valley innovation – no pointy-headed managers. Flat, egalitarian structure means the best idea wins.
- Not Web 2.0! Real revenue and business models.

Interested in
View all o
Email resumes@palantirtech

Palantir Technologies    100 Hamilton Avenue, Suite 300, Palo Alto, California 94301    (650) 494-1574



## Palantir
*Technologies*

Home

Products

Jobs

Life At Palantir
Positions

Contact

Tech Blog

# The best and brightest
# need apply.

Palantir is a rapidly growing startup looking for extremely bright, talented people to join our team.

We are currently looking for employees to fill the following positions:

## Engineering
Software Engineer
Quality Assurance Engineer
Release Engineer
Client Services Engineer
Unix Systems Engineer

## Design
Interaction Designer

## Product
Associate Product Manager
Technical Writer

## Business
Business Development Associate
Support Engineer

## Training
Trainer

## Operations
IT Manager and Systems Administrator

Apply now by sending your resume to **resumes@palantirtech.com**.

### Why Palantir?

- Change the world through ne exploring information.
- Brilliant, social, fun teammate
- Startup environment with full (medical, dental, etc.)
- Pre-IPO stock options
- Silicon Valley innovation -- no headed managers. The best i
- Not Web 2.0! Real revenue ar models.

### The Perks

- Free drinks and snacks, with
- Game room with 90" projectic Nintendo Wii, Xbox360, and massage chair
- On-site gym
- Free gourmet catered lunche
- Free dinner from local restau nightly

Interested in joining Palantir?
Send us your resume now.

Palantir Technologies    100 Hamilton Avenue, Suite 300, Palo Alto, California    (650) 494-1574

Case 3:07-cv-03863-CRB     Document 29-2     Filed 10/26/2007     Page 19 of 38

Palantir Technologies, Inc. Jobs: Software & Programming careers - Yahoo! HotJobs    Page 1 of 1

Case 3:07-cv-03863-CRB    Document 29-2    Filed 10/26/2007    Page 20 of 38

Yahoo! My Yahoo! Mail Help

Search: [_____]    [Web Search]

**Yahoo! hotjobs**

Sign In
New User? Sign Up

Home    Job Search    My Searches    My Jobs    My Resumes    Career Tools

Employers: Post Jobs

Hiring Solutions    Sign In

Home > Job Search > Company Profiles > P > Palantir Technologies, Inc.

## Palantir Technologies, Inc. Jobs and Profile

**Palantir Description**

| | |
|---|---|
| **Company Name:** Palantir Technologies, Inc. | **Employees:** less than 100 |
| **Headquarters:** Palo Alto, CA | **Website:** View website |
| **Industry:** Software & Programming | |
| **Sector:** Financial | |

### Palantir is a thriving software startup in Palo Alto, California.

We are working on a tough problem involving real-time analysis of large-scale structured and unstructured data. In 2004, a close-knit group of seasoned entrepreneurs from the early days of PayPal, eBay, and other successful Silicon Valley companies teamed up with friends from Stanford's CS PhD program to tackle this new space.

Our clients include US Government Agencies and Hedge Funds.

| My HotJobs | Career Tools | Other Resources | | |
|---|---|---|---|---|
| My Profile | Finding a Job | Networking | Continuing Education | Yahoo! HotJobs Canada |
| My Resume | Resumes | Newsletters | Retirement | Employer Solutions |
| My Job Alerts | Interviewing | Career Assessment | Management | Post Jobs |
| My Saved Searches | Salary | Career Change | Work/Life Balance | Employer Sign-in |

Copyright © 2007 Yahoo! Inc. All rights reserved. Copyright/IP Policy | Terms of Service | Guidelines
Work at Yahoo! HotJobs | About us | Affiliate Program | Advertise with us | Site map

NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy.

Please send us your feedback

This is G o o g l e's cache of http://blog.palantirtech.com/2007/01/03/hello-world/ as retrieved on Oct 10, 2007 16:39:50 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:WB6KHUH_O4MJ:blog.palantirtech.com/2007/01/03/hello-world/+%22palantir+technologies%22&hl=en&ct=clnk&cd=5&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **palantir technologies**

# Palantir TechBlog

Thoughts on Java, computer science, and software
development from the engineering front-lines.

