JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: jslaw@pacbell.net
State Bar No. 34832

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> PALANTIR.NET, INC., <br><br> Defendant/Counterplaintiff. | Case No.: C -07 3863 CRB <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  November 30, 2007 <br> Time:  10:00 a.m. <br> Courtroom 8 <br><br> Supporting Documents <br> • Declaration of George DeMet -- Exhibit A <br> • Declaration of Tiffany Farriss -- Exhibit B <br> • Trademark Registration No. 3052005 for PALANTIR® -- Exhibit C <br> • Palantir Technologies Inc. Web pages -- Exhibit D <br> • 2/19/2007 "Cease and Desist" Letter -- Exhibit E <br> • Intent-to-Use Application No. 77111698 -- Exhibit F <br> • Declaration of Alexander Karp -- Exhibit G <br> • Clarium Capital Management LLC Web pages -- Exhibit H |

To: Counsel of Record for Plaintiff/Counterdefendant Palantir Technologies, Inc.:

| Kathryn J. Fritz | Dwight D. Lueck |
|---|---|
| Fenwick & West LLP | Barnes & Thornburg LLP |
| 555 California Street, 12th Floor | 11 S. Meridian Street |
| San Francisco, CA 94194 | Indianapolis, IN 46204 |

PLEASE TAKE NOTICE that on November 30, 2007 at 10:00 a.m., for as soon thereafter as the matter can be heard, Defendant/Counterplaintiff PALANTIR.NET, INC. ("Palantir.net"), will move before the Honorable Charles R. Breyer in Courtroom 8 at 450 Golden Gate Avenue, San Francisco, California, for an order entering a preliminary injunction barring Plaintiff, PALANTIR TECHNOLOGIES, INC. ("PTI"), from imitating, copying, duplicating or otherwise making use of Palantir.net's service mark PALANTIR®, or any mark confusingly similar to such mark, during the pendency of this litigation.

The grounds for the motion are that PTI continues to engage in trademark infringement as well as common-law and statutory unfair competition by causing a likelihood of confusion as to source, sponsorship, association or affiliation. With respect to the factors used to determine such infringement, pursuant to *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348-49 (9th Cir. 1979), Palantir.net shows a clear combination of probable success on the merits and the possibility of irreparable injury.

In support of this motion, Defendant/Counterplaintiff relies upon the pleadings of record and orders entered in this action, this notice, the declarations of Palantir.net's principals (George DeMet and Tiffany Farriss) and the Memorandum of Points and Authorities and Exhibits attached thereto submitted in support of this Motion.

Dated this 26th Day of October, 2007

GORDON, GLICKMAN, FLESCH & ROSENWEIN

By: /s/ Thomas D. Rosenwein
Thomas D. Rosenwein
(Admitted Pro Hac Vice)

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

and

JOE STRABALA LAW OFFICE

JOSEPH L. STRABALA
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: jslaw@pacbell.net
State Bar No. 34832

Attorneys for Defendant
PALANTIR.NET, INC.

CASE NO.: C-07 3863
NOTICE OF MOTION AND
MOTION FOR PRELIMINARY INJUNCTION

3