| | |
|---|---|
| **KATHRYN J. FRITZ (CSB NO. 148200)**<br>**FENWICK & WEST LLP**<br>555 California Street, 12th floor<br>San Francisco, CA  94104<br>Telephone: (415) 875-2300<br>Facsimile:  (415) 281-1350<br>Email:       kfritz@fenwick.com<br><br>**DWIGHT D. LUECK**<br>**BARNES & THORNBURG LLP**<br>11 S. Meridian Street<br>Indianapolis, IN  46204-3506<br>Telephone:  (317) 231-1313<br>Facsimile:   (317) 231-7433<br>Email:        dwight.lueck@btlaw.com<br><br>Attorneys for Plaintiff,<br>PALANTIR TECHNOLOGIES, INC. | **JOSEPH L. STRABALA (SBN 34 832)**<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA  94111-3698<br>Telephone: (415) 981-8083<br>Facsimile:  (415) 398-9663<br>Email:  legal@quantumsi.com<br><br>**THOMAS D. ROSENWEIN**<br>**DON E. GLICKMAN**<br>**JAMES A. FLESCH**<br>**GORDON, GLICKMAN, FLESCH**<br>  **& ROSENWEIN**<br>140 South Dearborn Street, Suite 404<br>Chicago, IL  60603<br>Telephone:  (312) 346-1080<br>Facsimile:   (312) 346-3708<br>Email:  trosenwein@lawggf.com<br><br>Attorneys for Defendant,<br>PALANTIR.NET, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>                     Plaintiff,<br><br>    v.<br><br>PALANTIR.NET, INC.,<br><br>                     Defendant. | **Case No.  C-07-3863 CRB**<br><br>**STIPULATION REGARDING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties do not presently agree to participate in any ADR process.

**STIPULATION AND [PROPOSED]**
**ORDER SELECTING ADR PROCESS**                                                            **CASE NO. C-07-3863 CRB**

| | |
|---|---|
| **LAW OFFICES OF JOSEPH L. STRABALA, ESQ., SBN** | **BARNES & THORNBURG LLP** |
| By: s/Joseph L. Strabala | By: s/Dwight D. Lueck |
| **JOSEPH L. STRABALA**<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA 94111-3698<br>Telephone: (415) 981-8083<br>Facsimile: (415) 398-9663<br>Email: legal@quantumsi.com | **DWIGHT D. LUECK**<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3506<br>Telephone: (317) 231-1313<br>Facsimile: (317) 231-7433<br>Email:    dwight.lueck@btlaw.com<br>[*Pro hac vice*] |
| **THOMAS D. ROSENWEIN**<br>**DON E. GLICKMAN**<br>**JAMES A. FLESCH**<br>**GORDON, GLICKMAN, FLESCH & ROSENWEIN**<br>140 South Dearborn Street, Suite 404<br>Chicago, IL 60603<br>Telephone: (312) 346-1080<br>Facsimile: (312) 346-3708<br>Email: trosenwein@lawggf.com | **KATHRYN J. FRITZ (CSB NO. 148200)**<br>**FENWICK & WEST LLP**<br>555 California Street, 12th floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>Email:    kfritz@fenwick.com<br><br>Attorneys for Plaintiff<br>**PALANTIR TECHNOLOGIES INC.** |
| Attorneys for Defendant<br>**PALANTIR.NET, INC.** | |