1 | **KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.

**JOSEPH L. STRABALA (SBN 34 832)**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 398-9663
Email: legal@quantumsi.com

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH**
 **& ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. <br> ——————————————— <br> PALANTIR.NET, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> PALANTIR TECHNOLOGIES, INC., <br><br> Counter-Defendant. | **Case No. C-07-3863 CRB** <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

**JOINT CASE MANAGEMENT STATEMENT**   **CASE NO. C-07-3863 CRB**

1. <u>Jurisdiction and Service</u>:

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 2201 as plaintiff, Palantir Technologies, Inc. ("Palantir Technologies") has sought a declaration as to its rights to use the trademark PALANTIR. In addition, defendant/counterplaintiff Palanir.net, Inc. ("Palantir.net") has asserted counterclaims under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332 and 1338, and 28 U.S.C. § 1367. This Court has personal jurisdiction over all parties. Palantir.net has been served with the complaint in this case and has filed an answer and affirmative defenses. Palantir Technologies has been served with Palantir.net's counterclaims and has yet to answer. There is no dispute over jurisdiction and venue as those issues were resolved by this Court's Order of October 2, 2007. No parties remain to be served.

2. <u>Facts</u>:

This lawsuit concerns the rights of the respective parties to use the trademark PALANTIR. Palantir.net contends that it has registered that mark and used it for a number of years in a manner that would preclude Palantir Technologies from using the mark in connection with the goods and services offered by Palantir Technologies. Palantir.net also contends that Palantir Technologies' use of the mark infringes its trademark registration that Palantir.net has obtained for the mark PALANTIR, U.S. Reg. No. 3,052,005.

3. <u>Legal Issues</u>:

The broad question in dispute in this case is whether Palantir Technologies' adoption and use of the PALANTIR mark infringes on the rights of Palantir.net in that mark. Palantir Technologies' complaint seeks a declaratory judgment that it has not infringed upon or violated Palantir.net's rights in relation to that mark. Palantir.net's counterclaims seek relief under legal theories of: (1) unfair competition; (2) federal trademark infringement; (3) federal service mark dilution; (4) violations of the Illinois anti-dilution statute; (5) violations of the Illinois consumer

**JOINT CASE MANAGEMENT STATEMENT** - 2 - **CASE NO. C-07-3863 CRB**

fraud statute; (6) violations of the Illinois deceptive trade practices act; (7) violations of the California deceptive trade practices act; (8) violations of the California false advertising act; (9) common law unjust enrichment; and (10) common law unfair competition for the misappropriation of its mark.

4. Motions:

Palantir.net has filed a Motion for Preliminary Injunction. In addition, each of the parties may, in the future, file other motions, e.g., motions seeking summary judgment on some or all of the other party's claims.

5. Amendment of Pleadings:

Any amendments to the pleadings will be completed within 30 days of the date of this statement.

6. Evidence Preservation:

Each of the parties has taken steps to preserve documents and information potentially relevant to the case, including suspension of existing document retention programs, as appropriate.

7. Disclosures:

Palantir Technologies will submit its initial disclosures no later than October 31, 2007. Palantir.net will submit its initial disclosures no later than October 31, 2007.

8. Discovery:

No discovery has been taken to date.

The parties anticipate that a stipulated protective order will be needed to protect the confidential business information that may be sought and disclosed during discovery. Other than this, the parties do not anticipate at this time that other orders relating to discovery will be needed.

**JOINT CASE MANAGEMENT STATEMENT** - 3 - **CASE NO. C-07-3863 CRB**

9. <u>Class Actions</u>:

This is not a class action.

10. <u>Related Cases</u>:

On July 30, 2007, Palantir.net filed a lawsuit in the United States District Court for the Northern District of Illinois, captioned *Palantir.net, Inc. v. Palantir Technologies, Inc.*, Cause No. 07C4271. Palantir Technologies filed a motion to dismiss this lawsuit on September 27, 2007. On October 26, 2007, Palantir.net filed a Response to Motion to Dismiss or, in the Alternative, to Transfer, in which it requested that the Illinois lawsuit be transferred to this Court. Palantir Technologies will not object to that request.

11. <u>Relief</u>:

Palantir Technologies seeks a declaration: (1) that it may continue to use and seek registration of the PALANTIR mark for use in connection with the goods and services offered by Palantir Technologies; (2) that Palantir Technologies is not infringing upon any federal or common law rights owned by Palantir.net by its adoption and use of the PALANTIR mark; and (3) that Palantir Technologies is not engaged in any federal or common law unfair competition by its use of the PALANTIR mark.

Palantir.net seeks a preliminary and permanent injunction restraining Palantir Technologies from the use of PALANTIR, damages in an amount to be determined at trial and attorneys' fees and costs.

12. <u>Settlement and ADR</u>:

The parties have discussed settlement in the past. At this time, they are not prepared to mediate this dispute.

