**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 2, 2007**

**C-07-03863** CRB

**PALANTIR TECHNOLOGIES INC.  v.  PALANTIR.NET.INC**

| Attorneys: | Dwight Lueck | Joseph Strabala |
|---|---|---|
| | | Thomas Rosenwein |

Deputy Clerk: **BARBARA ESPINOZA**              Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                          **RULING:**

1.  Initial Case Management Conference   - Held

2.  

3.  

**ORDERED AFTER HEARING:**

   Hearing set for 11/30/2007 is vacated

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO January 14, 2008 @ 2:00 p.m. for  Preliminary Injunction

Discovery Cut-Off ____                                    Expert Discovery Cut-Off ____

Plntf to Name Experts by ____                    Deft to Name Experts by ____

P/T Conference Date ____    Trial Date ____    Set for ____ days
                         Type of Trial:  ( )Jury    ( )Court

Notes: ____