JOSEPH L. STRABALA, SBN 34832
LAW OFFICES OF JOSEPH L. STRABALA
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN (Pro Hac Vice)
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant and Counter Claimant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | Case No.: C 07 3863 CRB |
| Plaintiff & Cross Defendant | **NOTICE OF FILING OF A STIPULATED PROTECTIVE ORDER.** |
| vs. | |
| PALANTIR.NET, INC., | |
| Defendant & Counter Claimant | |

PLEASE TAKE NOTICE that plaintiff and defendant today have jointly filed a proposed STIPULATED PROTECTIVE ORDER, which STIPULATED PROTECTIVE ORDER is substantially identical with the STIPULATED PROTECTIVE ORDER form available on the web site of the District Court of the Northern District of California. The Court many enter this order at any time any time upon accepting the stipulation of the parties.

Dated: November 13, 2007.

1
NOTICE OF FILING OF A STIPULATED PROTECTIVE ORDER
CASE NO. C 07 3863

Respectfully submitted,

/s/ Thomas D. Rosenwein
**THOMAS D. ROSENWEIN, Esq. (Pro Hac Vice)**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH & ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

**JOSEPH L. STRABALA, SBN 34832**
**LAW OFFICES OF JOSEPH L. STRABALA**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

Attorneys for Defendant and Counter Claimant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Charles R. Breyer, United States District Judge

NOTICE OF FILING OF A STIPULATED PROTECTIVE ORDER
CASE NO. C 07 3863