1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone:  (415) 875-2300
4  Facsimile:  (415) 281-1350
   Email:      kfritz@fenwick.com
5
   **DWIGHT D. LUECK**
6  **BARNES & THORNBURG LLP**
   11 S. Meridian Street
7  Indianapolis, IN  46204-3506
   Telephone:  (317) 231-1313
8  Facsimile:  (317) 231-7433
9  Email:      dwight.lueck@btlaw.com

10 Attorneys for Plaintiff,
   Palantir Technologies, Inc.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No.  C-07-3863 CRB** <br><br> **NOTICE OF MOTION, MOTION AND MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT** <br><br> Date: January 11, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 <br><br> Supporting Documents: <br> • Declaration of Dwight D. Lueck, Exhibit A <br> • Proposed Amended Complaint, Exhibit B |

**MOTION TO AMEND COMPLAINT**                              **CASE NO. C-07-3863 CRB**

PLEASE TAKE NOTICE that on January 4, 2008 at 10:00 a.m., or as soon thereafter as the matter can be heard, Plaintiff, Palantir Technologies, Inc. ("PTI"), will move before the Honorable Charles R. Breyer in Courtroom 8 at 450 Golden Gate Avenue, San Francisco, California, for an order granting it leave to amend its complaint by adding a count to that complaint seeking the partial cancellation of U.S. Trademark Registration No. 3,052,005, for which defendant PNI is the registrant.

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND**

PTI filed its Complaint on July 27, 2007. On October 17, 2007, PNI filed its answer and counterclaim. That counterclaim alleged, *inter alia*, infringement of PNI's registered trademark. (Docket 26, Count II). The description of goods contained in that registration is: "computer services, namely designing and hosting websites for others, **designing database software for others,** designing multi-media software for others, and designing in the field of multi-media presentations for others." (*Id*. at ¶ 10, emphasis added).

In its Memorandum in Support of Motion for Preliminary Injunction, filed on October 26, 2007, PNI alleges: "PTI is engaged in designing database software, which is precisely what Palantir.net describes in its registration." (Docket 29 at 15). Thus, that portion of PNI's registration relating to "designing database software for others" is at issue in this case.

PTI alleges that there are fundamental and commercially significant differences between PNI's actual services rendered and those claimed in PNI's registration, and that PNI's registration is impermissibly overbroad and PNI is not entitled to a registration in connection with its services as identified. (Proposed Amended Complaint, ¶¶ 31-32). It therefore seeks a partial cancellation of PNI's registration by way of Count II of its Proposed Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Rule 15 of the Federal Rules of Civil Procedure, which governs the amendment of pleadings, expressly provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Ninth Circuit grants leave to amend with "extreme liberality." *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 186 (9th Cir. 1987) (citations omitted); *see also Keith v. Volpe*, 858 F.2d 467, 473 (9th Cir. 1988), *cert. denied*, 493 U.S. 813 (1989).

When considering a proposed amendment, the court considers additional factors such as: prejudice to the opposing party, undue delay, and futility. *DCD Programs,* 833 F.2d at 186; *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). In this case, there would be no prejudice to PNI. Discovery is in its early stages, so PNI has ample time to tailor discovery in regard to this new claim. (See Lueck Decl. ¶ 5). No trial date has been set. In any event, PNI bears the burden of showing prejudice if prejudice were to exist. *DCD Programs,* 833 F.2d at 187 ("The party opposing amendment bears the burden of showing prejudice*.*")

There is no undue delay, as PNI only alleged registered trademark infringement in its Counterclaim filed October 17. Moreover, PTI's motion to amend is not futile, as this Court is empowered to order the cancellation, in whole or in part, of a registered trademark. 15 U.S.C. § 1119.

PTI notes that it sought, but did not receive, a stipulation of PNI agreeing to the proposed amendment to PTI's Complaint. (Lueck Decl. ¶¶ 3-4). As a result, PTI files its motion seeking leave to amend.

Wherefore, PTI respectfully moves the Court to grant it leave to file the proposed Amended Complaint attached to this Motion and Memorandum.

**BARNES & THORNBURG LLP**

By: s/Dwight D. Lueck
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: mailto:dwight.lueck@btlaw.com
[*Pro hac vice*]

**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com
Attorneys for Plaintiff
**PALANTIR TECHNOLOGIES INC.**

INDS02 93 9265v1

**MOTION TO AMEND COMPLAINT**       4       **CASE NO. C-07-3863 CRB**