KATHRYN J. FRITZ (CSB NO. 148200)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | Case No. C-07-3863 CRB <br><br> **DECLARATION OF DWIGHT D. LUECK IN SUPPORT OF PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT** <br><br> Date: January 11, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 |

Dwight D. Lueck, of full age, declares as follow:

1. I am over the age of 21 years, am competent to make this declaration, and have personal knowledge of the following.

2. I am an attorney at law and a partner of the law firm of Barnes & Thornburg LLP, attorneys for plaintiff Palantir Technologies Inc. ("PTI"). This declaration is submitted in support of PTI's motion to amend its complaint.

3. On November 27, 2007, I contacted counsel for the defendant, Palantir.net, Inc.

DECLARATION OF DWIGHT D. LUECK                                                    CASE NO. C-07-3863 CRB

("PNI") and asked if they would stipulate to PTI amending its complaint. I provided PNI counsel with a draft of the amended complaint that is being submitted with PTI's Motion to Amend.

4. On November 28, 2007, counsel for PNI informed me that they declined to stipulate to PTI amending its complaint.

5. Discovery has just started in this case. The parties have exchanged initial sets of interrogatories and document requests. No depositions have yet been taken.

6. A trial date is not currently set. A hearing has been set on PNI's Motion for Preliminary Injunction for January 14, 2007.

FURTHER DECLARANT SAYETH NOT.

I, Dwight D. Lueck, declare under penalties of perjury under the laws of the United States, that the foregoing is true and correct. Executed in Indianapolis, Indiana on December 3, 2007.

_____
Dwight D. Lueck

INDS02 939264v1

**DECLARATION OF DWIGHT LUECK**      - 2 -      CASE NO. C-07-3863 CRB