UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES INC.,

   Plaintiff,

  v.

PALANTIR.NET, INC.,

   Defendant.

Case No. C-07-3863 CRB

**(PROPOSED) ORDER REGARDING MOTION TO AMEND COMPLAINT**

Date: January 11, 2008
Time: 10:00 a.m.
Courtroom 8

  Now before the Court is a Motion to Amend Complaint, filed by Plaintiff, Palantir Technologies, Inc. After carefully considering all of the papers submitted by the parties, and having had the benefit of oral argument, the Court GRANTS Palantir Technologies, Inc.'s Motion to Amend Complaint. The Amended Complaint attached to the Motion to Amend Complaint is deemed filed as of the date of this Order.

  **IT IS SO ORDERED.**

Dated: _____

                   CHARLES R. BREYER
                   UNITED STATES DISTRICT JUDGE

INDS02 939270v1

**CASE NO. C-07-3863 CRB**