| | |
|---|---|
| 1 | KATHRYN J. FRITZ (CSB NO. 148200) |
|   | *kfritz@fenwick.com* |
| 2 | ALBERT L. SIEBER (CSB NO. 233482) |
|   | *asieber@fenwick.com* |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:     (415) 875-2300 |
| 5 | Facsimile:     (415) 281-1350 |
| 6 | DWIGHT F. LUECK (*pro hac vice*) |
|   | *dwight.lueck@btlaw.com* |
| 7 | BARNES & THORNBURG LLP |
|   | 11 S. Meridian Street |
| 8 | Indianapolis, IN  46204 |
|   | Telephone:     (317) 231-1313 |
| 9 | Facsimile:     (317) 231-7433 |
| 10 | Attorneys for Plaintiff and Counter-Defendant |
| 11 | PALANTIR TECHNOLOGIES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PALANTIR TECHNOLOGIES INC., | Case No. C-07-3863-CRB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF ALBERT L. SIEBER FOR PLAINTIFF AND COUNTER-DEFENDANT PALANTIR TECHNOLOGIES INC.** |
| v. | |
| PALANTIR.NET, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

NOTICE OF APPEARANCE OF ALBERT L. SIEBER FOR PALANTIR TECHNOLOGIES INC.   -1-   CASE NO. C-07-3863 CRB

1  Albert L. Sieber of the law firm of Fenwick & West LLP hereby enters his appearance in
2  the above-captioned action on behalf of Plaintiff and Counter-Defendant Palantir Technologies
3  Inc.
4  For purposes of receipt of Notices of Electronic Filing, his e-mail address is:
5      Albert L. Sieber           asieber@fenwick.com
6  For other purposes, counsel's address is:

> Albert L. Sieber
> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> Telephone:  (415) 875-2300
> Facsimile:  (415) 281-1350

11  Dated:   December 24, 2007        FENWICK & WEST LLP

13                                                By:   /S/  Albert L. Sieber
14                                                      Albert L. Sieber

Attorneys for Plaintiff and Counter-Defendant
PALANTIR TECHNOLOGIES INC.