**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION NOT TO EXCEED 25 PAGES** <br><br> Date: January 14, 2008 <br> Time: 2:00 p.m. <br> Courtroom 8 |

PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMIN. RELIEF TO
FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
PRELIMINARY INJUNCTION NOT TO EXCEED 25 PAGES

CASE NO. C-07-3863 CRB

1    Pursuant to Civil Local Rule 7-11, Plaintiff Palantir Technologies, Inc. ("Palantir Technologies") hereby requests it be allowed to file its Response in Opposition to Defendant's Motion for Preliminary Injunction not to exceed 25 pages. The Court's Standing Orders and the Civil Local Rules limit briefs to 15 pages. *See* Standing Orders ¶ 5; Civil L.R. 7-2. To address the issues adequately in its response to Defendant's Motion for Preliminary Injunction, Palantir Technologies requests ten additional pages so that it may file a brief not to exceed 25 pages. The Court should note that Defendants' initial memorandum in support of its motion for preliminary injunction is 25 pages in length.

PNI does not oppose Palantir Technologies' request for additional pages. *See* Declaration of Dwight Lueck in Support of Administrative Motion ¶ 2. Moreover, the additional pages will not alter the Court's schedule or impose any additional burdens on the Court or the parties. The Response in Opposition to defendant's Motion for Preliminary Injunction is currently due December 24, 2007. An additional ten pages for the response brief will have no affect on the preliminary injunction schedule.

Because Palantir Technologies requires additional pages to address all the issues implicated by Defendants' motion, because PNI does not oppose this request, and because the Court's schedule will not be affected by the additional pages, Palantir Technologies respectfully requests the Court grant it leave to file Response in Opposition to Defendant's Motion for Preliminary Injunction not to exceed 25 pages.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

BARNES & THORNBURG LLP

By: s/Dwight D. Lueck
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: mailto:dwight.lueck@btlaw.com
[*Pro hac vice*]

**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com
Attorneys for Plaintiff
**PALANTIR TECHNOLOGIES INC.**

INDS02 943519v1