**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **[PROPOSED] ORDER GRANTING PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION NOT TO EXCEED 25 PAGES** <br><br> Date: January 14, 2008 <br> Time: 2:00 p.m. <br> Courtroom 8 |

1  On December 24, 2007, Plaintiff Palantir Technologies, Inc.'s ("Palantir Technologies") filed its Motion for Administrative Relief to File Response in Opposition to Defendant's Motion for Preliminary Injunction Not to Exceed 25 Pages.  The Court has read the papers, the Motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Palantir Technologies' motion is GRANTED.

2. Palantir Technologies may file its response to Defendant's Motion for Preliminary Injunction not to exceed 25 pages.

3. The briefing schedule shall remain the same.


Dated: _____, 2008

Honorable Charles Breyer
United States District Court Judge
Northern District of California

[PROPOSED] ORDER GRANTING REQUEST TO EXCEED PAGE LIMITS FOR RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION     2     CASE NO. C-07-3863 CRB