**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email:     kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:     dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **DECLARATION OF DWIGHT D. LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION NOT TO EXCEED 25 PAGES** <br><br> Date: January 14, 2008 <br> Time: 2:00 p.m. <br> Courtroom 8 |

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S ADMIN. REQUEST TO EXCEED PAGE LIMITS TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

CASE NO. C-07-3863 CRB

I, Dwight D. Lueck, declare and state as follows:

1. I am a partner with the law firm of Barnes & Thornburg LLP, counsel of record for Plaintiff Palantir Technologies, Inc. ("Palantir Technologies"). I make this declaration of my own personal knowledge, except where otherwise indicated, in support of Palantir Technologies' Administrative Motion for Relief to File a Response to Defendant's Motion for Preliminary Injunction Not to Exceed 25 Pages.

2. On December 21, 2007, I contacted Thomas Rosenwein of Gordon, Glickman, Flesch & Rosenwein, counsel for defendant Palantir.net, Inc. ("PNI"). I asked Mr. Rosenwein whether PNI would be willing to stipulate to allowing Palantir Technologies to file its response brief in opposition to PNI's motion for preliminary injunction not to exceed 25 pages. Mr. Rosenwein informed me that PNI would not object to Palantir Technologies' Motion for Administrative Relief.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 24th day of December, 2007.

By: s/Dwight D. Lueck

INDS02 943523v1

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S ADMIN. REQUEST TO EXCEED PAGE LIMITS TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

2

CASE NO. C-07-3863 CRB