1   **KATHRYN J. FRITZ (CSB NO. 148200)**
    **FENWICK & WEST LLP**
2   555 California Street, 12th floor
    San Francisco, CA  94104
3   Telephone:  (415) 875-2300
    Facsimile:  (415) 281-1350
4   Email:      kfritz@fenwick.com

5   **DWIGHT D. LUECK**
    **BARNES & THORNBURG LLP**
6   11 S. Meridian Street
    Indianapolis, IN  46204-3506
7   Telephone:  (317) 231-1313
    Facsimile:   (317) 231-7433
8   Email:      dwight.lueck@btlaw.com

9   Attorneys for Plaintiff,
    Palantir Technologies, Inc.
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  PALANTIR TECHNOLOGIES INC.,

14              Plaintiff,                    **Case No.  C-07-3863 CRB**

15       v.                                   **PALANTIR TECHNOLOGIES, INC.'S**
                                              **ADMINISTRATIVE MOTION TO FILE**
16  PALANTIR.NET, INC.,                       **UNDER SEAL DOCUMENTS RELATING**
                                              **TO ITS RESPONSE TO DEFENDANT'S**
17              Defendant.                    **MOTION FOR PRELIMINARY**
                                              **INJUNCTION**
18
                                              Date:  January 14, 2008
19                                            Time:  2:00 p.m.
                                              Courtroom 8
20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Pursuant to Civil Local Rules 7-11(a) and 79-5, Plaintiff Palantir Technologies, Inc. ("Palantir Technologies") moves to file under seal the following documents or portions of documents, as indicated below:

1.    **Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction**:  Portions of this document contain and/or discuss confidential financial and customer information that have been labeled "Confidential" or "Attorneys' Eyes Only" by the producing party pursuant to the Protective Order entered in this case.  In accordance with that Order, which limits access to materials so designated, Palantir Technologies respectfully requests that the Court allow it to file the above-referenced document under seal per Civil L.R. 79-5.  A redacted copy of the Response obliterating the confidential and/or Attorneys' Eyes Only portions will be filed publicly.

2.    **Declaration of Stephen Cohen in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction**:  Portions of this document contain and/or discuss confidential financial and customer information that have been labeled "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order in this case.  In accordance with that Order, which limits access to materials so designated, Palantir Technologies respectfully requests that the Court allow it to file the above-referenced document under seal per Civil L.R. 79-5.  A redacted copy of the Declaration obliterating the confidential and/or Attorneys' Eyes Only portions will be filed publicly.

3.    **Declaration of Guna Kirhnere in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction**:  Portions of this document contain and/or discuss confidential financial and customer information that have been labeled "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order in this case.  In accordance with that Order, which limits access to materials so designated, Palantir Technologies respectfully requests that the Court allow it to file the above-referenced document under seal per Civil L.R. 79-5.  A redacted copy of the Declaration obliterating the confidential and/or Attorneys' Eyes Only portions will be filed publicly.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PALANTIR TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS RESPONSE
TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

2

CASE NO. C-07-3863 CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    4.    The following **Exhibits contained in the Appendix in Support of Palantir**

2  **Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction**:

3    **Deposition Excerpts of the Depositions of DeMet and Farriss (Appendix**

4  **Exhibits A and B)**:  These deposition excerpts have been labeled "Confidential" or "Attorneys'

5  Eyes Only" pursuant to the Protective Order in this case.  In accordance therewith, which limits

6  access to materials so designated, Palantir Technologies respectfully requests that the Court allow

7  it to file the above-referenced document under seal per Civil L.R. 79-5.

8    **Defendants' Answers to Interrogatories (Appendix Exhibit C)**:  These answers

9  have been labeled and produced "Confidential" or "Attorneys' Eyes Only" pursuant to the

10  Protective Order in this case.  In accordance therewith, which limits access to materials so

11  designated, Palantir Technologies respectfully requests that the Court allow it to file the above-

12  referenced document under seal per Civil L.R. 79-5.

13    WHEREFORE, Palantir Technologies respectfully requests that all of these documents be

14  filed under seal.

15    BARNES & THORNBURG LLP

16

17    By:  s/Dwight D. Lueck
    **DWIGHT D. LUECK**
18    11 S. Meridian Street
    Indianapolis, IN  46204-3506
19    Telephone: (317) 231-1313
    Facsimile: (317) 231-7433
20    Email: mailto:dwight.lueck@btlaw.com
21    [*Pro hac vice*]

22    **KATHRYN J. FRITZ (CSB NO. 148200)**
    **FENWICK & WEST LLP**
23    555 California Street, 12th floor
    San Francisco, CA  94104
24    Telephone: (415) 875-2300
    Facsimile: (415) 281-1350
25    Email: kfritz@fenwick.com
    Attorneys for Plaintiff
26    **PALANTIR TECHNOLOGIES INC.**

27

28  INDS02 943536v1