1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone:  (415) 875-2300
4  Facsimile:  (415) 281-1350
   Email:       kfritz@fenwick.com
5
   **DWIGHT D. LUECK**
6  **BARNES & THORNBURG LLP**
   11 S. Meridian Street
7  Indianapolis, IN  46204-3506
   Telephone:  (317) 231-1313
8  Facsimile:   (317) 231-7433
   Email:       dwight.lueck@btlaw.com
9

10 Attorneys for Plaintiff,
   Palantir Technologies, Inc.

11                              UNITED STATES DISTRICT COURT

12                             NORTHERN DISTRICT OF CALIFORNIA

13

14 PALANTIR TECHNOLOGIES INC.,

15              Plaintiff,                    **Case No.  C-07-3863 CRB**

16       v.                                   **[PROPOSED] ORDER GRANTING
                                              PALANTIR TECHNOLOGIES, INC.'S**
17 PALANTIR.NET, INC.,                        **MOTION FOR ADMINISTRATIVE
                                              REQUEST TO FILE DOCUMENTS**
18              Defendant.                    **UNDER SEAL**

19                                            Date: January 14, 2008
                                              Time: 2:00 p.m.
20                                            Courtroom 8

---

[PROPOSED]  ORDER  GRANTING  ADMIN.  REQUEST  TO  FILE
DOCUMENTS UNDER SEAL                                              CASE NO. C-07-3863 CRB

The Court, having reviewed the Administrative Motion of Plaintiff, Palantir Technologies, Inc. ("Palantir Technologies"), to File Documents Under Seal, hereby, for good cause shown, orders that the following documents be filed under seal:

1. Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction;

2. The Appendix in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction ; and

3. The Declarations of Stephen Cohen and Guna Kirhnere in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction.

Redacted portions of the Response and Declarations shall be filed in a publicly available format.

Dated: _____, 2008

_____
Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

INDS02 943597v1

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL    2    CASE NO. C-07-3863 CRB