1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone:  (415) 875-2300
4  Facsimile:   (415) 281-1350
   Email:       kfritz@fenwick.com
5
   **DWIGHT D. LUECK**
6  **BARNES & THORNBURG LLP**
   11 S. Meridian Street
7  Indianapolis, IN  46204-3506
   Telephone:  (317) 231-1313
8  Facsimile:   (317) 231-7433
9  Email:       dwight.lueck@btlaw.com

10 Attorneys for Plaintiff,
   Palantir Technologies, Inc.

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14 PALANTIR TECHNOLOGIES INC.,

15         Plaintiff,                    | **Case No.  C-07-3863 CRB**

16     v.                                | **DECLARATION OF DWIGHT D. LUECK
                                         | IN SUPPORT OF PALANTIR
17 PALANTIR.NET, INC.,                   | TECHNOLOGIES, INC.'S MOTION FOR
                                         | ADMINISTRATIVE REQUEST TO FILE
18         Defendant.                    | DOCUMENTS UNDER SEAL

19                                         Date: January 14, 2008
20                                         Time: 2:00 p.m.
                                           Courtroom 8

(FENWICK & WEST LLP, ATTORNEYS AT LAW, MOUNTAIN VIEW)

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR
TECHNOLOGIES, INC.'S MOTION FOR ADMIN. REQUEST TO
DOCUMENTS UNDER SEAL                                     CASE NO. C-07-3863 CRB

I, Dwight D. Lueck, declare and state as follows:

1. I am a partner with the law firm of Barnes & Thornburg LLP, counsel of record for Plaintiff Palantir Technologies, Inc. ("Palantir Technologies"). I make this declaration of my own personal knowledge, except where otherwise indicated, in support of Palantir Technologies' Administrative Request to File Under Seal Documents Relating to Its Response to Defendant's Motion for Preliminary Injunction

### INFORMATION DESIGNATED CONFIDENTIAL BY PALANTIR TECHNOLOGIES, INC.

2. Palantir Technologies filed and served an administrative request to file under the seal the following portions of its Response in Opposition to Defendant's Motion for Preliminary Injunction: 3:19, 4:26-27, and 20:9; the Declaration of Stephen Cohen: 6:13-14; and an Appendix containing documents and materials produced by the Defendant, Palantir.net, Inc. ("PNI") on a confidential or attorneys' eyes only basis. I understand that the subject matter of these particular sections are not available to the public and are kept confidential by Palantir Technologies and PNI, and such confidential information has economic value from not being known in that it concerns financial and customer information of the parties that would aid others in competing with Palantir Technologies or PNI and their products and, as such, constitutes protectable trade secrets.

### INFORMATION DESIGNATED CONFIDENTIAL BY PALANTIR.NET, INC.

3. Palantir Technologies filed and served an administrative request to file under the seal the following portions of its Response in Opposition to Defendant's Motion for Preliminary Injunction that were based on information designated confidential by Palantir.net, Inc.: 7:9, 7:16, 12:7, and 12:9; the Declaration of Stephen Cohen: 2:13, 3:19, and 5:13-14; and the Declaration of Guna Kirhnere, 2:4. I understand that the subject matter of these particular sections are not

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

available to the public and are kept confidential by Palantir Technologies and PNI, and such confidential information has economic value from not being known in that it concerns financial and customer information of the parties that would aid others in competing with Palantir Technologies or PNI and their products and, as such, constitutes protectable trade secrets.

4. Palantir Technologies filed and served an administrative request to file under the seal Exhibits A, B and C to the Declaration of Guna Kirhnere that were based on information designated confidential by Palantir.net, Inc.

5. For these reasons, I believe it is appropriate and necessary that the designated information be produced on a confidential basis and disclosed only pursuant to the terms of the Stipulated Protective Order that has been entered in this case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 24th day of December, 2007.

By: s/Dwight D. Lueck

INDS02 943562

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMIN. REQUEST TO DOCUMENTS UNDER SEAL

4

CASE NO. C-07-3863 CRB