1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
4  Email:      kfritz@fenwick.com

5  **DWIGHT D. LUECK**
   **BARNES & THORNBURG LLP**
6  11 S. Meridian Street
   Indianapolis, IN  46204-3506
7  Telephone: (317) 231-1313
   Facsimile:  (317) 231-7433
8  Email:      dwight.lueck@btlaw.com

9  Attorneys for Plaintiff,
   Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | |
| Plaintiff, | **Case No.  C-07-3863 CRB** |
| v. | **[PROPOSED] ORDER DENYING PALANTIR.NET, INC.'S MOTION FOR FOR PRELIMINARY INJUNCTION** |
| PALANTIR.NET, INC., | |
| Defendant. | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Courtroom 8 |

1   This matter came before the Court on the motion of the Defendant, Palantir.net, Inc.
2   ("PNI") for a preliminary injunction enjoining the Plaintiff, Palantir Technologies, Inc. ("Palantir
3   Technologies") from continuing to use it business name and its trademark PALANTIR during the
4   pendency of this lawsuit.  The Court has received evidence and memoranda of law from both
5   parties and heard argument on PNI's Motion on January 14, 2008.  Based on the evidence,
6   memoranda and arguments presented by the parties,
7   IT IS HEREBY ORDERED THAT:
8   PNI's Motion for Preliminary Injunction is DENIED.

11  Dated: _____, 2008

                                    Honorable Charles R. Breyer
                                    United States District Court Judge
                                    Northern District of California

INDS02 943606v1

[PROPOSED] ORDER DENYING PALANTIR.NET, INC.'S MOTION FOR PRELIMINARY INJUNCTION        2        CASE NO. C-07-3863 CRB