**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email:     kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:     dwight.lueck@btlaw.com

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>PALANTIR.NET, INC.,<br><br>         Defendant. | Case No.  C-07-3863 CRB<br><br>**DECLARATION OF DR. ALEXANDER KARP** |

Dr. Alexander Karp, of full age, declares as follow:

1.     I am over the age of 21 years, am competent to make this declaration, and have personal knowledge of the following facts.

2.     I am C.E.O. of plaintiff Palantir Technologies Inc. ("Palantir Technologies"). Palantir Technologies' offices are located at 100 Hamilton Avenue, Suite 300, Palo Alto, California 94301.

3.     I was a founding member of Palantir Technologies and have been involved in the company since its inception and incorporation in 2003.

4. Palantir Technologies provides a highly sophisticated computer software tool and services that create a secure investigative environment in which the user may (1) connect and discover various pieces of data contained in any source of data including but not limited to databases, text files, Word documents, Excel spreadsheets and more; (2) search the data contained in those data sources; (3) create a record of the actions taken by the user; and (4) collaborate between users so that the results of a search or search tactic may be shared between users.

5. The target audiences of Palantir Technologies have been, since its inception, the intelligence community and those in the financial community who would have a need for Palantir Technologies' sophisticated computer software and related services such as traders, analysts and researchers.

6. Since its inception, Palantir Technologies has used a trade name that includes the word "palantir."

7. I was the person who chose the name and trademark PALANTIR for Palantir Technologies.

8. I was and continue to be a reader of the novels of J.R.R. Tolkein. I began reading those novels in 1985. In those novels, Tolkein uses the word "palantir" to describe a "seeing stone" that can be used to see objects or events that would otherwise be out of sight of the user.

9. I chose PALANTIR as Palantir Technologies' name and trademark because I believed that the word "palantir" was suggestive of the sophisticated computer software tool that Palantir Technologies intended to develop and sell.

10. At the time I chose the PALANTIR mark, I conducted a computer search to identify other companies that were using the word "palantir" in their name or as a product name. I believe I used the Google® search engine.

**DECLARATION OF DR. ALEXANDER KARP** - 2 - **CASE NO. C-07-3863 CRB**

11. I remember finding a couple of companies using the word "palantir" in their name but, after examining their websites, concluded that they were in such different product and service spaces from where I anticipated Palantir Technologies being that I did not anticipate that there would be any confusion between Palantir Technologies and those other entities.

12. I do not recall whether Palantir.net, Inc. ("PNI"), the defendant in the pending lawsuit, was identified in my search. If it was, I examined its website and, based on what was shown on that website, concluded that PNI was in such a different product and service space that Palantir Technologies' adoption of the name PALANTIR TECHNOLOGIES would not create any confusion between Palantir Technologies and PNI.

13. At the time I conducted this search I did not retain trademark counsel or search any trademark records.

14. I did not keep a copy of my search.

15. After choosing the trade name and trademark PALANTIR, I informed another of the founders, Peter Thiel, of my choice.

16. I then contacted corporate counsel and approved incorporation under the name Palantir Technologies, Inc.

17. In late January or early February 2007, it was suggested that Palantir Technologies consider seeking registered trademark protection for its PALANTIR mark.

18. During the trademark application process, we became aware that PNI had sought and received a registered trademark for the mark PALANTIR.

19. I examined PNI's website and concluded that PNI was in such a different product and service space from Palantir Technologies that there would not be any confusion between Palantir Technologies and PNI.

**DECLARATION OF DR. ALEXANDER KARP** - 3 - **CASE NO. C-07-3863 CRB**

20.     I am not aware of any incidents of confusion between Palantir Technologies and PNI aside from those alleged by PNI in this litigation.  No one, customer or otherwise, has ever asked me if Palantir Technologies is PNI or is somehow affiliated with PNI.  No one has mentioned or asked me about PNI at all.

21.     I have been involved in numerous meetings with clients and prospective clients of Palantir Technologies over the years.  In regard to the Palantir Government product, the target audience is the intelligence analysts, operators and targeters themselves.  In regard to the Palantir Financial Product, the target audience is the traders and analysts who would use the sophisticated product.  I do not believe that I have ever had a meeting or communications with an individual in a client's organization or a prospective client's organization who would be responsible for designing, maintaining or modifying that client's website.

**DECLARATION OF DR. ALEXANDER KARP** - 4 -    **CASE NO. C-07-3863 CRB**

FURTHER DECLARANT SAYETH NOT.

I, Alexander Karp, declare under penalties of perjury under the laws of the United States, that the foregoing is true and correct. Executed in Palo Alto, California on December 21, 2007.

                         s/Dr. Alexander Carp
                         Dr. Alexander Karp

**DECLARATION OF DR. ALEXANDER KARP**     - 5 -     **CASE NO. C-07-3863 CRB**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO