**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PALANTIR.NET, INC.,<br><br>  Defendant. | Case No.  C-07-3863 CRB<br><br>**DECLARATION OF STEVEN RIES** |

Steven Ries, of full age, declares as follow:

1. I am over the age of 21 years, am competent to make this declaration, and have personal knowledge of the following facts.

2. I am a research librarian employed by Barnes & Thornburg LLP.

3. I was asked to investigate a number of entities that use the word "palantir" in the business name or as part of their domain name.

4. The Palantir Corporation is a corporation in good standing located in Lake Zurich, Illinois. Information concerning this corporation from the Lexis/Nexis database is attached to this

**DECLARATION OF STEVEN RIES** **CASE NO. C-07-3863 CRB**

Declaration as Exhibit A. In addition, further research conducted using the Google® search engine identified the corporation as involved in "software development." A copy of that page is attached as Exhibit B.

5. Palantir USA Inc. is located in Houston, Texas. Information concerning this corporation from the Lexis/Nexis database is attached to this Declaration as Exhibit C. A printout of this corporation's website is attached as Exhibit D. That website identifies the corporation as "an integrated consulting and software firm."

6. Palantir Analytics Corporation is located in Redmond, Washington. Information concerning this corporation from the Lexis/Nexis database is attached to this Declaration as Exhibit E. A printout of the first page of this corporation's website is attached as Exhibit F.

7. I was also asked to conduct an internet search using the Google® search engine and the search words "palantir" and "software."

8. The results of my search are attached as Exhibit G to this Declaration.

9. I understand that the defendant in this case is Palantir.net, Inc. ("PNI") and that it has a website located at www.palantir.net. In examining the search report of my Google® search I see that references to this company do not appear until page 3 of the search.

10. I understand that the plaintiff in this case is Palantir Technologies, Inc. ("Palantir Technologies") and that it has a website located at www.palantirtech.com. In examining the search report of my Google® search I see that references to this company do not appear until page 4 of the search.

11. There are a number of references unrelated to PNI or Palantir Technologies that appear before entries for either PNI or Palantir Technologies in the search report.

**DECLARATION OF STEVEN RIES** - 2 - **CASE NO. C-07-3863 CRB**

FURTHER DECLARANT SAYETH NOT.

I, Steven Ries, declare under penalties of perjury under the laws of the United States, that the foregoing is true and correct. Executed in Indianapolis, Indiana on December 21, 2007.

                                              s/Steven Ries
                                              Steven Ries

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DECLARATION OF STEVEN RIES**     - 3 -     **CASE NO. C-07-3863 CRB**