# EXHIBIT A

5 of 6 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

ILLINOIS SECRETARY OF STATE

**Company Name:** THE **PALANTIR** CORPORATION

**Type:** DOMESTIC CORPORATION

**Status:** REINSTATED

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 2/6/1997 (Anniversary Month: FEBRUARY)

**State or Country of Incorporation:** ILLINOIS

**Purpose:** ALL INCLUSIVE PURPOSE

**Registered Agent:**
ERIC ROY MEDLEY
Agent Appointed: 11/1/2000

**Registered Office:**
958 HOLLY CIR
LAKE ZURICH, IL 60047
County: LAKE

**Additional Information:** NOT REGULATED BY ILLINOIS COMMERCE COMMISSION

**Federal Employer ID Number:** 36-4133808

**Corporation Number:** 59255932

**Annual Report:**
Date Filed: 4/19/2007
Tax Factor: 1.000000
Tax Amount Paid: $ 28.50


Date Mailed: 12/10/2004
Date Filed: 4/19/2007
Delinquency Statement Date: 3/11/2005
Tax Factor: 1.000000
Tax Amount Paid: $ 215.25

**Stock Information:**
Change in Capital: 2/6/1997
Tax Capital: $ 1,000

ILLINOIS SECRETARY OF STATE

Total Capital: $ 1,000

Type of Stock: COMM
Shares Issued: 1,000.00
Authorized Quantity: 300,000
Voting Rights: YES

**Officers, Directors:**
ERIC R MEDLEY
PRESIDENT
958 HOLLY CIRCLE LAKE ZURICH 60047

ERIC R MEDLEY
SECRETARY
958 HOLLY CIRCLE LAKE ZURICH 60047