# EXHIBIT B

# The Palantir Corp (P H E)

958 Holly Cir, Lake Zurich, IL 60047-1200, United States  (Map) (Add Company Info)
**Phone:** (847) 275-7252
**Also Does Business As:**P H E
**URL:** Activate Links www.xylocore.com
**SIC:**Computer Programming Services
**Line of Business:**Software Development

Ads by Google

DBA Mfg Software The alternative to over-complicated ERP systems. Free Download.

Progress Software Simplify the Integration of Service Oriented Business Applications.

QuickBooks Inventory Locations, bins, lots, serial nos barcode scanning and printing

The ads are not affiliated with The Palantir Corp

**Detailed The Palantir Corp Company Profile**
This company profile is for the private company The Palantir Corp, located in Lake Zurich, IL. P H E's line of business is software development.

**Company Profile: The Palantir Corp**