# EXHIBIT C

2 of 2 DOCUMENTS

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

TEXAS SECRETARY OF STATE

**Company Name:** PALANTIR USA INC.

**Business Address:**
2210 W DALLAS STE 513
HOUSTON, TX 77019

**Type:** FOREIGN FOR-PROFIT CORPORATION

**Status:** IN EXISTENCE

**Standing:** IN GOOD STANDING, NOT FOR DISSOLUTION OR WITHDRAWAL

**Filing Date:** 4/8/2005

**Duration:** PERPETUAL

**State or Country of Incorporation:** DELAWARE

**Foreign Incorporation Date:** 1/27/2005

**Registered Agent:** JASON JAMES AMBROSE

**Registered Office:**
2210 W. DALLAS ST.
SUITE 513
HOUSTON, TX 77019

**Other Name Information:**
PALANTIR USA INC.
Type: LEGAL
Status: IN USE
Creation Date: 4/8/2005

**Federal Employer ID Number:** 55-0889833

**Filing Number:** 0800477497

**State Taxpayer Number:** 15508898333

**Officers, Directors:**
JASON JAMES AMBROSE
DIRECTOR, PRESIDENT
2210 W DALLAS ST STE 513
HOUSTON, TX 77019

TEXAS SECRETARY OF STATE

**History:**
File Date: 12/31/2006
Transaction: PUBLIC INFORMATION REPORT (PIR)
Microfilm Number: 149673160001


File Date: 4/8/2005
Transaction: APPLICATION FOR CERTIFICATE OF AUTHORITY
Microfilm Number: 087614040002