# EXHIBIT D



About Us    E3Services    Software    Careers    Contact Us

### Welcome to Palantir

Palantir is an integrated consulting and software firm that provides leading edge economic and planning solutions to the international energy sector.

Our consultants have extensive knowledge of economics, portfolio planning, risk analysis, accounting, industry standard software and programming. Collective career experience working with the planning groups in international energy companies around the world leave the Palantir team well positioned to understand your business, support your economics and meet your challenges.

**E3Workflow** - Data Integration Solution
Data Conversion System that integrates multiple systems and data sources and automates data conversion workflows.

**E3Cash** – Economic Evaluation Solution
A flexible Economic Evaluation package designed to make economics efficient and accurate.

**E3Plan** – Portfolio Planning Solution
An innovative Portfolio Planning package designed to give planners the best tools to create reliable portfolio plans.

**E3Services** – Experts in Economics & Planning
Palantir consultants provide for Economic & Planning services, projects and solutions all around the world.

### Notice Board

**Palantir Presents...**

Palantir is pleased to invite you to the first in our new seminar series on 'Decision Analysis' in the oil and gas industry on the 30th of November 2007 in Aberdeen between 9:30am and 1:30pm.

More Info

**Singapore Office Now Open**

Palantir is proud to announce the opening of our Singapore office to service South East Asia and Australia. Contact us for more details.

Contact Us

**Microsoft**
**GOLD CERTIFIED**
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved



About Us  E3Services  Software  Careers  Contact Us

E3Solutions

◇ E3Workflow
◇ E3Cash
◆ E3Plan
   E3Services

### About Palantir

**Who is Palantir?**
Palantir Economic Solutions is a consulting company specialised in economic evaluation, planning and risk analysis. We integrate our economic knowledge with expert software development skills to support the day to day operation of business planning groups within international energy companies. We work closely with our clients to find and build solutions that fit their business.

**What do we do?**
We support planning and asset management groups in the Oil and Gas industry with our leading edge innovative technology and dedicated result-based consulting. Our offering covers a range of products, utilities and services related to economics and economic software.

**Our Experience**
Palantir is a group of expert petroleum engineers, economists and IT professionals. Palantir's consultants have gained their specialised knowledge working with dozens of companies world wide. The wide variety of projects have uniformly helped clients realise the greatest value from their economic, fiscal and project planning tools. We achieve success by continuous innovation and adapting our knowledge and experience into practical and affordable solutions that are delivered to client specifications.

**Our aim**
Our aim is to be the world's integrated economic consulting/software company servicing the energy industry and the solution partner of choice for international energy companies' economic planning and strategy groups.

**Our promise**

We will deliver. We will deliver flexible and proactive services and products ... when and where they are needed.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

*Microsoft* GOLD CERTIFIED
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

Copyright © 2007, Palantir Economic Solutions. All rights reserved



About Us | E3Services | Software | Careers | Contact Us

### E3Cash

- E3Solutions
- E3Workflow
- **E3Cash**
- E3Plan
- **E3Services**

New Release! E3Cash 2.1 has been released. Call us now for a demonstration of the new features!

E3Cash is an efficient and flexible economic system on which accurate and reliable economic analysis can be performed in a secure and standardised manner.

In an ever evolving petroleum environment, an efficient and flexible economic workflow is essential to gain a competitive advantage. Can the organisation's planning and asset teams deliver timely results to key stakeholders? Extensive economic calculations and analysis need to be performed on new opportunities as well as existing assets. The ability to get all economic questions answered in a reliable fashion is invaluable to the decision making process.

Palantir's E3Cash will provide your organisation the capability to stand above the crowd. E3Cash's unparalleled flexibility in running economics, modelling and analytics enables your organization to analyze and consolidate projects from multiple international regimes through a consistent corporate methodology. Economists and planners can react to management requests flexibly and promptly. E3Cash establishes a platform on which accurate and reliable economic analysis can be performed in a secure and standardised manner.

Consistent results and quality reports and analytics are key to achieving full insight into the economics of assets. E3Cash empowers asset managers and economists to gain an in-depth understanding of the assets in their portfolio enabling better quality decisions to be made.

