Contact Us

to create high quality results, consolidations and business plans

**Reduced Transfer and Conversion Time** – The automation of data migration will take away the need to manually transfer and/or convert data

**Increased Reliability of Results** – Reduction of human error and data validation increases reliability of results

E3Workflow integrates and automates workflows and systems into a streamlined environment. Data can be consolidated across your organisation or within your department to create an efficient economics and planning workflow. To further increase efficiency, consolidated data can be manipulated and analysed from within E3Workflow in a familiar Excel environment.

Ensure yourself of data integrity and spend more time analysing opportunities!

Palantir E3Solutions

Envision ♦ Execute ♦ Excel

Microsoft GOLD CERTIFIED Partner

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

Copyright © 2007, Palantir Economic Solutions. All rights reserved



About Us | E3Services | Software | Careers | Contact Us

E3Solutions

◇ E3Workflow
◈ E3Cash
◇ E3Plan
◆ E3Services

▶ **Economic Evaluation & Strategic Planning**

The Palantir team has extensive and expert knowledge of petroleum fiscal modeling, economics, planning, risk analysis, accounting, industry standard software and programming. Collective career experience working with the planning groups in international energy companies around the world leave the Palantir team well positioned to understand and solve problems and meet your challenges.

Palantir provides both consulting and software expertise in the economic evaluation field. We combine in-depth understanding of economic, strategic and financial planning processes with extensive knowledge of programming. This integrated approach allows our consultants and programmers to adapt and customise applications and to react to your business needs with flexibility.

Performance of economic modeling and analysis of assets is at the core of Palantir's expertise. Our consultants are experienced economists with a wealth of industry knowledge. Whether for a short term project or a long term role, each Palantir consultant brings an extensive library of shared knowledge to your organisation that can assist in the analysis of assets, capital allocation and planning.

Palantir offers assistance with day to day and peak time project economics. This may be the maintenance of the economics of existing assets or doing scoping economics in new countries or recent exploration plays. We can provide additional personnel for busy business planning and reporting periods such as year end.

# Palantir - Economic & Planning Solutions

- Day to day asset / project economics
- Peak time support – software/program, data entry or engineering support
- Periodic reporting cycle support – reserves, strategy planning, budgeting
- Auditing of economic asset base
- Creation of sensitivities and scenarios around existing economics
- Decision Tree analysis for workovers/stimulations
- Proactive support – identification of system improvement opportunities through regular maintenance of planning systems
- Onsite software support and training
- Creation of field, block and country level roll ups
- Entry of detailed production capital, opex data
- Workover/AFE justification and back up
- Periodic variance reporting
- Archiving of periodic results
- Project scheduling and optimisation

**Download Brochure**

**Contact Us**

**Microsoft GOLD CERTIFIED** *Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved



About Us | E3Services | Software | Careers | Contact Us

### ▲ Fiscal Regime Analysis

Palantir offers expertise in global Oil & Gas fiscal regimes. Fiscal regime modelling is one of the core competencies of the Palantir team. The team has over 20 years of combined modeling experience in royalty/tax systems, production sharing contracts and buy-back schemes in over 50 countries.

- Fiscal Modelling
- Fiscal regime analysis and interpretation
- Negotiation support -- bid rounds and/or divestiture and acquisitions
- Contract terms sensitivity analysis

We are able to assist with the following activities relating to exploration analysis and bid round negotiation:

- Fiscal Model Creation
- Building detailed fiscal models in Excel®, Visual Basic, Third Party software, In House formats or E3Solutions
- Creation of flexible exploration / negotiation economic models
- Fiscal Regime design for National Oil Companies

Bidround Negotiation & Support

- Contract review and comparison to other petroleum contracts

E3Solutions

E3Workflow
E3Cash
E3Plan
◆ E3Services

Download Brochure

- Creation of exploration economic cases
- Exploration project screening
- Negotiation support
- Contract drafting
- On the fly economic modeling and calculation
- Loan calculations and analysis
- Farm In/ Farm Out negotiations
- Calculation of State Participation and State Carry terms

Fiscal Regime Analysis and Interpretation

- Contract term sensitivity analysis
- Identification of key value drivers in negotiable terms
- Application of Monte Carlo techniques to fiscal models terms
- Linking of spreadsheets to Third Party Systems to take advantage of tools such as Crystal Ball™ and @Risk™
- Data room preparation and conversion

Palantir holds an extensive library of fiscal models. Palantir's library of fiscal model covers key petroleum exploration and producing countries around the globe.

