# EXHIBIT E

1 of 1 DOCUMENT

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

WASHINGTON SECRETARY OF STATE

**Company Name:** **PALANTIR** ANALYTICS CORPORATION

**Type:** CORPORATION (PROFIT)

**Status:** ACTIVE, IN COMPLIANCE

**Filing Date:** 5/13/2007

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 5/13/2007

**State or Country of Incorporation:** WASHINGTON

**Registered Agent:** SCOT LAND

**Registered Office:**
  4210 270TH AVENUE NE
  REDMOND, WA 98053

**Filing Number:** UBI #: 602725503

**Internal Number:** 31934136