# EXHIBIT F



# Welcome to palantiranalytics.com

To enter this site you will need to obtain a username and password.
Contact System Admin sysdamin@palantiranalytics.com

You will be provided with a username and password along with the entry URL.