# EXHIBIT G

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                                                  Sign in

## Google

palantir software      [ Search ]   Advanced Search / Preferences

**Web**                                              Results **1 - 10** of about **123,000** for **palantir software**. (**0.20** seconds)

### Palantir - Economic & Planning Solutions
**Palantir** is an integrated consulting and **software** firm that provides leading edge economic
and planning solutions to the international energy sector. ...
www.**palantir**solutions.com/ - 19k - Cached - Similar pages

### Palantir software. If you like billiards but seek for something ...
Try to occupy the greatest part of the game board and win the game. Free to play. Find all
**software** similar on **Palantir** 1.0 ...
www.allworldsoft.com/**software**/5-513-**palantir**.htm - Similar pages

### Play palantir software by Absolutist and others
Mysterious **Palantir** combines arcade with a bit of strategy, and fun things from many
games like Pool and Tetris. Two-player modes are included among the ...
www.freedownloadscenter.com/Best/play-**palantir**.html - 31k - Cached - Similar pages

### Palantir Software Inc. | Frederick, MD | Company Profile, Research ...
Goliath's **Palantir Software** Inc. Company Profile provides detailed company information on
**Palantir Software** Inc. located in Frederick, MD.
⊞Map of 1560 Tilco Dr, Frederick, MD 21704
goliath.ecnext.com/coms2/product-compint-0001289644-page.html - 18k -
Cached - Similar pages

### GUIdebook > ... > Windows > Windows 2.0 applications ad
Windows Filer, filing and reporting application, **Palantir Software**. Windows inTalk, desktop
communications application, **Palantir Software**. ...
www.guidebookgallery.org/ads/magazines/windows/win20-applications - 25k -
Cached - Similar pages

### 92713; 1=1 tmiff, April
that complements **Palantir's** word-processing **software** (for. IBM PC, XT, PC jr, and
compatible ... **Palantir Software**, 12777 Jones Rd., Suite 100, Houston, TX ...
ieeexplore.ieee.org/iel5/2/34804/01662872.pdf?tp=&isnumber=34804&arnumber=1662872 -
Similar pages

### P. W. Bill Bailey III - Wikipedia, the free encyclopedia
Bailey had been doing contract programming work for **Palantir Software**, [1] and eventually
took a job full time with the **software** company that published word ...
en.wikipedia.org/wiki/P._W._Bill_Bailey_III - 28k - Cached - Similar pages

### Palantir Software Download and Review
**Palantir** free download. Puzzle Lifestyle: **Palantir**.
www.filesland.com/companies/Absolutist-com/**Palantir**.html - 15k - Cached - Similar pages

### PALANTIR SOFTWARE LICENSE
**PALANTIR SOFTWARE** LICENSE **Palantir** v1.9 will be released under an Open Source
license. The details is not worked out yet.
www.**palantir**.uio.no/**palantir**/license.html - 1k - Cached - Similar pages

### Mysterious Palantir Software-Serials.com: Enter The Vortex

Serials for Mysterious **Palantir**. **Software** Description. **Software** Publisher: Absolutist.com;
Download the original **software**:. Download from tucows.com (1.6 MB ...
www.**software**-serials.com/Mysterious/Mysterious_**Palantir**.html - 10k -
Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

palantir software    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                                                   Sign in

Google
                    palantir software                                      [Search]   Advanced Search
                                                                                      Preferences

---

Web                                  Results **11** - **20** of about **123,000** for **palantir software**. (**0.08** seconds)

### Strategy Games software mysterious palantir review games download
Linux **software** mysterious **palantir** free & shareware **software** download linux **software** strategy games. Review mysterious **palantir** & download mysterious ...
www.ezgoal.com/channels/linux/f.asp?f=234541 - 53k - Cached - Similar pages

### **Palantir Software** by Absolutist.com
Release Date: **Software** Version: Program Size: Platform: Download:. 9/13/2002 1.0 0.5 MB Win95,Win98,WinME,WinXP,Windows2000 Download **Palantir** ...
www.dotnetthis.com/**software**/absolutist-com/**palantir**/ - 17k - Cached - Similar pages

