**Software** Download Anti Virus **Software**. by 5 others. **Software** Download Anti Virus
**Software**. **software** download Anti virus ... **palantir's** TAGS. search : ...
blogmarks.net/user/**palantir**/marks?offset=200 - 75k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19    **Next**

---

palantir software                    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Sign in

## Google

palantir software                    [ Search ]   Advanced Search
                                                   Preferences

---

**Web**                              Results **101 - 110** of about **123,000** for **palantir** software. (0.65 seconds)

[PDF] The **Palantir** Corporation
File Format: PDF/Adobe Acrobat - View as HTML
The **Palantir** Corporation. We're a start-up company producing a breakthrough, ...
developing host **software**, recognition algorithms, ...
www-tech.mit.edu/archives/VOL_106/TECH_V106_S0222_P016.pdf - Similar pages

Freeware games downloads - StarSpangled Solitaire-Freeware ...
Works with freeware, shareware and comercial **software**, and is updated often with new
sites. ... Mysterious **Palantir** 1.0 by Absolutist.com ...
www.vicman.net/lib/freeware-games.htm - 52k - Cached - Similar pages

**Palantir** TechBlog » **palantir**
You are currently browsing the archives for the **palantir** category. .... So the focus moves to
the human-level questions while the **software** takes care of the ...
blog.**palantir**tech.com/category/**palantir**/ - 32k - Cached - Similar pages

OpenPackage **Software** | drupal.org
OpenPackage **Software** is a Drupal consultancy based in the UK. ... Ontwerpwerk ·
OpenCraft · OpenPackage **Software** · **Palantir**.net · pingVision, LLC ...
drupal.org/node/171845 - 13k - Cached - Similar pages

**Palantir** download for Linux - Softpedia
**Palantir** is a Linux-based streaming system designed to transmit live video, ... Please be
aware Softpedia accepts no responsiblility for the **software** you ...
linux.softpedia.com/progDownload/**Palantir**-Download-9235.html - 67k -
Cached - Similar pages

SEC Info - **Palantir** Capital Inc - 13F-HR - For 8/14/02
As Of Filer Filing As/For/On Docs:Pgs Issuer Agent 8/14/02 **Palantir** Capital ... PUT SOLE
1000 BORLAND **SOFTWARE** CORP COM 099849101 4635 450000 SH SOLE 450000 ...
www.secinfo.com/d12atd.32F7.htm - 39k - Cached - Similar pages

Internet Pipeline
CDSI originally required DOS-based client **software** built by **Palantir**. In 1996, BGE
distributed a Windows version of the client developed by **Palantir** in ...
www.informationweek.com/675/75iupip.htm - 35k - Cached - Similar pages

**Palantir**.net | Evanston, IL | Company Profile, Research, News ...
(847)328-7150, (847)328-2211 fax, http://www.**palantir**.net Primary SIC: Prepackaged
**Software**, Primary NAICS: **Software** Publishers ...
⊞ Map of 1601 Simpson St, Evanston, IL 60201
goliath.ecnext.com/coms2/product-compint-0000614344-page.html - 18k -
Cached - Similar pages

**Palantír**: Coordinating Distributed Workspaces
Citation: Anita Sarma, Andre van der Hoek, "**Palantír**: Coordinating Distributed
Workspaces," compsac, p. 1093, 26th Annual International Computer **Software** ...
csdl.computer.org/comp/proceedings/compsac/2002/1727/00/17271093abs.htm -
Similar pages

Download **Palantir** 1.0 A great free shoot-and-win arcade game.
Download **Palantir** 1.0, All files are checked by Kaspersky Anti-Virus ... Please, enter
verification code to download **software**:. Download blocked. Download ...
**software**.nodevice.com/category/audio_multimedia/other/program_**palantir**_1_0_22571-
23032.html - 16k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20        **Next**

palantir software        Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼

Sign in

## Google

palantir software                    | Search |   Advanced Search
                                                   Preferences

**Web**                    Results **111** - **120** of about **123,000** for **palantir software**. (0.13 seconds)

### Method and system for copy-tracking distributed **software** featuring ...
**Palantir Software**, Inc. (Frederick, MD); MicroMind, Inc. (Brooklyn, NY). Primary Class:.
707/203. Other Classes:. 705/55, 705/59. International Classes: ...
www.freepatentsonline.com/6070171.html - 100k - Cached - Similar pages

