# EXHIBIT E

> UNITED STATES PATENT AND TRADEMARK OFFICE
> Trademark Trial and Appeal Board
> P.O. Box 1451
> Alexandria, VA 22313-1451

Mailed: July 28, 2005

Cancellation No.92043394

Palantir.net, Inc.

v.

PALANTIR SOFTWARE, INC.

Nancy L. Omelko, Interlocutory Attorney:

On Mail 18, 2005, the Board sent a notice of default to respondent because no answer had been filed.

The record shows no response thereto.

Accordingly, judgment by default is hereby entered against respondent, the petition to cancel is granted, and Registration No. 2237160 will be cancelled in due course. See Fed. R. Civ. P. 55, and Trademark Rule 2.114(a).

*By the Trademark Trial and Appeal Board*

Sthompson/dab

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

Palantir.net, Inc.

v.

PALANTIR SOFTWARE, INC.

Cancellation No. 92043394

Jeffrey S. Wilson of Wilson & Associates for Palantir.net, Inc.

Palantir Software, Inc., pro se.

The petition of Palantir.net, Inc. having been granted on July 28, 2005, Registration No. 2237160 is hereby cancelled.

DEC 16 2005

Lynne G. Beresford
Commissioner for Trademarks