**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
Email:      kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone:  (317) 231-1313
Facsimile:   (317) 231-7433
Email:       dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | |
| Plaintiff, | **Case No.  C-07-3863 CRB** |
| v. | **CERTIFICATE OF SERVICE** |
| PALANTIR.NET, INC., | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Courtroom 8 |
| Defendant. | |

**CERTIFICATE OF SERVICE**  CASE NO. C-07-3863 CRB

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Marion County, Indiana. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204. On the date set forth below, I served a copy of the following documents:

> **PALANTIR TECHNOLOGIES, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]**
>
> **APPENDIX TO PALANTIR TECHNOLOGIES, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]**
>
> **DECLARATION OF STEPHEN COHEN [SUBMITTED UNDER SEAL]**
>
> **DECLARATION OF GUNA KIRHNERE [SUBMITTED UNDER SEAL]**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Thomas D. Rosenwein, Esq.
> Gordon, Glickman, Flesch & Rosenwein
> The Marquette Building, Suite 404
> 140 South Dearborn Street
> Chicago, IL 60603
> (312) 946-4208
> (312) 565-0832 (Facsimile)
> trosenwein@petersonross.com

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**CERTIFICATE OF SERVICE**        2        CASE NO. C-07-3863 CRB

1
2
3    ☒ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

4
5    ☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

6    ☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

7
8    ☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

9    I declare under penalty of perjury that the above is true and correct and that this
10   declaration was executed at Indianapolis, Indiana on the below inscribed date.

11   Date:  December 24, 2007                        _s/Dwight D. Lueck_____

27   INDS02 943605v1

**CERTIFICATE OF SERVICE**                     3                          CASE NO. C-07-3863 CRB