1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone:  (415) 875-2300
   Facsimile:   (415) 281-1350
4  Email:        kfritz@fenwick.com

5  **DWIGHT D. LUECK**
   **BARNES & THORNBURG LLP**
6  11 S. Meridian Street
   Indianapolis, IN  46204-3506
7  Telephone:  (317) 231-1313
   Facsimile:   (317) 231-7433
8  Email:        dwight.lueck@btlaw.com

9  Attorneys for Plaintiff,
   Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | |
| Plaintiff, | **Case No.  C-07-3863 CRB** |
| v. | **PALANTIR TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILINGS** |
| PALANTIR.NET, INC., | |
| Defendant. | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Courtroom 8 |

Regarding Palantir Technologies, Inc.'s Response in Opposition to Defendant's Motion for Preliminary Injunction, Declaration of Stephen Cohen, Declaration of Guna Kirhnere, and the Appendix in Support of Palantir Technologies, Inc.'s Response in Opposition to Defendant's Motion for Preliminary Injunction:

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office.

If you are a participant on this case, these filings will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not efiled for the following reason(s):

 X  Voluminous Document (PDF file size larger than efiling system allowances)

 __ Unable to Scan Documents

 __ Physical Object (description): _____

 X  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal

 __ Conformance with the Judicial Conference Privacy Policy (General Order 53).

 __ Other (description): _____

| | |
|---|---|
| 1 | BARNES & THORNBURG LLP |
| 2 | By: s/Dwight D. Lueck |
| 3 | **DWIGHT D. LUECK** |
| | 11 S. Meridian Street |
| 4 | Indianapolis, IN  46204-3506 |
| | Telephone: (317) 231-1313 |
| 5 | Facsimile: (317) 231-7433 |
| | Email: mailto:dwight.lueck@btlaw.com |
| 6 | [*Pro hac vice*] |
| 7 | |
| | **KATHRYN J. FRITZ (CSB NO. 148200)** |
| 8 | **FENWICK & WEST LLP** |
| | 555 California Street, 12th floor |
| 9 | San Francisco, CA  94104 |
| | Telephone: (415) 875-2300 |
| 10 | Facsimile: (415) 281-1350 |
| 11 | Email: kfritz@fenwick.com |
| | Attorneys for Plaintiff |
| 12 | **PALANTIR TECHNOLOGIES INC.** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

27  INDS02 943600v1

**PALANTIR TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILING**   3   CASE NO. C-07-3863 CRB