1  **KATHRYN J. FRITZ (CSB NO. 148200)**
   **FENWICK & WEST LLP**
2  555 California Street, 12th floor
   San Francisco, CA  94104
3  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
4  Email:       kfritz@fenwick.com

5  **DWIGHT D. LUECK**
   **BARNES & THORNBURG LLP**
6  11 S. Meridian Street
   Indianapolis, IN  46204-3506
7  Telephone: (317) 231-1313
   Facsimile:  (317) 231-7433
8  Email:       dwight.lueck@btlaw.com

9  Attorneys for Plaintiff,
   Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PALANTIR TECHNOLOGIES INC., | |
|---|---|
| Plaintiff, | **Case No.  C-07-3863 CRB** |
| v. | **[PROPOSED]** ORDER GRANTING PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION NOT TO EXCEED 25 PAGES |
| PALANTIR.NET, INC., | |
| Defendant. | |
| | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Courtroom 8 |

[PROPOSED] ORDER GRANTING REQUEST TO EXCEED PAGE LIMITS
FOR RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY
INJUNCTION

CASE NO. C-07-3863 CRB

1   On December 24, 2007, Plaintiff Palantir Technologies, Inc.'s ("Palantir Technologies") filed its Motion for Administrative Relief to File Response in Opposition to Defendant's Motion for Preliminary Injunction Not to Exceed 25 Pages. The Court has read the papers, the Motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Palantir Technologies' motion is GRANTED.

2. Palantir Technologies may file its response to Defendant's Motion for Preliminary Injunction not to exceed 25 pages.

3. The briefing schedule shall remain the same.

Dated: _____, 2008
December 26, 2007

Honorable Judge Charles R. Breyer
United States District Judge
Northern District of California

IT IS SO ORDERED

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING REQUEST TO EXCEED PAGE LIMITS
FOR RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY
INJUNCTION

2

CASE NO. C-07-3863 CRB