**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350
Email:        kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone:  (317) 231-1313
Facsimile:    (317) 231-7433
Email:         dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No.  C-07-3863 CRB** <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: January 14, 2008 <br> Time: 2:00 p.m. <br> Courtroom 8 |

The Court, having reviewed the Administrative Motion of Plaintiff, Palantir Technologies, Inc. ("Palantir Technologies"), to File Documents Under Seal, hereby, for good cause shown, orders that the following documents be filed under seal:

1. Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction;

2. The Appendix in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction ; and

3. The Declarations of Stephen Cohen and Guna Kirhnere in Support of Palantir Technologies' Response in Opposition to Defendant's Motion for Preliminary Injunction.

Redacted portions of the Response and Declarations shall be filed in a publicly available format.

December 26, 2007
Dated: _____, 2008



Hon. _____
United States District Court Judge
Northern District of California

INDS02 943597v1

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL         2         CASE NO. C-07-3863 CRB