1  **KATHRYN J. FRITZ (CSB NO. 148200)**
2  **FENWICK & WEST LLP**
   555 California Street, 12th floor
3  San Francisco, CA  94104
   Telephone: (415) 875-2300
4  Facsimile:  (415) 281-1350
   Email:      kfritz@fenwick.com
5
   **DWIGHT D. LUECK**
6  **BARNES & THORNBURG LLP**
   11 S. Meridian Street
7  Indianapolis, IN  46204-3506
   Telephone:  (317) 231-1313
8  Facsimile:   (317) 231-7433
   Email:       dwight.lueck@btlaw.com
9
10 Attorneys for Plaintiff
   PALANTIR TECHNOLOGIES, INC.
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14
   PALANTIR TECHNOLOGIES INC.,
15
        Plaintiff,                      **Case No.  C-07-3863 CRB**
16
     v.                                 **NOTICE OF MANUAL FILING OF**
17                                      **PLAINTIFF PALANTIR TECHNOLOGIES**
   PALANTIR.NET, INC.,                  **INC.'S CONFIDENTIAL APPENDIX IN**
18                                      **SUPPORT OF ITS RESPONSE TO**
        Defendant.                      **DEFENDANT'S MOTION FOR**
19                                      **PRELIMINARY INJUNCTION**
20                                      Date: January 14, 2008
21                                      Time: 2:00 p.m.
                                        Courtroom 8
22
23
24
25
26
27
28

NOTICE OF MANUAL FILING OF PALANTIR TECHNOLOGIES INC.'S
CONFIDENTIAL APPENDIX ISO RESPONSE TO MOTION FOR PI                CASE NO. C-07-3863 CRB

1  Regarding PLAINTIFF PALANTIR TECHNOLOGIES INC.'S CONFIDENTIAL
2  APPENDIX IN SUPPORT OF ITS RESPONSE TO DEFENDANTS' MOTION FOR
3  PRELIMINARY INJUNCTION:

4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.

6  If you are a participant on this case, this filing will be served in hard-copy shortly.

7  For information on retrieving this filing directly from the court, please see the court's
8  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not efiled for the following reason(s):

10  ___ Voluminous Document (PDF file size larger than efiling system allowances)
11  ___ Unable to Scan Documents
12  ___ Physical Object (description): _____
13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14  _X_ Item Under Seal
15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
16  ___ Other (description): _____

18  Dated: December 26, 2007            FENWICK & WEST LLP

20                                       By: /S/ Albert L. Sieber
                                                Albert L. Sieber

22                                       Attorneys for Plaintiff
                                         PALANTIR TECHNOLOGIES INC.