UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendant.

No. C 07 3863 CRB

## DECLARATION OF GEORGE DEMET (REDACTED)

1. I am one of the founders of the company known as Palantir.net, Inc. I serve as its secretary, and have done so since its incorporation on April 24, 2000.

2. I am over the age of 21 years and, if called as a witness, I could testify competently as to the matters set forth in this Declaration.

3. Palantir.net has been engaged in projects indirectly for FEMA, as a subcontractor to Hagerty Consulting. As part of a separate project for Hagerty (involving a website consultation for a portion of FEMA's main Web site used by FEMA), I met with and discussed the project with several FEMA employees in December, 2005. Based on these valuable contacts, I am hopeful that future projects may be obtained by the company.

4. With regard to Palantir.net's work for financial companies, which includes M3, First Bank & Trust, Order Execution Services, and , Thoma Cressey Bravo, the projects were all database-backed Web sites that used some form of content management system that was either developed and/or implemented by Palantir.net. in-house. In addition, the M3 project included the ability to import structured data from a spreadsheet to populate the transactions database that can be viewed on the Web site and sorted by either date or category.

5. Palantir.net has also made proposals to XXXXXX XXXXX XXXX and Chicago Investment Analytics for work that includes database applications. In addition to a database-backed public Web site, the XXXXXX XXXXX XXXXXXX proposal included integration with their backend personal information access management system, integration with their internal user authentication system (i.e., intranet access), subscriber services, intranet internal systems integration, and data-feed driven content. That project is currently on hold and has not yet been awarded to a vendor, though Palantir.net is one of the finalists. The proposal is for a fee of $XXXXXXX.

6. The proposal for Chicago Investment Analytics (a division of Charles Schwab) was made in 2002. It included a complete overhaul of their existing Web site and the addition of a custom database-backed content management system, as well as setting up and configuring a custom hosting environment using an Oracle database server. The first version of that proposal was for a fee of $XXXXXX, and the "scaled-back" version of the proposal was for $XXXXXXX. We did not receive the contract.

7. I understand the PTI, in its Response in Opposition to our Motion for Summary Judgment, has contended that of some fourteen projects that I identified in my initial declaration, the data base software was only developed to enhance the functionality of a client's website or to be used through a client's website. However, this is a mischaracterization to the extent that it suggests that all components of such databases were public.

8. In fact, eleven of the fourteen projects have components that are not part of the clients' public Web sites, and seven of the projects have no public component whatsoever:

- A database application that was used by the Federal Emergency Management Agency to manage reports submitted by Department of Homeland Security contractors operating on a $100 million technical assistance contract. (no public Web site component);

- A database application designed to allow a Department of Homeland Security contractor to rapidly identify available resources for deployment through FEMA and track those deployed personnel. (no public Web site component);

- A software platform for member-based organizations that allows them to manage their Web site, membership database, promote upcoming events, and sell products online. While most of it is used for a public Web site, there are member and alumni management tools which do not impact the public Web site;

- A completely custom end-to-end inventory, customer management, and order fulfillment system for a greeting card company. The portions of the project for a call center and order fulfillment system are not accessible via the public Web site;

- A database application for a real estate firm that allows them to track the success of different print-based ad campaigns and customize their advertising accordingly. (no public Web site component);

- An educational program that includes a hybrid multimedia application for Microsoft Windows and Apple Macintosh PCs, a Web site, and a backend database application that tracks data for thousands of student and parent participants at several of the largest school districts in the United States. The multimedia desktop application works without internet access, though it can be made accessible to the public Web site if an Internet connection is available. There is also a part of the site that collects user statistics and generates reports that is not available to the public;

- An order procurement system backed by a searchable online database that manages purchase order requests for several academic departments at Northwestern University. (no public Web site component);

- Room and equipment scheduling software, a separate project for Northwestern University. (no public Web site component);

- A standalone custom point-of-sale application to manage information about a hotel's customers and rewards program for Sottell. (no public Web site component);

- A database system designed to automatically schedule and allocate docent resources for educational programs at the Museum of the Art Institute of Chicago. This system has a limited public Web site component, but the vast majority of the functionality is not available to the public.

