UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendant.

No. C 07 3863 CRB

### DECLARATION OF TIFFANY FARRISS (REDACTED)

1. I am the president of Palantir.net, Inc., a corporation in good standing in the State of Illinois, which was incorporated on April 24, 2000.

2. I am over the age of 21 years and, if called as a witness, I could testify competently as to the matters set forth in this Declaration.

3. Now that Palantir.net, Inc.'s 2007 fiscal year has closed, its figures for revenues can now be accurately reported, rather than estimated as in my initial declaration submitted in October 2007.

4. The company ended the year with income 62% higher than the previous year (i.e., $xxxxxx for 2007 versus $xxxxxx for 2008). Because we closed our books on December 24, 2007 (our offices are closed for the week between Christmas and New Year's Day), we suspect that some of the $xxxxxx in accounts receivables for 2007 will be received on January 2, 2008. Had even $xxxxx of those billings been realized in 2007, we would have been slightly over $xxxxxxxxx in revenue received.

5. While the bulk of Palantir.net's projects are billed in the range of $25-100,000 per year, the company has had eight clients for whom it has completed over $100,000 in projects