You Are Brilliant
**We Are Hiring**
Now looking for the world's
best computer scientists...
Learn more »

Home

Products

Jobs

Contact

Tech Blog

About the Blog

## Archives

- September 2007
- July 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007

## Categories

- coding (14)
- development process (1)
- fun (2)
- javatech (7)
- palantir (3)
- performance (1)
- softwarephilosophy (2)
- swing (6)
- tips and tricks (5)

- Uncategorized (1)

# Search TechBlog

[ Search ]

# Hello World - we are Palantir Technologies

January 3rd, 2007 by Ari

**Palantir TechBlog**

Thoughts on Java, computer science, and software
development from the engineering front-lines.

Welcome to the Palantir TechBlog. Here's a place for our engineers to sound off about all things technical. For now, it will be mostly related to general software engineering topics with a focus on development of enterprise software in Java. This will lead us to talk about SQL, Unix, Swing tricks, scaling Java, development practices and a host of other attendant topics related to what we do.

To be clear: we're not a J2EE shop, we're building enterprise class software from the ground up out of Java. So what does that mean? We're building large scale data systems that have a server component and desktop client component. Which means that we sort of touch on everything end-to-end, from making Swing performant and pretty to building custom database code to model some of the very interesting things that we're dealing with.

Please feel free to comment, we'd love to hear from you.

Swing hack: making transparent components disappear »

This entry was posted on Wednesday, January 3rd, 2007 at 10:58 pm and is filed under palantir. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## Leave a Reply

[_____] Name (required)

[_____] Mail (will not be published) (required)

[_____] Website

Case 3:07-cv-03863-CRB     Document 29-2     Filed 10/26/2007     Page 23 of 38

Submit Comment

Case 3:07-cv-03863-CRB    Document 29-2    Filed 10/26/2007    Page 24 of 38
Case 1:07-cv-042.    Document 12-6    Filed 09/27/20.    Page 15 of 33
Case 3:07-cv-03863-CRB    Document 9    Filed 08/17/2007    Page 7 of 18

GORDON, GLICKMAN, FLESCH & ROSENWEIN
A PROFESSIONAL ASSOCIATION
THE MARQUETTE BUILDING
140 SOUTH DEARBORN STREET, SUITE 404
CHICAGO, ILLINOIS 60603

FILE COPY

JAMES S. GORDON, LTD.*
DON E. GLICKMAN, LTD.*
JAMES A. FLESCH, LTD.
THOMAS D. ROSENWEIN, LTD.
*ALSO ADMITTED TO PRACTICE IN FLORIDA

February 19, 2007

TELEPHONE (312) 346-1080
FACSIMILE (312) 346-3708
WWW.LAWGGF.COM

WRITER'S INTERNET ADDRESS:
TROSENWEIN@LAWGGF.COM

**VIA FEDERAL EXPRESS**

Mr. Joseph Todd Lonsdale
Palantir Technologies Inc.
1530 Page Mill Road
Palo Alto, California 94304

　　　*Re:　PALANTIR*
　　　　　*Our File No. TM12975.4*

Dear Mr. Lonsdale:

　　　　This firm is IP counsel to Palantir.net, Inc., (hereinafter "Palantir.net"), an Illinois corporation, that develops software, database applications and custom interactive web sites. As you may know, our client has been using the mark PALANTIR in connection with its services since July 1996.

　　　　You may also be aware that, on January 31, 2006, Palantir.net was granted a federal trademark registration on the Principal Register of the United States Patent and Trademark Office. A copy of the USPTO record of that registration is enclosed for your ready reference. That registration is for use of the mark PALANTIR in connection with the following services:

　　　　　　　　"Computer services, namely designing and hosting network web sites for others, designing database software for others, designing multimedia software for others, and design in the field of multimedia presentations for others."

　　　　We have recently learned that your company, which did not become organized until 2004 (according to your company's web site), has been using the identical mark in advertising for software development services. Your company's services also appear to be directed to designing database software for others.

　　　　It is apparent that there is a direct conflict between your company's use of "Palantir" for services that are closely related, if not identical, to those offered by

EXHIBIT

E

GORDON, GLICKMAN, FLESCH & ROSENWEIN

Mr. Joseph Todd Lonsdale
February 19, 2007
Page 2

Palantir.net in connection with its federally registered PALANTIR mark. As we trust
you can appreciate, Palantir.net places a high value upon their trademarks and trade
name. The PALANTIR mark has been promoted for over ten years and long precedes
your company's adoption of the trade name Palantir Technologies, Inc. and "Palantir"
as a symbol for your company's computer software services.