13. <u>Consent to Magistrate Judge For All Purposes</u>:

The parties do not consent to a Magistrate Judge.

**JOINT CASE MANAGEMENT STATEMENT** - 4 - **CASE NO. C-07-3863 CRB**

14. Other References:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues:

The parties do not have suggestions for narrowing the issues at this time.

16. Expedited Schedule:

Palantir.net's Position

Palantir.net submits that an expedited schedule will be needed for the preliminary injunction motion. Palantir.net requests that the motion be set for hearing at the Court's earliest opportunity.

Palantir.net submits that if discovery is required for the preliminary injunction, an expedited discovery schedule will be necessary. Palantir.net suggests that any such discovery necessary for decision on the motion for preliminary injunction be completed within thirty (30) days from the date of presentation of its motion, i.e., by December 30, 2007. Palantir.net suggests that additional scheduling should be deferred pending resolution of the motion for preliminary injunction.

Palantir Technologies' Position

Palantir Technologies submits that it will require discovery to respond to Palantir.net's motion for preliminary injunction and that such discovery will encompass essentially all of the discovery that it would seek in the case. It also submits that it will likely wish to introduce expert testimony to rebut Palantir.net's request for a preliminary injunction. Consequently, Palantir Technologies suggests the Palantir.net's motion for preliminary injunction be consolidated with a trial on the merits, with a discovery schedule as follows:

* Written discovery shall be served no later than January 1, 2008. Discovery shall

close on March 1, 2008.

    \*    The parties shall disclose the names, addresses, and vita of all expert witnesses to be used in their cases in chief, and shall serve the report required by Rule 26(a)(2)(B) on or before March 1, 2008.

    \*    The parties shall disclose the names, addresses, and vita of all rebuttal expert witnesses, and shall serve the report required by Rule 26(a)(2)(B) on or before April 1, 2008.

    \*    Expert witness depositions shall be concluded on or before April 15, 2008.

    \*    Motions for summary judgment shall be filed on or before March 1, 2008.

    \*    Final witness and exhibit lists shall be filed on or before April 15, 2008.

17.    <u>Trial</u>:

Palantir Technologies has requested a jury trial for those issues so triable. Palantir.net submits that the court will decide all issues relating to injunctive relief, and has not requested a jury trial for its remaining relief.

Palantir Technologies suggests merging the preliminary injunction motion of Palantir.net with a trial on the merits, to be held in May 2008.

Palantir.net objects to the suggestion to merge its preliminary injunction motion with the trial on the merits, and proposes that further scheduling for trial should await decision on the preliminary injunction motion.

18.    <u>Disclosure of Non-Party Interested Entities or Persons</u>:

Each party has filed its Certification of Interested Entities or Persons.

Palantir Technologies certifies that as of this date, other than the named party, Palantir Technologies, Inc., there is no interest to report under Civil L.R. 3-16.

Palantir.net certifies that as of this date, other than the named party, Palantir.net, Inc., there is no interest to report under Civil L.R. 3-16.

**JOINT CASE MANAGEMENT STATEMENT**   - 6 -   **CASE NO. C-07-3863 CRB**

| | |
|---|---|
| **LAW OFFICES OF JOSEPH L. STRABALA, ESQ., SBN** | **BARNES & THORNBURG LLP** |
| By: s/Joseph L. Strabala<br>(with permission) | By: s/Dwight D. Lueck |
| **JOSEPH L. STRABALA**<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA  94111-3698<br>Telephone:  (415) 981-8083<br>Facsimile:  (415) 398-9663<br>Email: legal@quantumsi.com | **DWIGHT D. LUECK**<br>11 S. Meridian Street<br>Indianapolis, IN  46204-3506<br>Telephone: (317) 231-1313<br>Facsimile: (317) 231-7433<br>Email:    dwight.lueck@btlaw.com<br>[*Pro hac vice*] |
| **THOMAS D. ROSENWEIN**<br>**DON E. GLICKMAN**<br>**JAMES A. FLESCH**<br>**GORDON, GLICKMAN, FLESCH & ROSENWEIN**<br>140 South Dearborn Street, Suite 404<br>Chicago, IL  60603<br>Telephone:  (312) 346-1080<br>Facsimile:  (312) 346-3708<br>Email:  trosenwein@lawggf.com | **KATHRYN J. FRITZ (CSB NO. 148200)**<br>**FENWICK & WEST LLP**<br>555 California Street, 12th floor<br>San Francisco, CA  94104<br>Telephone: (415) 875-2300<br>Facsimile:  (415) 281-1350<br>Email:    kfritz@fenwick.com |
| Attorneys for Defendant<br>**PALANTIR.NET, INC.** | Attorneys for Plaintiff<br>**PALANTIR TECHNOLOGIES INC.** |