**Key Benefits**

Download Brochure

Request Demo

**Contact Us**

**High-level of Standardisation** – Central management of projects allows for company compliance of economic data throughout assets

**Better Visibility into Assets** – Rich economic calculation features result in accurate, detailed and reliable data

**Improved Management Satisfaction** – The advanced and highly customisable reporting and analytics allows for the creation of high quality management reports

**Improved Accessibility** – Complete integration with Excel for modeling, input data and reporting greatly reduces training requirements and improves user acceptance

**Work Synergistically with Other Systems** – E3Cash has been designed to work smoothly with existing systems and processes

E3Cash helps you to run extensive cash flow economics on assets using robust economic functionality. Before and after tax cash flows are easily generated for single projects and consolidations of projects. The solution is highly integrated with Excel, allowing users to compile and calculate data in a flexible and familiar manner. A full international model library is provided with E3Cash. These models can be provided "as is", or easily modified to fit your specific requirements.

E3Cash supports the following Microsoft technologies: SQL Server, Microsoft Office and Visual Studio.Net.

A solid understanding of your project cash flows will help you reach your targets!

Palantir - Economic & Planning Solutions

Page 3 of 3



Project Hierarchy

Dashboard for quick overviews

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

Copyright © 2007, Palantir Economic Solutions. All rights reserved



## Palantir

About Us | E3Services | Software | Careers | Contact Us

E3Solutions

E3Workflow
E3Cash
E3Plan
E3Services

### E3Plan

E3Plan is a portfolio analysis solution that allows planners to get an in-depth insight in the portfolio by creating detailed business plans, setting targets and extensive shuffling of projects and attributes.

Making the right decisions on business planning and capital allocation in the petroleum industry is an extremely complex and challenging process. Can you allocate capital so that returns on assets are optimised? What investments best fit the portfolio? To optimize capital allocation, it is essential to gain an in-depth insight into your assets and opportunities. Portfolio analysis applied to accurate and reliable business data provides the foundation necessary to exceed your targets.

Gain a wide understanding of your portfolio and maximise opportunities. E3Plan gives you the necessary tool set to create reliable business plans. Make strategic decisions based on solid business plans thoroughly analysed and comprehensively visualised.

E3Plan facilitates optimal portfolio planning and decision making for strategic planners and asset managers. Standardised data from assets around the globe can be scrutinised and scenarios explored while remaining completely integrated with the familiarity of Excel.

### Key Benefits

**Improved Decision Making** – Detailed "what-if" scenarios and accurate business plans ensure a valuable foundation for management to make decisions from

Download Brochure

Request Demo

**Optimised Capital Allocation** – Accurate forecasting on assets under various capital situations facilitates optimal allocation of capital within the portfolio

**Integrated Economics** – Build plans based upon economic data from E3Cash or third party economic evaluation tools

**Improved Management Satisfaction** – The advanced and highly customisable reporting and analytics allows for the creation of high quality management reports

**Work Synergistically with other systems** – E3Plan has been designed to work smoothly with existing systems and processes

E3Plan empowers planners to create in-depth what-if scenarios and forecasts to create business plans based on detailed sets of assumptions, requirements, timings and probabilities allowing you to optimise targets in the planning cycle.

Capitalise on opportunities and be confident that you have made the best decision!

**Contact Us**



Projects are visualised by type and timing



View the portfolio with targets, constraints and key indicators

Key Metrics

**Microsoft**
**GOLD CERTIFIED**
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved





## E3Workflow

E3Workflow is a data integration solution that allows data from different sources to be (automatically) converted and consolidated without placing extra workflows upon user groups.

Multiple systems and processes, operating in the economics and planning workspace are highly common. Integrating systems and managing data movement without losing data integrity and without imposing elaborate workflows is a challenging process. Are you getting the most out of your systems and processes? Performing economics in Peep, exploration data coming from GeoX, cost profiles from GEM? Are the systems that your business units are working with truly integrated?

In an integrated environment, data from various sources can flow between systems and can be consolidated in a secure and reliable fashion. Palantir E3Workflow has the ability to completely integrate systems and automate data flows. Economists and planners can now focus on analysing data to capitalise on opportunities, rather than manually transferring, recalculating and validating data.

E3Workflow allows you to get the maximum return out of existing systems and existing processes without imposing new workflows. Use fewer resources to create better results. Analyse consolidated data across your entire organisation, in a consistent and efficient environment.

### Key Benefits

**Improved Use of Data** – Data from various systems and/or various business units can be used

E3Solutions

E3Workflow
E3Cash
E3Plan
E3Services

Download Brochure

Request Demo