**Contact Us**

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

**Microsoft GOLD CERTIFIED**
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

Copyright © 2007, Palantir Economic Solutions. All rights reserved



## Palantir

About Us | E3Services | Software | Careers | Contact Us

▲ **Data Conversion & Migration**

Palantir can assist with the conversion, migration and archiving of data. Services that can be provided include:

- Automation of data flows
- Spreadsheet to World Peep® conversions
- Conversion to/from third party systems
- Links to financial systems such as PeopleSoft™, AccDat™ & SAP™
- Archiving of results using Aclaro™ software
- Aries import / exports
- Import / export links from third party systems
- Backwards version migrations
- Linking to cost estimation software
- Linking Spreadsheet to Spreadsheet
- Data room conversion
- Ascii/Text file conversions

Palantir also has built a custom Data Integration Solution, E3Workflow.

®PEEP is a trademark of Schlumberger Information Solutions.

E3Solutions

E3Workflow
◇ E3Cash
◇ E3Plan
◆ E3Services

Download Brochure

Contact Us

Palantir - Economic & Planning Solutions

Page 2 of 2



Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved



# Palantir

About Us | E3Services | Software | Careers | Contact Us

### E3Solutions
- E3Workflow
- E3Cash
- E3Plan
- ◆ E3Services

Download Brochure

Contact Us

## ▲ Custom Programming

Palantir provides programming expertise for the development of custom solutions and also for the development of Excel Macros and Visual Basic Add-ins and extensions.

- Expertise in VB*, Visual C++*, .NET*, C#*
- Database reporting using Aclaro™, Crystal Reports™, and Spreadsheets
- Conversion / formatting of reservoir simulator output
- Specialized cost allocation & ring fencing
- OLE automation including linking to Spreadsheets
- Reporting, charting and display solutions
- Middle-ware integration

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

**Microsoft GOLD CERTIFIED**
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

Copyright © 2007, Palantir Economic Solutions. All rights reserved



# Palantir

About Us | E3Services | Software | Careers | Contact Us

## ▲ Training

Palantir offers training in:

- Petroleum Economics
- Economic evaluation
- Fiscal regime modeling
- Decision and risk analysis
- Portfolio management
- Use of any industry specific software
- E3Solutions training

We can provide you with anything from personal one-on-one training to extensive multi-day courses. One of our consultants will be available to discuss your requirements and our possibilities with you.

**E3Services**

◇ E3Workflow
◇ E3Cash
◇ E3Plan
◆ E3Services

Download Brochure

Contact Us

**Microsoft**
GOLD CERTIFIED
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved



About Us | E3Services | Software | Careers | Contact Us

## Contact Us

You can contact us by phone, email or by submitting a request for information.

**London**

Studio 302, Westbourne Studios
242 Acklam Road
London, UK
W10 5JJ

Tel: +44 (0) 20 7524 7560
Fax: +44 (0) 845 280 1876
Support: +44 (0) 207 096 8423
info@palantirsolutions.com

**Singapore**

30 Raffles Place
#23-00 Chevron House

**Aberdeen**

147 Fonthill Avenue
Aberdeen, UK
AB11 6TG

Tel: +44 (0) 20 7524 7560
Fax: +44 (0) 845 280 1876
info@palantirsolutions.com

**Houston**

Suite 513
2210 West Dallas Street

Singapore, 048622

Houston, TX 77019, USA

Tel: +65 6583 8023
Fax: +65 6491 5703
info@palantirsolutions.com

Tel: +1 713 636 9330
Fax: +1 832 550 2245
info@palantirsolutions.com

**Microsoft GOLD CERTIFIED**
*Partner*

Microsoft is a registered trademark of Microsoft Corporation in the United States and/or other countries.

**Palantir E3Solutions**

**Envision ♦ Execute ♦ Excel**

Copyright © 2007, Palantir Economic Solutions. All rights reserved