### PALANTÍR
This makes it very easy to customize the surveillance of a special **software** product, without changing the **Palantír software** itself. ...
www.**palantir**.uio.no/**palantir**/**palantir**_paper.html - 34k - Cached - Similar pages

### Display Mysterious **Palantir software** title with red color on ...
Display your **software** title with red color. Add a text link or the award image on your website and link-it to our home page or to Mysterious **Palantir** review ...
www.dailysofts.com/redcolor_title.php?soft_id=23754&x=794 - 13k - Cached - Similar pages

### Mysterious **Palantir Software** Download and Review
Mysterious **Palantir** free download. Winners Bubble: Mysterious **Palantir**.
www.filesland.com/companies/Absolutist-com/Mysterious-**Palantir**.html - 15k - Cached - Similar pages

### Mysterious **Palantir Software**: Mysterious **Palantir**
Mysterious **Palantir Software**: Mysterious **Palantir**;
www.filesrepository.com/**software**/mysterious-**palantir**.html - 15k - Cached - Similar pages

### Thomson Gale Company Profiles: **Palantir Software** Inc ...
Company Profiles & Financials, Thomson Gale Company Profiles: **Palantir Software** Inc.
www.alacrastore.com/storecontent/bir/1289644 - 16k - Cached - Similar pages

### CIPO - Patent - 2289533
(73) Owners (Country):, **PALANTIR SOFTWARE**, INC. (United States). (71) Applicants (Country):, **PALANTIR SOFTWARE**, INC. (United States) ...
patents1.ic.gc.ca/details?patent_number=2289533 - 16k - Cached - Similar pages

### Download Mysterious **Palantir software** (Absolutist.com)
Download Mysterious **Palantir software** (Absolutist.com). SoftAddict.com is an online **software** archive that will bring you the best free ware and share ware ...
softaddict.com/download-Mysterious-**Palantir**-18348.html - 7k - Cached - Similar pages

### **Palantir** 1.0 free download
Online contest for best players on the Internet. .Both installer and uninstaller are provided. Find all **software** similar on **Palantir** 1.0 ...
3d2f.com/download/9-322-**palantir**-free-download.shtml - 16k - Cached - Similar pages

---

**Previous** 1 **2** 3 4 5 6 7 8 9 10 11    **Next**

---

palantir software    [Search]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼                                                Sign in

Google                    palantir software                          | Search |   Advanced Search
                                                                                 Preferences

---

**Web**                                    Results **21** - **30** of about **123,000** for palantir software. (**0.10** seconds)

Mysterious **Palantir Software** by Absolutist.com
**Software** Version: Program Size: Platform: Download:. 6/11/2002 1.0 1.6 MB
Win95,Win98,WinME,WinNT 4.x,WinXP,Windows2000 Download Mysterious **Palantir** ...
www.dotnetthis.com/**software**/absolutist-com/mysterious-**palantir**/ - 17k -
Cached - Similar pages

Mimas Solutions - World Class **Software** Development for Upstream ...
Building and maintaining unit tests for all aspects of **Palantir's software**. Delivering
**software** solutions that conform to the needs and objectives of ...
mimassolutions.com/Career**Software**Eng.aspx - 15k - Cached - Similar pages

Downloads - Mysterious **Palantir** 1.0 Shareware **Software**
Mysterious **Palantir** 1.0. Download. filesize 1.56 MB ... Solutions that feature this **software**
or are related... published by ...
www.tucows.com/preview/275431 - 40k - Cached - Similar pages

Digital Ship - Athens 2004
**Palantir** - **software** to maintain shipboard computers from shore (Norway) www.**palantir**.no
JRC - world's largest supplier of maritime electronics (Japan) ...
www.thedigitalship.com/conferences/athens/exhibitors.shtml - 10k - Cached - Similar pages

**Palantir** Download at Ivertech **Software** Central
**Palantir** - New player-friendly free shooter-like game for any mood and lifestyle.
**software**.ivertech.com/**Palantir_software**1016.htm - 44k - Cached - Similar pages

**Palantír**: Increasing Awareness in Distributed **Software** Development ...
Distributed **software** development, just like regular **software** development, typically
involves developers working in parallel on the same set of artifacts.
citeseer.ist.psu.edu/sarma02palantiacuter.html - 22k - Cached - Similar pages