### Currently Available Word Processing Systems and **Software**
**Software** Packages:.. MODEL: VENDOR: Apple Pie Editor and Formatter Hayden Book ...
NBI Omniword Northern Telecom **Palantir** Tier I & Tier 2 Designer **Software** ...
www.cs.umd.edu/class/spring2002/cmsc434-0101/MUIseum/applications/wordall.html - 8k -
Cached - Similar pages

### LHU public relations
**Palantir** Solutions, which provided communications **software** for emergency responders at
the Little League World Series, was also honored at a ceremony Friday ...
www.lhup.edu/pr/releases/013006%20SBDC%20Big%20Idea.htm - 7k -
Cached - Similar pages

### Palantír: Raising Awareness among Configuration Management ...
1.0: **Palantír**: Increasing Awareness in Distributed. ... 75 Version Models for **Software**
Configuration Management - Conradi, Westfechtel - 1998 ACM DBLP ...
citeseer.ist.psu.edu/566791.html - 28k - Cached - Similar pages

### Reflections | Projections 2007 : Speakers
Owen Byrne, senior **software** engineer at Digg.com, has seen just about everything .... At
**Palantir** Technologies, Ari splits his time between working as a ...
www.acm.uiuc.edu/conference/2007/speakers - 36k - Cached - Similar pages

### [PDF] Nathan Hammond
File Format: PDF/Adobe Acrobat - View as HTML
two successful businesses: **Palantir** Corporation, a small **software**. development and
consulting firm targeted to fortune 500 gas and electric ...
www.natehammond.com/nhresume2.pdf - Similar pages

### Billiards Soft: Billiard games: carom and pocket, Play89 Internet ...
**Palantir** 1.0 by Absolutist.com. New player-friendly free shooter-like game for any ... Why
can't **software** makers just be honest and say that it is not free? ...
www.softplatz.com/**software**/billiards/ - 39k - Cached - Similar pages

### Palantír
**Palantír**: raising awareness among configuration management workspaces ... Proceedings
of the 25th international conference on **Software** engineering table of ...
portal.acm.org/citation.cfm?id=776816.776870 - Similar pages

### ICMI - Visions of Convergence Products of the Year 2004
The proof of the pudding is **Palantir**, their all-**software**, "zero telephony" IP conferencing
system - compatible with Windows PCs and PDAs. ...
www.callcentermagazine.com/shared/article/showArticle.jhtml?articleId=16600140 -
Similar pages

LinkedIn: David Worn
Business Development Associate. **Palantir** Technologies. (Privately Held; Computer
**Software** industry). September 2007 — Present (4 months) **...**
www.linkedin.com/pub/5/29a/a83 - 21 hours ago - Similar pages

**Previous** 2  3  4  5  6  7  8  9  10 11 **12** 13 14 15 16 17 18 19 20 21    **Next**

palantir software          Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web**  Images  Maps  News  Shopping  Gmail  more ▼                    Sign in

Google

palantir software            [ Search ]   Advanced Search
                                          Preferences

---

**Web**                    Results **121** - **130** of about **123,000** for **palantir software**. (0.14 seconds)

### Palantir Computer Services - Home
Joomla! is different from the normal models for portal **software**. ... 2007 **Palantir** Computer
Services. Joomla! is Free **Software** released under the GNU/GPL ...
www.**palantir**i.com/ - 18k - Cached - Similar pages

### Palantir - Economic & Planning Solutions
The **Palantir** team performs economic modelling of assets and portfolio planning in
Spreadsheets, Third Party **Software** or E3Solutions. ...
www.**palantir**solutions.com/E3Services.aspx - 21k - Cached - Similar pages

### Shareware: 4you Hot 1st Mysterious Palantir (Linux) windows f 4.0 ...
4you Hot 1st Mysterious **Palantir** (Linux) windows f, and more than 20.000 freeware,
shareware and **software** downloads. Find the download you need using our ...
www.download-by.net/.../strategy-and-war-games/571627,4you-hot-1st-mysterious-
**palantir**-linux-windows-f.html - 15k - Cached - Similar pages

### Mysterious Palantir 1.0 - Exercise your pool and shooting skills ...
Mysterious **Palantir** :: Mysterious **Palantir** 1.0 - Exercise your pool and shooting skills ...
**Software** Download > Games > Arcade > Mysterious **Palantir** 1.0 ...
www.brothersoft.com/Games_Arcade_Mysterious_**Palantir**_15732.html - 52k -
Cached - Similar pages

### Third Party Software - EmpegWiki
**Palantir**/Empire Palm-based **software** for creating playlists on the fly. Skunk's Boot Logos
More boot logos than you will ever know what to do with. ...
empegwiki.org/index.php?title=Third_Party_**Software** - 23k - Cached - Similar pages