- A repository that allows board members of an environmental endowment fund overseen by several state governors to access organizational and financial documents. This repository has no public Web site component, although it is linked to from the home page.

9. I understand that PTI has sought to distinguish itself from Palantir.net by contending that Palantir.net's database software is principally accessed via a website, while PTI's programs function on stand-alone computers. I do not believe this is a valid or significant distinction.

10. Software programs can use a wide variety of application interfaces. The programs that many people usePalantir.net uses on a daily basis, like Microsoft Word, are programs that can be described as "desktop" applications, e.g., they are designed to run directly from a user's desktop. It is also possible to run a program through another application, such as a Web browser. In this case, the browser acts as the "desktop" component, but the interface and all the data that the user is interacting with are parts of a separate and distinct software application. An example

4

of this kind of program would be an application like Google Docs, which provides users with the ability to create documents through their Web browser using an interface similar to the Microsoft Word desktop application. As reported in the news media, Google Docs is widely seen to be a direct competitor to Microsoft's Office suite (article from NY Times attached hereto as Exhibit 1), even though one is "browser-based" and the other is a standalone "desktop" application.

11. Software programs also sometimes include a "server" backend component that feeds data from a server located either on a local network (such as an intranet) or the Internet to the application's "client" interface for direct manipulation by the user. Again, this client interface could be either through a browser or a desktop application, regardless of the location of the server or the intended use of the application. PTI's primary product, as described in their provided materials, testimony and on their Web site is a data system that uses both a server component and desktop client component (printout from PTI tech blog attached as Exhibit 2).

12. The vast majority of the applications created by Palantir.net include both a client and server component. While Palantir.net has built both standalone and client "desktop" applications, the majority of the projects that we build use a browser-based interface, because it is usually the best solution for the problem at hand. However, that is not to say that it is the only solution, and as shown above, we've shown that we're willing to use desktop client applications if needed.

13. Palantir.net is also not an Internet-based or e-commerce business, and does not offer products for sale over the Internet. Our Web site, which has existed at www.palantir.net since 1997, is used as a marketing tool both to inform potential clients or employees who may have heard about us through word of mouth or other sources about our services and case studies, and

to provide them with contact information, much like PTI's description of how they use their Web site. Palantir has not had the need to use the Google AdWords service because its Web site has historically enjoyed prime placement in a Google search for the word "Palantir". Palantir has never marketed itself as "Palantir Software" or encouraged users to use that search term to find its Web site.

FURTHER DECLARANT SAYETH NAUGHT.

I, George DeMet, declare under penalty of perjury under the law of the United States, the foregoing is true and correct. Executed in Evanston, Illinois on December 31, 2007.

                                      /George DeMet/
                                      George DeMet

**EXHIBIT 1**

HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS        Get Home Delivery | Log In | Register Now

# The New York Times

## Technology

○ Technology
○ All NYT

WORLD  U.S.  N.Y./REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS  STYLE  TRAVEL  JOBS  REAL ESTATE  AUTOS

**Search** Tech News & 8,000+ Products          **Browse Products**  -- Select a Product Category --          **Personal Tech »**  Cellphones, Cameras, Computers and more.

# Yes, There Can Be Life After Word

By DAMON DARLIN
Published: December 16, 2007

AS the clerk at Circuit City rang up my purchase of a new notebook computer last month, she started her up-selling.

**Related**
Google Gets Ready to Rumble With Microsoft (December 16, 2007)

Padded bag? No. Security lock? No. Windows Office?

For someone who processes words for a living, Microsoft's software would seem to be an indispensable tool. But when one of the least expensive versions of Office costs $150, or 25 percent of the price of my new notebook, I needed an alternative.

Google let me slip Microsoft's monopoly. Its Google Docs is a free suite of office applications. You can find it at docs.google.com. It works just like Office, but you use it online. The software that makes it work isn't on your computer, but on one of Google's.

You use the word processor just like Word, or I should say, the version you might remember from the early 1990s, before Microsoft added all the bells and whistles that you never need.