Under these circumstances, we must advise you that your company's adoption
and use of the term "Palantir" gives rise to a likelihood of confusion for consumers of
such services and violates and infringes our client's intellectual property rights.
Consequently, we are constrained to demand that your company forthwith cease and
desist use of "Palantir" in its trade name and as a brand in all advertising, promotion
and displays of your company's services in whatever media.

Please understand that, while we have no interest in interference with your
company's endeavors, we are required to police and protect our client's trademark
rights from infringement and the likelihood of confusion, which is apparent in this
instance.

We look forward to your assurance that your company will cease use of
"Palantir" in your company's trade name and as a brand, and that it will promptly adopt
a new trade name and mark which is not confusingly similar to PALANTIR for
identical or related goods and/or services.

We look forward to your prompt confirmation of the changes requested above so
that this matter can be amicably resolved.

Very truly yours,

Thomas D. Rosenwein

TDR/pmi
Enclosure

Case 3:07-cv-03863-CRB    Document 29-2    Filed 10/26/2007    Page 26 of 38

Case 1:07-cv-0427    Document 12-6    Filed 09/27/200    Page 17 of 33
rademark Electron Case 3:07-cv-03868-CRB    Document 9    Filed 08/17/2007    Page 9 of 18    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Fri Feb 16 04:16:48 EST 2007

**TSS HOME** **NEW USER** **STRUCTURED** **FREE FORM** Browse Dict **SEARCH OG** **BOTTOM** **HELP**

[ Logout ] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** **ASSIGN Status** **TDR** **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | PALANTIR |
| Goods and Services | IC 042. US 100 101. G & S: Computer services, namely designing and hosting network web sites for others, designing database software for others, designing multimedia software for others, and design in the field of multimedia presentations for others. FIRST USE: 19960700. FIRST USE IN COMMERCE: 19960700 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 76399465 |
| Filing Date | April 22, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 8, 2005 |
| Registration Number | 3052005 |
| Registration Date | January 31, 2006 |
| Owner | (REGISTRANT) Palantir.net, Inc. CORPORATION ILLINOIS 1601 Simpson St. Suite 6 Evanston ILLINOIS 60201 |
| Attorney of Record | Jeffrey S. Wilson |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

**TSS HOME** **NEW USER** **STRUCTURED** **FREE FORM** Browse Dict **SEARCH OG** **TOP** **HELP**

FedEx

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile                    Quick help

<< Log out    Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Joseph Todd Lonsdale | Package type: | FedEx Envelope |
| | Palantir Technologies, Inc | Pickup/Drop Off: | Drop Off |
| | 1530 Page Mill Road | Weight: | 1 LBS |
| | Palo Alto, CA 94304 | Dimensions: | 0 x 0 x 0 in |
| | US | Declared value: | 0 USD |
| | 312-348-1080 | Shipper account number: | 169855120 |
| | | Bill transportation to: | 169855120 |
| From: | Thomas Rosenwein | Courtesy rate quote:* | 15.06 |
| | Gordon, Glickman, Flesch | Special services: | |
| | &Rosenwein | Shipment Purpose: | |
| | 140 S. Dearborn Street | Shipment type: | Express |
| | Suite 404 | | |
| | Chicago, IL 60603 | | |
| | US | | |
| | 312-346-1080 | | |

Tracking no:        799589547472
Your reference:     Palantir
Ship date:          Feb 19 2007
Service type:       Standard Overnight

Print                                                              Return to track/trace

**Please note**
.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight,
dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are
calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500,
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits;
Consult the applicable FedEx Service Guide for details.