**Palantír**
Resolving these problems with **Palantír** allowed it to be deployed in an advanced **software**
engineering project course, and to be actively used by the ...
www.ics.uci.edu/~asarma/**Palantir**/publications.shtml - 36k - Cached - Similar pages

**Palantir** Technologies, Inc. Jobs: **Software** & Programming careers ...
Find **Palantir** Technologies, Inc. jobs and read about **Palantir** Technologies, Inc.'s career
and employment opportunities on Yahoo! HotJobs.
hotjobs.yahoo.com/careers-603537-**Palantir**_Technologies_Inc - 17k -
Cached - Similar pages

**Palantir**.net
**Palantir**-developed educational Web site and multimedia CD-ROM beats out entries from
Microsoft and Atari to win the **Software** & Information Industry ...
www.**palantir**.net/ - 6k - Cached - Similar pages

**Palantir** 1.0 **software** download - Mac OS X - VersionTracker
Find **Palantir** downloads, reviews, and updates for Mac OS X including commercial
**software**, shareware and freeware on VersionTracker.com.

---

http://www.google.com/search?q=palantir+software&hl=en&start=20&sa=N                            12/21/2007

www.versiontracker.com/dyn/moreinfo/macosx/15159 - 24k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12     **Next**

---

palantir software     [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼  Sign in

Google  palantir software  [Search]  Advanced Search  Preferences

---

Web  Results **31 - 40** of about **123,000** for **palantir software**. (0.17 seconds)

### Palantir 1.0 software download - Mac OS X - VersionTracker
Find **Palantir** downloads, reviews, and updates for Mac OS X including commercial **software**, shareware and freeware on VersionTracker.com.
www.versiontracker.com/dyn/moreinfo/macosx/15159 - 24k - Cached - Similar pages

### Download Logics Software Palantir, Solitaire Studio (Palm) and ...
BlueChillies is **software** download source for logics shareware, freeware, demos.
www.bluechillies.com/list/logics.html - 57k - Cached - Similar pages

### Mysterious Palantir 1.0 free download
Please select a mirror for free download Mysterious **Palantir** 1.0: ... Find all **software** similar on Mysterious **Palantir** 1.0 ...
3d2f.com/download/29-127-mysterious-**palantir**-free-download.shtml - 16k - Cached - Similar pages

### Palantir - Home
**Palantir** is a Linux-based streaming system designed to transmit live video, ... This **software** is distributed under the GNU General Public License version 2. ...
www.fastpath.it/ - 7k - Cached - Similar pages

### cushman.net » Palantir
Empire is the **software** that runs on the Empeg that recieves the IrDA signal ... Screenshots for **Palantir** and Empire can be found in the Online Manual for ...
cushman.net/projects/**palantir**/ - 13k - Cached - Similar pages

### Palantir Technologies : Careers
**Palantir** Technologies, Inc. is looking for **Software** QA Engineers who are energetic, highly motivated, and detail-oriented. This is an opportunity to join a ...
www.**palantir**tech.com/careers_positions.html - 25k - Cached - Similar pages

### Strategy Software - Babala, Lost Admiral Returns, Mysterious ...
Mysterious **Palantir** combines arcade with a bit of strategy, and fun things .... Blackjack Basic Strategy practice **software** with Ultra-real 3D graphics from ...
www.programurl.com/**software**/strategy5.htm - 81k - Cached - Similar pages

### Mysterious Palantir - Free PC Download : Free Arcade Games @ winpcware
This page features Mysterious **Palantir** Free Download, Mysterious **Palantir** information, Mysterious **Palantir software** purchase and download links ...
www.winpcware.com/games_arcade/mysterious-**palantir**-pid3479.htm - 17k - Cached - Similar pages

### Billiard game free software - Billiard game Balkline., Billiard ...
Eight ball), **Palantir** (A great free shoot-and-win arcade game.) ... Billiard game free **software** - Billiard game Balkline., Billiard game, **Palantir**. ...
www.giveawayoftheday.com/freeware/billiard_game_download.shtml - 65k - Cached - Similar pages

### RIGZONE - Company Info: Palantir Economic Solutions
**Palantir** is an integrated consulting and **software** solutions provider, specialising in ...