### global software development
**Palantir**: Raising Awareness among Configuration Management Workspaces. In
proceedings, International Conference on **Software** Engineering, Portland, OR, ...
conway.isri.cmu.edu/~jdh/gsd/ - 22k - Cached - Similar pages

### [Job-Postings]Weekly Job Postings (1/22/2007 - 1/28/2007)
... **Palantir** Technologies Business Development Associate Client Services Engineer
Director of Support Interaction Designer **Software** Engineer ...
bases-lists.stanford.edu/pipermail/job-postings/2007q1/000176.html - 13k -
Cached - Similar pages

### Mysterious Palantir Download Trial for Free. $12.50 to Buy.
Mysterious **Palantir** - Exercise your pool and shooting skills playing the nine games ... 3
reasons why you need Windows XP registry repair **software** by Kim D ...
**software**.ivertech.com/Mysterious**Palantir**_**software**961.htm - 44k -
Cached - Similar pages

### reel-to-reel Resources on TechRepublic
:ptesttestNominalhttp://www.**palantir**.net/2001/tma1/wav/ignition. ... Tags: video: **Software**
downloads 2007-01-23; Reel Project (exe): Reel Project is an ...
search.techrepublic.com/search/reel-to-reel.html - 43k - Cached - Similar pages

**Palantir** » Ganesh Swami
For decades, traders and economists have struggled with conventional financial and
statistical **software** to explore the financial world. With **Palantir** ...
ergodicity.iamganesh.com/2007/09/10/**palantir**/ - 10k - Cached - Similar pages

**Previous** 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22    **Next**

palantir software    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                                      Sign in

Google                    palantir software                    [Search]    Advanced Search
                                                                            Preferences

---

**Web**                              Results **131 - 140** of about **123,000** for **palantir software**. (0.14 seconds)

### DiamondWare Partners with HelloSoft to Enhance its **Palantir ...**
**Palantir** is DiamondWare's collaborative communications product that provides secure ...
DiamondWare is a **software** developer focused on strategic voice ...
findarticles.com/p/articles/mi_m0EIN/is_2004_March_29/ai_114718263 - 27k -
Cached - Similar pages

### LinkedIn: David Worn
Business Development Associate. **Palantir** Technologies. (Privately Held; Computer
**Software** industry). September 2007 — Present (4 months) ...
www.linkedin.com/pub/5/29a/a83 - 21 hours ago - Similar pages

### DIAMONDWARE :: About us :: press releases
DiamondWare Partners with HelloSoft to Enhance its **Palantir** Offering; ... Through this total
solutions approach and strategy of offering **Software** and ...
www.dw.com/about_press_20040329.php - 10k - Cached - Similar pages

### [PDF] CONFERENCE REPORT **SOFTWARE SOFTWARE** Our most interesting ...
File Format: PDF/Adobe Acrobat - View as HTML
a CD into a computer running **Palantir's software**, it would reliably uninstall one. version of
antivirus **software** on the shipboard computer and install ...
www.thedigitalship.com/powerpoints/oslo2/conference%20report%20-%20**software**.pdf -
Similar pages

### Mysterious **Palantir**. downloadsoftware4free.com. Download Free ...
Mysterious **Palantir**. downloadsoftware4free.com. Download Free **Software**. Search
shareware and freeware downloads.
mysterious-**palantir**.absolutistcom.download**software**4free.com/ - 25k -
Cached - Similar pages

### DBLP: André van der Hoek
**Software** Education and Training Sessions @ ICSE 2005: 147-165 ... 23 · EE · Anita
Sarma, André van der Hoek: **Palantír**: Coordinating Distributed Workspaces. ...
www.informatik.uni-trier.de/~ley/db/indices/a-tree/h/Hoek:Andr=eacute=_van_der.html - 46k
- Cached - Similar pages

### Find engineer jobs anywhere - Job-Hunt.Org
**software** design, development and technical leadership experience **SOFTWARE** ... Testing
**Palantir** Technologies, Inc. is looking for experienced Backend QA ...
job-hunt.indeed.com/?pid=7913549584476997&q=engineer&l=&pg=9 - 60k -
Cached - Similar pages

### Bob Groves - home site
For those running Internet Explorer, the image should refresh automatically every 20
minutes. Live stream via '**Palantir**' server **software**. ...
www.bobgroves.com/ - 14k - Cached - Similar pages

### Revolutionize Jobs

**Software** Deveklopment Test Engineer - not QASanta Clara, CA ... helpdesk, IT **Palantir**
Technologies, a startup with a unique mission: to revolutionize the ...