I had tried to use the stripped-down word processor from Microsoft that came installed on the notebook, Microsoft Works. But it didn't allow me to paste 500 words into a document, or even a fraction of that, so it seemed too hobbled to use.

Google Docs also has a spreadsheet program that apes Microsoft's Excel and a presentation application that can substitute for PowerPoint. There is also Calendar, replacing one function of Microsoft Outlook.

The advantage to Google Docs is that you can work on a document at home on one computer, store it and then grab the same document on another computer, even at the office. You could work on the document with any computer that has an Internet connection. (There's the hitch: you can't work on it while on a plane.)

Actually, there is another hitch. You store the documents on Google servers. That might make someone dealing with important documents nervous, if you think Google might be looking at them or that someone might hack in.

Those fears are exaggerated. But if you store documents there that prosecutors might want to look at, the documents are just as vulnerable to a search warrant or subpoena as they would be on your computer's hard drive.

After you work on a document, you can save a copy to your drive. You can send it to others, and they can edit it in Word.

**More Articles in Technology »**

**Circuits E-Mail**
Sign up for David Pogue's exclusive column, sent every Thursday.
[Sign Up]
See Sample | Privacy Policy



**MOST POPULAR - TECHNOLOGY**
E-MAILED | BLOGGED

1. Basics: Macro Photography, Microscopic Details
2. Amazon to Sell Warner Music Minus Copy Protection
3. State of the Art: The Pogues: Envelope, Please
4. Sony to Exit Rear-Projection TV Business
5. Yes, There Can Be Life After Word
6. Basics: Today's HDTV, or Next Year's?
7. Apple Making Deals for Web Video Rentals
8. Sony Discontinues Rear-Projection TV
9. Wal-Mart Abandons Online Movie Downloads
10. It's a Case. No, It's a Battery. No, It's Both for iPhones.

Go to Complete List »



The New York Times   **REAL ESTATE**
nytimes.com/realestate

The other advantage to Google Docs is that if you give permission, other people can edit it online, even while you're working on it. You don't have to send the file anywhere.

The online collaboration function is particularly useful with Calendar. A family or a small office can coordinate activities.

Google isn't the only company doing what is called computing in the cloud. Zoho (zoho.com) and ThinkFree (thinkfree.com) offer online word processing. In fact, some people think Zoho is actually the best online word processor available. (You can also get good free office applications that reside on your PC the old-fashioned way from Abiword.com or OpenOffice.org.)

I've lived for a month without Word. And it has set me free.

More Articles in Technology »

**What you get for ... $6 million**
Also in Real Estate:
Homes for $6 million or less in Manhattan
Homes for $6 million or less in Los Angeles
Homes for $6 million or less in Chicago

ADVERTISEMENTS

All the news that's fit to personalize.



Vote for the Collectible Car of the Year

Need to know more? 50% off home delivery of The Times.

Ads by Google                                             what's this?

**SAP for Midsize Companies**
SAP is For Great Companies, Not Just Great Big Companies. Learn Why
SAP.com/mkisize

**Google Bangalore**
We are hiring Software Engineers with great aspirations. Apply now!
www.Google.co.in/jobs

**Microsoft Word Software**
Solutions for Your Small Business Business Begins Here.
www.business.com

THE NEW YORK TIMES STORE



Lighting the Parachute Jump - 2006
Buy Now

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Browse Local Business Services**
Find businesses near you on The New York Times Business Services Directory.

| Business & Financial Services » | Computer & Telecom Services » |
| Food & Beverage » | Franchises, Partnerships & Manufacturing » |
| Health & Beauty » | Miscellaneous » |
| Professional Services » | Retail & Specialty Businesses » |
| Travel & Real Estate » | In partnership with DirectoryM |

**Related Articles**
FROM THE NEW YORK TIMES
I.B.M. to Push 'Cloud Computing,' Using Data From Afar
(November 15, 2007)

Software For Rent
(November 13, 2007)

LINK BY LINK; Will Success, or All That Money From Google, Spoil Firefox?
(November 12, 2007)

Google Is Pursuing Plans to Put a PC Into Every Pocket
(November 6, 2007)

INSIDE NYTIMES.COM

| ARTS » | OPINION » | MOVIES » | OPINION » | N.Y. / REGION » | WORLD » |



Jet Lagged: The Uninvited Guest
If seen in the right light, jet lag can open up the world, writes Pico Iyer.