Document Description: **Application**     Mail / Create Date: **20-Feb-2007**

Previous Page     Next Page     You are currently on page 1   of 2

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77111698
### Filing Date: 02/20/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77111698 |
| **MARK INFORMATION** | |
| *MARK | PALANTIR |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | PALANTIR |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Palantir Technologies Inc. |
| *STREET | 1530 Page Mill Road |
| *CITY | Palo Alto |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94304 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |

EXHIBIT

tabbies

_____ F _____

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION | information and data management and exploration; namely the collection, editing, analysis, viewing, organization, modification, book marking, transmission, storage, exchange, sharing, querying, auditing, and tracking of data and information |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| NAME | David A.W. Wong |
|---|---|
| ATTORNEY DOCKET NUMBER | 44395-201516 |
| FIRM NAME | Barnes & Thornburg LLP |
| STREET | 11 South Meridian Street |
| CITY | Indianapolis |
| STATE | Indiana |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 46204 |
| PHONE | 317-231-1313 |
| FAX | 317-231-7433 |
| EMAIL ADDRESS | dwong@btlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Perry Palan, Richard D. Conard, Joseph D. Lewis, Bobby B. Gillenwater, Dwight D. Lueck, Paul B. Hunt, Melissa A. Vallone, Karen A. McGee, Julia Spoor Gard, Mary Jane Frisby, Hae Park-Suk |

## CORRESPONDENCE INFORMATION

| NAME | David A.W. Wong |
|---|---|
| FIRM NAME | Barnes & Thornburg LLP |
| STREET | 11 South Meridian Street |
| CITY | Indianapolis |
| STATE | Indiana |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 46204 |
| PHONE | 317-231-1313 |

| FAX | 317-231-7433 |
| --- | --- |
| EMAIL ADDRESS | dwong@btlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
| --- | --- |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

## SIGNATURE INFORMATION

| SIGNATURE | /dwong/ |
| --- | --- |
| SIGNATORY'S NAME | David A.W. Wong |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 02/20/2007 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Tue Feb 20 16:45:59 EST 2007 |
| --- | --- |
| TEAS STAMP | USPTO/BAS-70.224.99.102-2<br>0070220164559756511-77111<br>698-360f333ff29c3028c964c<br>fbbf177506e-DA-522-200702<br>20163421318371 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77111698**
**Filing Date: 02/20/2007**

## To the Commissioner for Trademarks:

**MARK:** PALANTIR (Standard Characters, see mark)
The literal element of the mark consists of PALANTIR. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Palantir Technologies Inc., a corporation of Delaware, having an address of 1530 Page Mill Road, Palo Alto, California, United States, 94304, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 035: information and data management and exploration; namely the collection, editing, analysis, viewing, organization, modification, book marking, transmission, storage, exchange, sharing, querying, auditing, and tracking of data and information
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints David A.W. Wong and Perry Palan, Richard D. Conard, Joseph D. Lewis, Bobby B. Gillenwater, Dwight D. Lueck, Paul B. Hunt, Melissa A. Vallone, Karen A. McGee, Julia Spoor Gard, Mary Jane Frisby, Hae Park-Suk of Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana, United States, 46204 to submit this application on behalf of the applicant. The attorney docket/reference number is 44395-201516.

Correspondence Information: David A.W. Wong
        11 South Meridian Street
        Indianapolis, Indiana 46204
        317-231-1313(phone)
        317-231-7433(fax)
        dwong@btlaw.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no

other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /dwong/  Date Signed: 02/20/2007
Signatory's Name: David A.W. Wong
Signatory's Position: Attorney



RAM Sale Number: 522
RAM Accounting Date: 02/21/2007

Serial Number: 77111698
Internet Transmission Date: Tue Feb 20 16:45:59 EST 2007
TEAS Stamp: USPTO/BAS-70.224.99.102-2007022016455975
6511-77111698-360f333ff29c3028c964cfbbf1
77506e-DA-522-20070220163421318371


TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail* USPTO Contact Center (UCC).

**NOTE:** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PALANTIR.NET, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 C 4271 |
| | ) | |
| PALANTIR TECHNOLOGIES, INC., | ) | Honorable Judge Ronald Guzman |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DR. ALEXANDER KARP

Dr. Alexander Karp, of full age, declares as follow:

1.    I am over the age of 21 years, am competent to make this declaration, and have personal knowledge of the following.

2.    I am C.E.O. of plaintiff Palantir Technologies, Inc. ("PTI"). PTI's offices are located at 1530 Page Mill Road, Palo Alto, California 94303.