**Palantir's** flagship **software**, the PalantirE?ngine is a flexible, ...
www.rigzone.com/search/sites/**Palantir**_Economic_Solutions5382.asp - 21k -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13     **Next**

---

| palantir software | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web | Images | Maps | News | Shopping | Gmail | more ▼	Sign in

# Google

palantir software	| Search | Advanced Search
Preferences

---

**Web**	Results **41 - 50** of about **123,000** for **palantir software**. (**0.17** seconds)

### Electronic Resources - Teaching Children Mathematics Cumulative ...
**Palantir Software**, Math Flash, Oct 1990, 49. Pappas, Christine C. & Sara Bush,
Facilitating Understandings of Geometry, Apr 1989, 17-20 ...
my.nctm.org/eresources/tcm/index/p-authors.asp - 35k - Cached - Similar pages

### Pervasive Surveillance using a Cooperative Mobile Sensor Network
Our implementation of the client **software** is a heavily modified. version of a stand-alone
client included with the **Palantir software**. distribution. ...
ieeexplore.ieee.org/iel5/10932/34383/01642014.pdf - Similar pages

### Palantir.no
**Palantir** er din komplette leverandør av IT-drift, helpdesk, keepup@sea, avansert **software**
distribusjon og andre tjenester. Vi har norges beste og billigste ...
www.**palantir**.no/?page=showmenu&id=2&culture=en - 20k - Cached - Similar pages

### Mysterious **Palantir** Download
Mysterious **Palantir** Download Page. Exercise your pool and shooting skills playing the nine
games ... Review this **software** Pros, Cons, Comments or Experience ...
www.shareup.com/Mysterious_**Palantir**-download-31920.html - 17k -
Cached - Similar pages

### Palantir.net | drupal.org
**Palantir**.net is an Evanston, Illinois-based Web development firm that has ... range of
custom interactive Web sites, database applications, and **software**. ...
drupal.org/node/186870 - 13k - Cached - Similar pages

### **Palantir** 1.0 - New player-friendly free shooter-like game for any ...
Freeware **software** free download at Super Shareware. Download Free Tactics Puzzle
Board Colors Strategy. ... **Palantir** Related **Software** ...
www.supershareware.com/info/**palantir**.html - 59k - Cached - Similar pages

### Mysterious **Palantir** Antivirus Scan Results - Mysterious **Palantir** ...
Mysterious **Palantir software** have been tested by programsbase.com team against
viruses, spyware, adware and was founded to be 100% clean. ...
mysterious-**palantir**.antivirusreport-154-8261.programsbase.com/ - 25k -
Cached - Similar pages

### Free **Palantir** Download, **Palantir** 1.0 Download
Mysterious **Palantir** 1.0. Exercise your pool and shooting skills playing the nine games from
this pack. Hot **software** keyword ...
www.brothersoft.com/games/shooting_games/**palantir**_13671.html - 12k -
Cached - Similar pages

### Method and system for copy-tracking distributed **software** featuring ...
Assignee. **Palantir Software**, Inc. ... Every time a user of the distributed **software** attempts
to execute that **software**, a connection to the central computer ...
www.patentstorm.us/patents/6070171.html - 16k - Cached - Similar pages

### Downloads - Mysterious **Palantir** 1.0 Shareware **Software**

Mysterious **Palantir** 1.0. Download. filesize 1.89 MB ... Solutions that feature this **software** or are related... published by ...
www.tucows.com/preview/410626 - 41k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14    **Next**

palantir software    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

palantir software - Google Search
Case 3:07-cv-03863-CRB    Document 46-9    Filed 12/24/2007    Page 12 of 20
Page 1 of 2

Web  Images  Maps  News  Shopping  Gmail  more ▼                                                              Sign in

Google
        palantir software                      Search   Advanced Search
                                                                                     Preferences

---

**Web**                                        Results **51** - **60** of about **123,000** for **palantir software**. (0.15 seconds)

[PPT] **Palantír**: Increasing Awareness in Distributed **Software** Development
File Format: Microsoft Powerpoint - View as HTML
**Palantír**: Increasing Awareness in Distributed **Software** Development. Anita Sarma and
André van der Hoek. {asarma, andre}@ics.uci.edu. Institute for **Software** ...
www.ics.uci.edu/~asarma/papers/IWGSD_2002.ppt - Similar pages