jobs.emurse.com/?a=search&k=revolutionize&l=&limit=10&type=jobs - 41k -
Cached - Similar pages

**Palantir** 1.0 **software** download - Windows - VersionTracker
Find **Palantir** downloads, reviews, and updates for Windows including commercial
**software**, shareware and freeware on VersionTracker.com.
www.versiontracker.com/dyn/moreinfo/win/27590 - 22k - Cached - Similar pages

**Previous** 4  5  6  7  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22 23        **Next**

---

palantir software        Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                                    Sign in

Google

palantir software                    [ Search ]    Advanced Search
                                                    Preferences

---

**Web**                              Results **141** - **150** of about **123,000** for **palantir** <u>software</u>. (0.14 seconds)

### ACM Queue - Building Collaboration into IDEs: Edit > Compile > Run ...
Presents a tool, **Palantír**, that augments individual configuration management workspaces
with information about other members of the **software** development ...
www.acmqueue.org/modules.php?name=Content&pa=showpage&pid=104&page=10 - 52k
- <u>Cached</u> - <u>Similar pages</u>

### Mysterious **Palantir** Download - Great arcade game pack with two ...
Mysterious **Palantir** download page. Great arcade game pack with two-player modes. ...
**Software** & Game Downloads · home · **software** catalogs · new downloads ...
www.topshareware.com/Mysterious-**Palantir**-download-12377.htm - 13k -
<u>Cached</u> - <u>Similar pages</u>

### Discover From Your Favorite Topic or Web Page: www.crn.com ...
[Discover] **Palantir** http://www.fastpath.it/products/**palantir**/index.php (video linux **software**)
Bookmark [Discover] Xgl y Beryl - Guía Ubuntu Dapper ...
www.megite.com/url/:www.crn.com/**software**/201800665%3Fpgno%3D2 - 166k -
<u>Cached</u> - <u>Similar pages</u>

### 1.4.1 bugfix "LUMUMBA" - OpenMosix automatical startup and ...
bug fix to nesting - updated **software**: Audacity-1.2, dvgrab-1.5, MuSE-0.9, ... updated
**software**: Mpeg4lp-1.0, RDesktop-1.3.1, Rezound-0.9b, **Palantir**-2.5.4, ...
ftp.cs.pu.edu.tw/Linux/dynebolic/ChangeLog - 8k - <u>Cached</u> - <u>Similar pages</u>

### Computer Company Links
Developers of character recognition **software**, formerly **Palantir**; Developed WordScan
(versions 1-3); 1993 introduced "Adaptive Recognition Technology" that ...
members.aol.com/kaizensepg/complink.htm - 287k - <u>Cached</u> - <u>Similar pages</u>

### Zaurus **Software** Index
**Palantir**, Port of the **Palantir** Audio/Video client ... Stock Icons - XP and MAC style icons
free, Professional stock icons for web and **software** projects ...
www.killefiz.de/zaurus/showapps.php?cat=5 - 27k - <u>Cached</u> - <u>Similar pages</u>

### LNCS 3198 - Increasing Awareness in Distributed **Software** ...
able to users of computer-aided **software** engineering tools. This mid- ... **Palantir** [1] and
Gossip [3] propose environment enhancements based ...
www.springerlink.com/index/gq9tf99k78mrq4eu.pdf - <u>Similar pages</u>

### University Relations Eclipse Awards
**Palantir**-Eclipse: Improved Support for Developer Coordination in **Software** Engineering
Project Courses, Van Der Hoek, Andre, University of California Irvine ...
www-304.ibm.com/jct09002c/university/scholars/ur/awards/eclipse/eclipse_2004.html - 26k
- <u>Cached</u> - <u>Similar pages</u>

### [[NewsFlash(Check and update formatting, then remove this message ...
Associated **Software** == * [wiki:ObexFtp ObexFTP] - transfer files to/from any OBEX ...
**Software** == * [http://cushman.net/projects/**palantir**/ **Palantir**/Empire] ...
dev.zuckschwerdt.org/openobex/wiki/ObexProjects?format=txt - 5k -
<u>Cached</u> - <u>Similar pages</u>

---

**Palantir** v.1.0 Download - New player-friendly free shooter-like ...
Premier **Software** Download Place ... License, Freeware, Screenshot of **Palantir**. Price,
USD $0.00. File Size, 509 KB ... **PALANTIR** RELATED DOWNLOADS ...
www.filedudes.com/**Palantir**-download-7557.html - 34k - Cached - Similar pages