   

New Zealand Builds a Nest Big Enough to Save Kiwis

Visions of a People in Motion | The Ghost Down the Hall Is Scary in Spanish, Too | Letters: Pictures Worth a Thousand Readers | The Noble, Gentle Swan Is Anything but, to Some |

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Copyright 2007 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map

**EXHIBIT 2**

# Palantir TechBlog
Thoughts on Java, computer science, and software development from the engineering front-lines.

Home

Products

Jobs

Contact

Tech Blog

About the Blog

You Are Brilliant
**We Are Hiring**
Now looking for the world's best computer scientists.
Learn more »

## About Palantir

- Palantir: so what is it you guys do?
- Palantir: embodying a 50-year old vision of the future
- Palantir Screenshots: Swing Sightings

## Archives

- December 2007
- November 2007
- September 2007
- July 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007

## Categories

- coding (15)
- development process (1)
- fun (2)
- javatech (7)
- palantir (5)
- palantirtech (1)
- performance (1)
- problemspace - finance (1)
- problemspace-government (1)
- softwarephilosophy (3)
- swing (7)
- tips and tricks (6)
- unit testing (1)
- visualization (1)

# Search TechBlog



## Hello World – we are Palantir Technologies

January 3rd, 2007 by Ari



Thoughts on Java, computer science, and software development from the engineering front-lines.

Welcome to the Palantir TechBlog. Here's a place for our engineers to sound off about all things technical. For now, it will be mostly related to general software engineering topics with a focus on development of enterprise software in Java. This will lead us to talk about SQL, Unix, Swing tricks, scaling Java, development practices and a host of other attendant topics related to what we do.

To be clear: we're not a J2EE shop, we're building enterprise class software from the ground up out of Java. So what does that mean? We're building large scale data systems that have a server component and desktop client component. Which means that we sort of touch on everything end-to-end, from making Swing performant and pretty to building custom database code to model some of the very interesting things that we're dealing with.

Please feel free to comment, we'd love to hear from you.

Swing hack: making transparent components disappear »

This entry was posted on Wednesday, January 3rd, 2007 at 10:58 pm and is filed under palantir. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## Leave a Reply

You must be logged in to post a comment.



# Palantir TechBlog

Discussions on Java, computer science, and software development from its engineering front lines.

Home

Products

Jobs

Contact

Tech Blog

About the Blog

## About Palantir

- Palantir: so what is it you guys do?
- Palantir: embodying a 50-year old vision of the future
- Palantir Screenshots: Swing Sightings

## Archives

- December 2007
- November 2007
- September 2007
- July 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007

## Categories

- coding (15)
- development process (1)

- fun (2)
- javatech (7)
- palantir (5)
- palantirtech (1)
- performance (1)
- problemspace - finance (1)
- problemspace-government (1)
- softwarephilosophy (3)
- swing (7)
- tips and tricks (6)
- unit testing (1)
- visualization (1)

## Search TechBlog

[_____] Search

# Oracle's JDBC driver + prefetch == garbage [collection]

February 23rd, 2007 by Ryan

### The Problem

Recently, we were experiencing major performance problems with loading documents from the database. Profiling did not isolate a single cause; everything (including unrelated, background operations) seemed slow. So, we started logging garbage collection, and found that we were collecting garbage at a rate of 20GB/min!

Profiling revealed that the worst offender, by far, was `OracleStatement.prepareAccessors()`. Interestingly, it only caused a problem when our result set included a LOB. For such queries, it allocates a 1MB object, regardless of whether the query returned any results at all.

Google searches revealed others who saw similar problems when accessing LOBs, but no solutions other than upgrading or changing drivers. We were already using the latest Oracle JDBC driver, and reverting to earlier drivers did not help. Switching drivers did solve the problem; however, pushing the change to production would require extensive testing to ensure that we were not trading in one problem for another (or more).