3.    PTI was incorporated in 2004. Since its inception, PTI has used a trade name that includes the word "palantir."

4.    PTI began offering services to the public under the mark PALANTIR at least as early as August 2005.

5.    PTI offers services under the mark PALANTIR throughout the United States.

6.    In late January or early February 2007, PTI retained the law firm of Barnes & Thornburg to file an application with the United States Patent and Trademark Office to register the mark PALANTIR. I understand that the application was filed on February 20, 2007.

7.    After the filing of that trademark application, PTI received a letter from counsel for the defendant, Palantir.net, Inc. ("PNI"), contending that our adoption and use of the mark

EXHIBIT

G

PALANTIR infringed on PNI's trademark rights. PNI demanded that we cease and desist use of the PALANTIR mark.

8.      I did not believe that these allegations had merit. While I am not an attorney (although I did go to law school), it appeared to me that PTI and PNI were in significantly different product spaces. In addition, the word "palantir" was not original to PTI or PNI. Rather, it was a word that I understand was first used in the classic novels published by J. R. R. Tolkien many years ago.

9.      I believed that if I had the opportunity to speak with the principals of PNI, I could discuss the reasons that I did not believe PTI's adoption and use of the PALANTIR mark created a problem and could attempt to reach an amicable resolution of the dispute they had created.

10.      I met with the principals of PNI, Tiffany Farriss and George Demet, on June 28, 2007. At the request of Ms. Farriss and Mr. Demet, the meeting took place at the offices of their attorney, Thomas Rosenwein, and Mr. Rosenwein attended and participated in the meeting.

11.      Although I was hopeful that PTI and PNI could settle this dispute amicably, I was not confident that settlement could be achieved. As a result, and in advance of the settlement meeting on June 28, 2007, I instructed PTI's counsel to prepare a complaint that could be filed in the United States District Court for the Northern District of California, where PTI is located and where I believe the dispute should be resolved.

12.      The meeting on June 28 was sufficiently promising for me to commit to providing a settlement proposal to PNI.

13.      After receiving the appropriate authorizations from my Board of Directors, I authorized a settlement proposal to be sent to counsel for PNI on July 13, 2007. I believed that this settlement proposal was very generous to PNI.

14.    On July 25, 2007, I was provided with a copy of the counter-proposal of PNI to PTI's settlement offer and a blacklined document that identified the changes that PNI had made to PTI's proposal.

15.    Based on the radical changes PNI had made to what I believed to be a very generous settlement proposal on the part of PTI, I authorized PTI's counsel to conclude preparation of, and to file the complaint against PNI.

16.    I understand that the complaint was filed in the United Stated District Court for the Northern District of California on July 27, 2007.

17.    At no point in my discussions with representatives of PNI did I state or imply that PTI would forego filing a lawsuit against PNI while the parties were discussing settlement.

18.    At no point during my discussions with representatives of PNI did any of those representatives state or imply that they were foregoing filing of a lawsuit against PTI because of settlement discussions.

19.    While the representatives of PNI made clear that they were intent upon pursuing their dispute with PTI, they never stated that they intended to file a complaint by a date certain.

20.    I do not believe that by authorizing my counsel to file the pending lawsuit I violated any agreement or understanding PTI had with PNI.

21.    PTI's principal place of business, offices, employees and principals are in Palo Alto, California. The offering of PTI's services, the sale, design, production, and distribution of PTI's software, and the design and production of PTI's marketing materials and campaigns emanate and are located in California either in large part or in their entirety.

22.    PTI's first sale of goods and services bearing the PALANTIR trademark was to Clarium Capital Management, LLC of San Francisco, California.

FURTHER DECLARANT SAYETH NOT.

I, Alexander Karp, declare under penalties of perjury under the laws of the United States, that the foregoing is true and correct. Executed in _____, _____ on September ___, 2007.


_____
Dr. Alexander Karp

Sep. 26. 2007  3:49PM    mandarin hotel                    No. 5324    P. 2

FURTHER DECLARANT SAYETH NOT.

I, Alexander Karp, declare under penalties of perjury under the laws of the United States, that the foregoing is true and correct. Executed in New York , New York on September 26, 2007.

_____
Dr. Alexander Karp

INDS02 WONG 916578v1

log in    jobs @ clarium

## About

Clarium is a global macro hedge fund with offices in San Francisco
and New York. Qualified prospective investors can find out more
about Clarium by e-mailing
info@clariumcapital.com.



CLARIUM

Copyright © Clarium Ca