MULTIMEDIA INTERFACE WITH USER INTERACTION TRACKING - Patent EP1032934
**PALANTIR SOFTWARE** INC (US). International Classes:. G06F17/30; G06F17/30;
G11B27/031; G11B27/034; G11B27/10; G11B27/10; G11B27/11; G11B27/11; G11B27/34;
...
www.freepatentsonline.com/EP1032934.html - 12k - Cached - Similar pages

**Palantir** 100% Clean Program - **Palantir** Antivirus Report at ...
**Palantir software** have been tested by datapicks.com team against viruses, spyware,
adware and was founded to be 100% clean. We will recheck this **software** ...
**palantir**.antivirusreport-356-12732.datapicks.com/ - 25k - Cached - Similar pages

**Palantir** 2.6 free download. **Palantir** is a Linux-based streaming ...
**Palantir** is a Linux-based streaming system designed to transmit live video, audio and data
over a ... Linux **Software** › Multimedia › Video › **Palantir** 2.6 ...
nixbit.com/cat/multimedia/video/**palantir**/ - 41k - Cached - Similar pages

Shareware: 1st Mysterious **Palantir** (Linux) 4.0 - Download-By.net
1st Mysterious **Palantir** (Linux), and more than 20.000 freeware, shareware and **software**
downloads. Find the download you need using our search function or by ...
www.download-by.net/games-and-entertainment/strategy-and-war-games/456247,1st-
mysterious-**palantir**-linux.html - 16k - Cached - Similar pages

The **Palantir** Group, Ltd.
The **Palantir** Group provides **software** and networking consulting services to non-profit
Associations across the US and Canada and to local for profit ...
www.**palantir**group.com/ - 10k - Cached - Similar pages

**Palantir** 1.0 - New player-friendly free shooter-like game for any ...
Download Shareware and Freeware **Software** for Windows, Linux, Macintosh, PDA ...
**Palantir** 1.0, Date Added: December 22, 2006 | Visits: 1199 ...
www.filetransit.com/view.php?id=10962 - 32k - Cached - Similar pages

VIA Technology Forum 2005 Speakers - VIA Technologies, Inc.
Prior to that Mitchell served in a variety of executive positions at **Palantir Software**, Galleria
Medical Systems, and Computer Centers of America. ...
www.via.com.tw/en/company/events/vtf2005/speakers.jsp - 89k - Cached - Similar pages

**Palantír**: Coordinating Distributed Workspaces
**Palantír**: Coordinating Distributed Workspaces. Abstract. Distributed **software** development
suffers from limited. collaboration capabilities, as developers ...
doi.ieeecomputersociety.org/10.1109/CMPSAC.2002.1045155 - Similar pages

ResearchChannel - Continuous Coordination: Bridging Formal and ...

Continuous Coordination: Bridging Formal and Informal Coordination with **Palantir**.
Description: Modern **software** engineering tools exhibit a fundamental ...
www.researchchannel.org/prog/displayseries.aspx?fID=2704 - 41k - Cached - Similar pages

**Previous** 1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15    **Next**

---

| palantir software | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

| | | | | | | | Sign in |
|---|---|---|---|---|---|---|---|
| Web | Images | Maps | News | Shopping | Gmail | more ▼ | |

**Google**     palantir software    [ Search ]   Advanced Search / Preferences

---

**Web**      Results **61 - 70** of about **123,000** for **palantir software**. (**0.16** seconds)

### Palantír
**Palantír**: raising awareness among configuration management workspaces ... Proceedings of the 25th International Conference on **Software** Engineering table of ...
portal.acm.org/citation.cfm?id=776870 - Similar pages

### Mimas Solutions - World Class Software Development for Upstream ...
You will work closely with a dynamic team of **software** developers, ... and a willingness to contribute proactively to **Palantir's software** applications. ...
mimassolutions.com/CareerSr**Software**Eng.aspx - 15k - Cached - Similar pages

### Corporate Profile for Palantir Corp., dated May 9, 1997 Business ...
**Palantir** Corp. builds **software** solutions that lower expenses, increase efficiency, and enable a business to differentiate itself from its competitors. ...
findarticles.com/p/articles/mi_m0EIN/is_1997_May_9/ai_19392490 - 24k - Cached - Similar pages