**Previous** 5  6  7  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22 23 24    **Next**

---

palantir software          Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web    Images    Maps    News    Shopping    Gmail    more ▼**                                             Sign in

Google
                            palantir software                    [ Search ]   Advanced Search
                                                                              Preferences

─────────────────────────────────────────────────────────────────────

**Web**                                    Results **151 - 160** of about **123,000** for **palantir software**. (**0.12** seconds)

## Palantir 1.0 Screenshots
**Palantir** 1.0 Screenshots. ... Related **software** downloads for **Palantir** 1.0 ... Collection
Studio - Best Collectors **Software** for Any Collection! ...
www.soft32.com/Download/Free/**Palantir**/4-6581-3.html - 63k - Cached - Similar pages

## Palantir free download and review
**Palantir** 1.0. Downloads:, 265. Developer:, Absolutist.com. License:, Freeware. Price:, $0
**Software** discounts. OS:, Win95, Win98, WinME, WinXP, Windows2000 ...
www.softpicks.net/**software**/**Palantir**-10801.htm - 24k - Cached - Similar pages

## Robotster: Robotster unwraps the world of robots giving updates on ...
In 2005, Izumi picked up Nathan Gettings, a former PayPal **software** engineer and founder
of **Palantir** Technologies along with his brother Adam who was ...
www.robotster.org/ - 70k - Cached - Similar pages

## dailywireless.org
**Palantir** - **software** to maintain shipboard computers from shore (Norway). JRC - world's
largest supplier of maritime electronics (Japan) ...
www.dailywireless.org/page/383/ - 113k - Cached - Similar pages

## Download Palantir Engine Shareware Freeware Software at Super ...
**Palantir** Engine Shareware Freeware Downloads. Free crash course on the basics of
search engine optimization and submissions.. New player-friendly free ...
www.supershareware.com/**software**/**palantir**-engine.html - 57k - Cached - Similar pages

## CMPS 290G - Topics in Software Engineering - Software ...
A. Sarma, Z. Noroozi, and A. van der Hoek, "**Palantír**: raising awareness among
configuration management workspaces," Proc. 25th Int'l Conference on **Software** ...
www.soe.ucsc.edu/classes/cmps290g/Fall03/reading.html - 10k - Cached - Similar pages

## webcam software - Ubuntu Forums
webcam **software** Desktop Environments. ... There are a number of possible solutions....
**Palantir**: http://www.fastpath.it/products/**palantir**/ Camsource: ...
ubuntuforums.org/showthread.php?t=47841 - Similar pages

## Lord of the Rings Rules
**Palantir** - White target located to the right of the Ring Ramp. Can award ...... Note that on
current **software** (5.01), Gollum MB cannot be achieved if RotK ...
www.premier-md.com/pin_lotr_rules.asp - 201k - Cached - Similar pages

## Download Palantir 1.0 Shareware software - Softlookup Downloads
**Palantir** 1.0, If you like billiards but seek for something new in this old favorite - try this free
game. It matches any mood and condition, it may let you ...
www.softlookup.com/display.asp?id=41054 - 35k - Cached - Similar pages

## SPE UK - Business Directory
By combining responsive customer service with specialised knowledge of economics, risk
and industry standard **software**, **Palantir** is able to provide the ...
spe.imajica.co.uk/company_details.asp?companyID=269 - 7k - Cached - Similar pages

**Previous** 6  7  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25        **Next**

---

| palantir software | Search |
|---|---|

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                Sign in

## Google

palantir software                         Search   Advanced Search
                                                   Preferences

---

**Web**                        Results **161** - **170** of about **123,000** for **palantir** <u>software</u>. (**0.17** seconds)

### Mysterious **Palantir** download
Mysterious **Palantir** is a shareware ("try before you buy") game. Permission is granted to anyone to use this **software**, including commercial applications. ...
stuffmate.com/download/mysterious_**palantir**/ - 41k - <u>Cached</u> - <u>Similar pages</u>

### palantir
**Palantir's** aim is to provide the best possible service and cutting-edge **software**. Home. General information about the company. ...
www.**palantir**.be/ - 5k - <u>Cached</u> - <u>Similar pages</u>

### **Palantir**.conf - configuration file for **Palantir**
In the following, by device we mean a communication endpoint, exposed by some piece of hardware or by a **software** process, which the **palantir** server can ...
www.fastpath.it/products/**palantir**/doc/**palantir**.conf.5.html - 26k - <u>Cached</u> - <u>Similar pages</u>