I was about to start conducting these tests when John discovered that we were setting the OracleConnection parameter "defaultRowPrefetch" to 1000. This parameter determines how many rows are pulled back from the database on each round-trip, and increasing this value from its default of 10 will normally yield a performance gain. As an experiment, I set the value to 1, and re-profiled memory allocation. The amount of memory allocated by

OracleStatement.prepareAccessors() decreased by about three orders of magnitude. Thus, it appears that when a query can return a LOB, Oracle's JDBC driver allocates approximately "rowPrefetch" KB of memory, even when zero rows are returned.

## The Solution

Returning the "defaultRowPrefetch" parameter to 10 did rid us of our garbage collection problems. However, because this is a global setting, reverting it reduced the performance of many other queries which returned many rows with no LOBs. The prospect of setting "rowPrefetch" on a per-query basis was unappetizing, to say the least, but the performance loss was significant. In the end, we altered how we retrieve rows from the database so that the fetch size geometrically increases as we pull results back from the database.

Specifically, the first batch we retrieve contains at most 10 rows, after which we increase the batch size to 20. Once we've retrieved 20 more rows, we increase the fetch size to 40, and so on. In this way, we never allocate large amounts of memory for queries which return few (or no) results, but we still quickly ramp up to a large fetch size.

For large queries which returned no LOBs, this solution is still slower than when "defaultRowPrefetch" was 1000. However, the slowdown on those queries was minor, overall system performance was substantially improved, and, importantly, the changes did not require any per-query tuning.

« Tips and tricks for immutable objects
Unicode and happy user experiences »

This entry was posted on Friday, February 23rd, 2007 at 6:50 pm and is filed under performance, javatech. You can follow any responses to this entry through the RSS 2.0 feed. You can skip to the end and leave a response. Pinging is currently not allowed.

## Leave a Reply

You must be logged in to post a comment.

**You Are Brilliant We Are Hiring**

**Palantir TechBlog**

Thoughts on java, computer science, and software development from the engineering front-lines.

Home

Products

Jobs

Contact

Tech Blog

About the Blog

## About Palantir

- Palantir: so what is it you guys do?
- Palantir: embodying a 50-year old vision of the future
- Palantir Screenshots: Swing Sightings

## Archives

- December 2007
- November 2007
- September 2007
- July 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007

## Categories

- coding (15)
- development process (1)
- fun (2)
- javatech (7)
- palantir (5)
- palantirtech (1)
- performance (1)
- problemspace - finance (1)
- problemspace-government (1)
- softwarephilosophy (3)
- swing (7)
- tips and tricks (6)
- unit testing (1)
- visualization (1)

## Search TechBlog

Search

# Unicode and happy user experiences

March 6th, 2007 by Carl

Everyone agrees that it's crucial to do validation on user input so that, among other things, your application never tries to write a value that's too long into a database field with a specific limit. Users of your application shouldn't, however, be left guessing whether the megabyte they pasted (and you *know* they will) into the eensy-teensy text field really got saved to the database or not. So you should limit the text field itself so they get immediate feedback, rather than via some Johnnie-come-lately error message, or worse, a bunch of text gets dropped in the bit bucket.

One fairly well established technique is to write a `DocumentFilter`, and when `insertString()` or `replace()` is called, validate the added text and truncate as necessary to ensure the database field length is not exceeded.

Now the fun part. What happens when you try to store your comments on N'Ko, Mongolian, Bopomofo (phonetic markers, now commonly used as an input character set for Mandarin), or even ancient Viking runes? You get two choices, store as ASCII or ISO-8859-1 (aka Latin-1), or whatever, and you lose data. Oops. Or convert to UTF-16 or UTF-8. Hm. Wait a minute, now the value (in bytes) is somewhere between 1-3 times as many bytes as the original String length. So, how do you limit the text field to the number of bytes the database will permit? If you picked UTF-16, it's pretty simple, divide the database limit by two. But it's pretty wasteful of space, usually. On the other hand, you can't predict exactly how many bytes the UTF-8 representation needs until you try it out.