### Games software reviews & games software download
**Palantir** - New player-friendly free shooter-like game for any mood and lifestyle. - Freeware ... **Palantir** review 8 **Palantir software** reviews 8 stars ...
www.ezgoal.com/channels/games/c.asp?cid=0&p=20&o=&s=&l=P&t=&Games+**software** - 63k - Cached - Similar pages

### Palantir.net - Virtual Kindergarten wins Codie Award
Founded in 1996, **Palantir** has developed a full range of custom interactive Web sites, database applications, and **software**. Our goal is to change the way ...
www.**palantir**.net/about/codie.html - 6k - Cached - Similar pages

### Palantir Home Page
Download 30 day trial **software** now! **Palantir** offers complete hosting services, for Web Sites, Group Email, Servers and other information systems. ...
www.**palantir**.ca/ - 23k - Cached - Similar pages

### PALANTÍR
The **Palantir** daemon (pald) schedules hardware, OS, **software** and application sanity checks. Hardware checks check whether any of the computer parts are ...
folk.uio.no/meh/**palantir**_walkthrough.html - 21k - Cached - Similar pages

### Palantir 1.0 software details
If you like billiards but seek for something new in this old favorite - try this free game. It matches any mood and condition, it may let you be tense or ...
www.soft32download.com/**software**/**Palantir**-download-details.html - 17k - Cached - Similar pages

### Palantir. downloadsoftware4free.com. Download Free Software ...
**Palantir**. downloadsoftware4free.com. Download Free **Software**. Search shareware and freeware downloads.
**palantir**.absolutistcom.download**software**4free.com/ - 20k - Cached - Similar pages

### Palantir Technologies, Inc. - Startupers.com

---

http://www.google.com/search?q=palantir+software&hl=en&start=60&sa=N      12/21/2007

**Palantir** Technologies, Inc. is looking for experienced Blackbox **Software** QA Engineers and SilkTest Automation Engineers with Java based application testing ...
www.startupers.com/jobs/?id=328 - 4k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16     **Next**

---

palantir software      [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

| Web | Images | Maps | News | Shopping | Gmail | more ▼ | | Sign in |

# Google

palantir software        [ Search ]    Advanced Search / Preferences

---

**Web**                               Results **71** - **80** of about **123,000** for **palantir software**. (**0.09** seconds)

### Mysterious Palantir Download
This download (Mysterious **Palantir**) is shareware. "Shareware is a marketing method for computer **software**. Shareware **software** is typically obtained free of ...
www.soft32.com/Download/free-trial/Mysterious_**Palantir**/4-104538-1.html - 67k -
Cached - Similar pages

### Download Mysterious Palantir 1.0 14-day Trial software ...
Mysterious **Palantir** 1.0, Mysterious **Palantir** combines arcade with a bit of strategy, and fun things from many games like Pool and Tetris.
www.softlookup.com/display.asp?id=77767 - 35k - Cached - Similar pages

### [PDF] Palantir Technologies Frequently Asked Questions (FAQs).
File Format: PDF/Adobe Acrobat - View as HTML
about our unique analytical platform, **Palantir** Government. Frequently Asked Questions (FAQs). Who are we? **Palantir** Technologies is a Silicon Valley **software** ...
www.carahsoft.com/resources/**Palantir**/**Palantir**GovernmentFAQ.pdf - Similar pages

### Mysterious Palantir Download Free Trial - Great arcade game pack ...
Mysterious **Palantir** download free trial - Exercise your pool and ... Video Tweak, --------------
--------------------------, Entire Site, **Software** Reviews ...
www.pcdistrict.com/mysterious-**palantir**-prod34019.html - 70k - Cached - Similar pages

### Palantir 1.0 Download - A free shooter game that will launch your ...
Montys Game Pak 2.41 by MG **Software** From mazes to mahjongg to tetris and more. ...
http://absolutist.com/freegames/http://absolutist.com/freegames/**palantir** ...
www.downloadjunction.com/product/store/16434/index.html - 26k - Cached - Similar pages