### Working programs
Homepage: http://www.fastpath.it/products/**palantir**/ | PWC 8. ... The server **software** runs on Linux, but the image can be displayed in browser on almost any ...
www.cs.umu.se/~c00ahs/exjobb/philips/working.html - 13k - <u>Cached</u> - <u>Similar pages</u>

### : : NCASSR : Projects
Motivated by cases like Incident 216, NCASSR's project team of **software** component developers and **software** integration engineers will, in 2006-2007, ...
www.ncassr.org/project/index.php?id=57 - 10k - <u>Cached</u> - <u>Similar pages</u>

### Wayport
Wayport's Wi-Fi network management tools and **software** also offer integration ... monitoring and troubleshooting **software** maintenance and upgrades (**Palantir**) ...
www.wayport.com/healthcare.aspx - 92k - <u>Cached</u> - <u>Similar pages</u>

### Absolutist.com Free downloads **Software** List: Bubble Shooter,Bubble ...
Absolutist.com Free downloads **Software** List: Bubble Shooter,Bubble Golden Pack ... Casino,Bubble FlyTrix,Bubble Thriller,Mysterious **Palantir**,Arcade Chaos ...
www.sharewareplaza.com/Absolutist-com-pub.html - 47k - <u>Cached</u> - <u>Similar pages</u>

### SimpleShareware.com | Shareware **Software** Downloads | Mysterious ...
Mysterious **Palantir**. Shareware ($12 to purchase the full version) ... Mysterious **Palantir** combines arcade elements with a bit of strategy. ...
www.simpleshareware.com/product.php?uid=%5B-80377929Mysterious+**Palantir**%5D - 7k - <u>Cached</u> - <u>Similar pages</u>

### Caleb's world of **software**
All **software** here is tested on Linux, but should work on most platforms. ... **Palantir** is a renderer for creating those magic eye pictures that you look at ...
www.cse.unsw.edu.au/~cmoore/ - 6k - <u>Cached</u> - <u>Similar pages</u>

### Bibliography
**Software** practice and experience, 15:637, 1985. 20: Caldera. COAS project. http://www.caldera.com. 21: Webmin project. http://www.webmin.com. 22: **Palantir**. ...

www.iu.hio.no/~mark/research/immune/Aldrift/node1.html - 15k - Cached - Similar pages

**Previous** 7  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26      **Next**

palantir software                    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

## Google

palantir software                          Search    Advanced Search
                                                     Preferences

---

**Web**                        Results **171 - 180** of about **123,000** for **palantir** <u>software</u>. (0.17 seconds)

### <u>**Palantir** 1.0 freeware - Games & Entertainment - Logic & Mind ...</u>
**Palantir** freeware - New player-friendly free shooter-like game for any mood and lifestyle. -
Freeware Download Box. ... 3d **software** freeware. cool sites: ...
www.freewarebox.com/free_3409_**palantir**-download.html - 25k - <u>Cached</u> - <u>Similar pages</u>

### <u>ONBOARD DATA HANDLING</u>
**Palantir**-B System **Software** Requirements and Design Document (SRDD) The **Palantir**-B
system is an on-going project that collects data from the atmosphere and ...
microsat.sm.bmstu.ru/e-library/ccdh/eccdh.htm - 39k - <u>Cached</u> - <u>Similar pages</u>

### <u>Seminar on Global **Software** Development</u>
**Palantír**: Raising Awareness among Configuration Management Workspaces. In
proceedings, International Conference on **Software** Engineering, ...
www.cs.tut.fi/~imed/courses/GSD/ - 186k - <u>Cached</u> - <u>Similar pages</u>

### <u>The **Palantir** of Westernesse - Wikihack - a Wikia wiki</u>
The **Palantir** of Westernesse was a quest artifact from versions of NetHack prior ...
**Software** bugs can be reported on the forums. Reports made here will be ...
nethack.wikia.com/wiki/The_**Palantir**_of_Westernesse - 28k - <u>Cached</u> - <u>Similar pages</u>

### [PDF] <u>Section 51 Manual - SAHRC</u>
File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
**Palantír** was formed by a trio of like-minded individuals, in order to take a different
approach to enterprise **software**. development to the market. ...
www.**palantir**.co.za/Section%2051%20Manual%20-%20SAHRC.pdf - <u>Similar pages</u>

### <u>Games - Free **Software** Downloads</u>
by Axe **Software** Free virtual pet game. Look after, feed and play games with a vir. ...
**Palantir** 1.0 by Absolutist.com New player-friendly free shooter-like game ...
www.newfreedownloads.com/Games/index-99.html - 21k - <u>Cached</u> - <u>Similar pages</u>