### Palantir 1.0 Descargar :: Software español
Download **software**: Pool House,Future Pool,Pinball Golf Pool,Absolute Pool,3D Live Pool,Future Snooker.
espanol-**software**.info/**palantir**-i414.php - 18k - Cached - Similar pages

### Mysterious Palantir free download and review
Mysterious **Palantir** 1.0. Downloads:, 156. Developer:, Absolutist.com. License:, Shareware. Price:, $12.5 **Software** discounts. OS:, Win95, Win98, WinME, ...
www.softpicks.net/**software**/Mysterious-**Palantir**-18420.htm - 24k - Cached - Similar pages

### Sun: It Will Open Java, But Offers No Details - Software - IT ...
"The thing I'm really hopeful to see is performance advances," said Garry Tan, lead **software** engineer at **Palantir** Technologies, an early-stage analytics ...
www.crn.com/**software**/188100491 - 27k - Cached - Similar pages

### Palantir [!] wallpapers free wallpapers Downloads and wallpapers ...
We do not encourage or condone the use of any **software** in violation of applicable laws.
Rate **Palantir** [!] Please rate **Palantir** [! ...
www.topdownloads.net/index/wallpapers/view/general/**palantir**/36675__0_0.html?
hl=&id=36675 - 42k - Cached - Similar pages

### <nettime> RASTA SOFTWARE - dyne:bolic 1.2 codename "DYNE:TRAX"

---

http://www.google.com/search?q=palantir+software&hl=en&start=70&sa=N                12/21/2007

THIS IS RASTA **SOFTWARE** ! If you are wondering where this all comes from and ....
Santinoli also author of the included video streaming **software Palantir**, ...
www.nettime.org/Lists-Archives/nettime-l-0403/msg00077.html - 22k -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 **8** 9 10 11 12 13 14 15 16 17    **Next**

---

palantir software    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web | Images | Maps | News | Shopping | Gmail | more ▼                                                                  Sign in

**Google**    palantir software                                              [Search]  Advanced Search / Preferences

---

**Web**                                              Results **81 - 90** of about **123,000** for **palantir software**. (0.18 seconds)

LinkedIn Directory
**Software** Developer at **Palantir** UK Ltd. Current: **Software** Developer, **Palantir** UK Ltd. •
United States: Greater Denver Area • computer **software** ...
www.linkedin.com/find/t/t17/t17_95.html - 43k - Cached - Similar pages

Download **Palantir** 1.0 by Absolutist.com
**Palantir** Total Downloads: | Hits: | Rating: ... **Palantir** Similar **Software**: ... Email marketing
**software** to extract specific contact from target websites, ...
www.programurl.com/**palantir**.htm - 21k - Cached - Similar pages

Tactics - Free **Software** Download - Star Monopoly, **Palantir**, Atomic ...
2) **Palantir** 1.0 If you like billiards but seek for something new in this old favorite - try this ...
**Software** Development. System Utilities. Web Development ...
-tactics.**software**.butterflydownload.com/ - 27k - Cached - Similar pages

BUSINESS TECHNOLOGY; Now, PC's That Read A Page and Store It - New ...
In contrast to these techniques, the **software** designed by engineers at **Palantir** and Caere
is based on a series of methods that are used to examine an entire ...
query.nytimes.com/gst/fullpage.html?
res=940DEED7133CF934A2575BC0A96E948260&sec=&spon=&pagewan... - 51k -
Cached - Similar pages

Talk:Home - KDE on Mac OS X
Contatta il produttore del **software** per ottenere assistenza. Nov 20 08:39:35 **Palantir**
Installer[66221]: IFDInstallController 75CD80 state = 7 Nov 20 ...
ranger.users.finkproject.org/kde/index.php/Talk:Home - 22k - Cached - Similar pages

FileHungry Free **Software** Download - **Palantir** - Launch your logics ...
Launch your logics into a new free dimension. You are to complete the chains and make
them disappear to let another balls arise on their places.
textverfree.filehungry.com/english/product/pda_**software**/**palantir** - 25k -
Cached - Similar pages

**Palantir** download
**Palantir** is a freeware game. Permission is granted to anyone to use this **software**,
including commercial applications. Redistributing the program is only ...
stuffmate.com/download/**palantir**/ - 40k - Cached - Similar pages