### <u>Method and system for copy-tracking distributed **software** featuring ...</u>
Owner/Assignee, **Palantir Software**, Inc. (Frederick, MD) MicroMind, .... A method of copy-
tracking distributed **software** programs over a computer network ...
www.wikipatents.com/6070171.html - 187k - <u>Cached</u> - <u>Similar pages</u>

### <u>soft82.com - Free downloads, Find any **software** solution for free ...</u>
Looking for the right free **software** download solution for your home or your business? ...
[more] Mysterious **Palantir** 1.0 Mysterious **Palantir** combines arcade ...
www.freehitwebcounters.com/Computers_Internet/**Software**/site/www.soft82.com - 23k -
<u>Cached</u> - <u>Similar pages</u>

### [GZIP] <u>From bogus@does.not.exist.com Mon Nov 15 14:55:08 1999 From: bogus ...</u>
File Format: Gzip Archive - <u>View as HTML</u>
This committee will be advisory to the heads of the **Software** Group (Brian .... Wed, 17 Nov
1999 15:18:19 -0500 (EST) Received: from **palantir**.cv.nrao.edu ...
listmgr.cv.nrao.edu/pipermail/mmaimcal/1999-November.txt.gz - <u>Similar pages</u>

### <u>Microsoft Solution Finder - Partners directory</u>

**"Palantir**-Com"SRL works in domain of Information Tehnologies. The main domains are: IT trainings, **software** development, **software** selling, business trainings **...**
https://.../PartnersDirectory.aspx?sortby=level_
up&page=3&location=c5ab476ebd0746d488e8ec7b069a34cc - 54k -
Cached - Similar pages

**Previous** 8   9   10 11 12 13 14 15 16 17 **18** 19 20 21 22 23 24 25 26 27        **Next**

palantir software                        Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                   Sign in

Google                palantir software                    [Search]   Advanced Search
                                                                      Preferences

---

**Web**                          Results **181** - **190** of about **123,000** for **palantir** **software**. (**0.16** seconds)

## Freeware Download: Download Game : Mumbo Jumbo - **Palantir** - David ...
**Palantir** License: Freeware. A free shooter game that will launch your ..... EjoyShot is an
easy to use Windows **software** to display in-game FPS and take PC ...
www.dirfile.com/freeware/download-game1.htm - 76k - Cached - Similar pages

[PDF] **Untitled**
File Format: PDF/Adobe Acrobat - View as HTML
Computer Corporation, director of development at **Palantir Software**, and vice president of
engineering at Galleria. Medical Systems. ...
www.platformconference.com/Images/pdf/Agenda0702.pdf - Similar pages

## Tactics downloads - 3D Backgammon Unlimited, **Palantir**, Reversi Fight
**Palantir** 1.0 by Absolutist.com. Launch your logics into a new free dimension. ... **Software**
Inc. An abstract two-player strategy game with a twist: instead ...
www.vicman.net/lib/tactics.htm - 58k - Cached - Similar pages

## The **Palantir** | Spread Firefox
The **Palantir**. Posted by Thallion on Sun, 04/17/2005 - 03:21Personal ... Special thanks to
Glaxstar & GraphicsGuru for the donation of **software** development ...
www.spreadfirefox.com/node/13996 - 23k - Cached - Similar pages

## Games **software** download
This program is comprehensive poker training **software** with statistics histo. ... Mysterious
**Palantir** combines arcade elements with a bit of strategy. ...
www.downloadfast.net/cat_6_p_76.html - 37k - Cached - Similar pages

## Constant system freeze with camE or **Palantir** - MandrivaUsers.org
Likewise **palantir** also freezes the system after it has been up a while. ... Installing
Mandriva, |-- Hardware, |-- **Software**, |-- Art And Design, |-- Games ...
mandrivausers.org/index.php?showtopic=36336&mode=threaded - 59k -
Cached - Similar pages

## Games Puzzle **Software** Downloads from **Software** Vault
Games Puzzle **Software** Downloads. ... Mysterious **Palantir** combines arcade with a bit of
strategy, and fun things from many games like Pool and Tetris. ...
www.**software**vault.com/Games--Puzzle/531 - 30k - Cached - Similar pages

## Handheld Linux Zaurus **Software** Index
The Handheld Linux Zaurus **Software** Index: for Sharp Zaurus and other devices. ...
**Palantir** - 1.0.1, Port of the **Palantir** Audio/Video client, (7 Apr 2003) ...
www.handheld-linux.com/swi/showapps.php?cat=Graphics - 33k - Cached - Similar pages