Billiards : linkroll - collaborative web bookmarks and link blogs
**Palantir Software**. New player-friendly free shooter-like game for any mood and lifestyle.
download free tactics puzzle board colors strategy levels scores ...
www.linkroll.com/index.php?action=links&category=billiards - 80k - Cached - Similar pages

PrimeTap.com - The Share Files - **Software** Downloads & Much More!
Free **software** downloads, updates, skins, media trailers, recipes, jokes & much more! ...
File Details For: Mysterious **Palantir** ...
primetap.ezthemes.com/**software**/details.php?catid=s_21&id=10724 - 52k -
Cached - Similar pages

GeoKnowledge - GeoX 5.4 released!
**Palantir** Economic Solutions (www.palantirsolutions.com) is an integrated consulting and **software** company specializing in economics and risk analysis in the ...
www.geoknowledge.com/archive_**palantir**_Nov04.html - 8k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 **9** 10 11 12 13 14 15 16 17 18    **Next**

palantir software    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

| | | | | | | | Sign in |
|---|---|---|---|---|---|---|---|
| Web | Images | Maps | News | Shopping | Gmail | more ▼ | |

## Google

palantir software　　　　　　　　　　Search　Advanced Search / Preferences

---

**Web**　　　　　　　　　　Results **91 - 100** of about **123,000** for **palantir software**. (**0.12** seconds)

### SimpleShareware.com | Shareware **Software** Downloads | **Palantir**
Shareware New player-friendly free shooter-like game for any mood and lifestyle.
www.simpleshareware.com/product.php?uid=%5B1064338869**Palantir**%5D - 7k -
Cached - Similar pages

### New **software**
Easy DVD to PSP Converter 2.2.38 · Fast Backup Professional 2.3.44 · Digital Camera Disk
Restore 3.0.1.5. New Mac **software Palantir** X 1.0 ...
www.findmysoft.com/Newsofts-21/ - 23k - Cached - Similar pages

### Download **software** and game. Mysterious **Palantir** 1.0 Absolutist Team
This game pack combines arcade elements with a bit of strategy. There are nine rather
different games packed into it, and three skill levels for each one.
www.downsoft.com/download/strategy/mysterious+**palantir**/_35768.html - 22k -
Cached - Similar pages

### FREE **SOFTWARE** Listing -(m). DOWNLOAD NOW!
At BeyondStats **Software** Downloads, our aim is to list all the softwares created ...
Mysterious **Palantir** v1.0 PLUS 1 TRAINER > Myst IV Revelation v1.03 NODVD ...
www.beyondstats.com/**software**/free-**software**/m.htm - 21k - Cached - Similar pages

### **Palantir** Download - Games **Software** Download Section
**Palantir** Download - Games **Software** Download Section.
www.lamotionug.org/**Software**_details-**Palantir**.htm - 21k - Cached - Similar pages

### download free Mysterious **Palantir** 1.0 **software**
download free Mysterious **Palantir** 1.0 **software** download.
www.computer**software**download.com/Download-Mysterious-**Palantir**-1-0-15730.html - 25k
- Cached - Similar pages

### [PPT] The Emergent Structure of **Software** Development Tasks
File Format: Microsoft Powerpoint - View as HTML
Parts of the **software** system and relationships between those parts that were changed
to .... Synchronous: **Palantír**. Task structure can improve focus of ...
www.cs.ubc.ca/~murphy/talks/ECOOP05/Structure-Development-Tasks-for-web.ppt -
Similar pages

### PCMag.com Shareware Library: Mysterious **Palantir** 1.0
Antivirus **Software** · Multi-Function Printers ... Mysterious **Palantir** combines arcade
elements with a bit of strategy. There are nine rather different games ...
shareware.pcmag.com/product.php%5Bid%5D83348%5Bcid%5D40%5BSiteID%5Dpcmag
- 50k - Cached - Similar pages

### CiteULike: **Palantir**: raising awareness among configuration ...
**Software** Engineering, 2003. Proceedings. 25th International Conference on (2003), pp. ...
To fill this void, we have developed **Palantir**, a novel workspace ...
www.citeulike.org/group/2302/article/1881871 - 28k - Cached - Similar pages

### Blogmarks.net : Public marks from user **palantir**