## UKSPA - UK Science Park Association
Hi-tech companies that have recently located to the multi-occupancy **Software** Centre
include Brinker Technology Ltd and **Palantir** UK Ltd while existing tenant ...
www.ukspa.org.uk/default.asp?t=1&channel_id=2379&editorial_id=14486 - Similar pages

## relax-搜索-免費軟體下載,Tranquillity Sky,Mysterious **Palantir** ...- [ Translate this page ]
relax-軟體搜索, 免費軟體下載: Tranquillity Sky,Mysterious **Palantir** (Linux),Monet ...

http://tchinese.uniondownload.com/**software**/Tranquillity_Sky_20319.html ...
tchinese.uniondownload.com/Search/relax_2_1.html - 25k - Cached - Similar pages

**Previous** 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28    **Next**

---

palantir software        [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

## Google

| | palantir software | | Search | Advanced Search |
|---|---|---|---|---|
| | | | | Preferences |

---

**Web**   Books                              Results **191 - 200** of about **123,000** for **palantir software**. (0.25 seconds)

### From owner-fitsbits at marmoset.cv.nrao.edu Sat Jun 14 09:28:04 ...
HEASARC has developed the FITSIO package of **software** routines for easily .... 18 Jun
1997 14:54:19 -0400 Received: from **palantir**.cv.nrao.edu (tismail at ...
fits.gsfc.nasa.gov/fitsbits/saf.97/saf.9706 - 19k - Cached - Similar pages

### downloadready.com - Free **Software** Downloads
Find the **software** you're looking for at **Software** Site, the most comprehensive ...
Mysterious **Palantir** combines arcade with a bit of strategy, and fun things ...
www.downloadready.com/Arcade%20games-1.shtml - 44k - Cached - Similar pages

### Главная страница Выставки COMINFO Moldova - **PALANTIR**-COM S.R.L.
Company **PALANTIR**-COM S.R.L. was created in 2002. ... creating of reliable, comfortable
**software** for clients: databases; websites; photography, video montage ...
exhibition.cominfo.md/eng/section/273/ - 13k - Cached - Similar pages

### SEC Info - **Palantir** Capital Inc - 13F-HR - For 3/31/00
As Of Filer Filing As/For/On Docs:Pgs Issuer Agent 5/15/00 **Palantir** ..... PUT 8341829PI
1150 2000 SH PUT TSI INTERNATIONAL **SOFTWARE** LTD COM 872879101 13290 ...
www.secinfo.com/dr4ur.526h.htm - 103k - Cached - Similar pages

### **Palantir**: A Visualization Tool for the World Wide Web
**Palantir** is a visualization tool that can be used to display the origin, ..... IEEE **Software**, 8
(5):19-28, September 1991. 4: B. P. Miller, M. Clark, ...
dcs.ics.forth.gr/Activities/Publications/INET98_**Palantir**.html - 38k - Cached - Similar pages

### ScienceDirect - Journal of Systems and **Software** : An experimental ...
An experimental card game for teaching **software** engineering processes ...... He has
developed several CM systems (including NUCM, SRM, **Palantír**,TWICS, ...
linkinghub.elsevier.com/retrieve/pii/S0164121204000378 - Similar pages

### Peter Brooks
Sharp Electronics Columbia University Lifeboat Associates Professional **Software**
Consortium **Palantir** Cybersites Grants Management Group ISC Consultants ...
www.micromind.com/pbrooks.htm - 7k - Cached - Similar pages

### poor form in the valley
Subject: **Palantir** Technologies is hiring multiple **Software** Engineers From: Akash Jain
Date: Wed, 12 Apr 2006 10:51:03 -0700 X-Message-Number: 7 ...
absolutgcs.org/2006/04/12/poor-form-in-the-valley/ - 24k - Cached - Similar pages

### Groupware: Design, Implementation, and Use : 10th International ... - Google Books Result
by Gert-Jan de Vreede, Luis A. Guerrero, Gabriela Marín Raventós - 2004 - Education - 378
pages
2 Distributed **Software** Development Environments Distributed **Software** Development ...
**Palantir** [1] and Gossip [3] propose environment enhancements based on ...
books.google.com/books?isbn=3540230165...

### cushman.net » **Palantir** Manual
This manual is a reference for the Palm application **Palantir**, the application ... Problems

with your player or **software** can be posted in the Troubleshooting ...
cushman.net/projects/**palantir**/manual/ - 35k - Cached - Similar pages

**Previous** 10 11 12 13 14 15 16 17 18 19 **20** 21 22 23 24 25 26 27 28 29    **Next**

---

palantir software    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google