JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | Case No.: C -07 3863 CRB <br><br> **PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: January 14, 2008 <br> Time: 2:00 p.m. <br> Courtroom 8 |

Pursuant to Civil Local Rules 7-11(a) and 79-5, Defendant/Counterplaintiff PALANTIR.NET, INC. ("Palantir.net") moves to file under seal the following documents or portions of documents, as indicated below:

1. **Palantir.net's Reply to Palantir Technologies, Inc.'s ("PTI") Response in Opposition to Defendant's Motion for Preliminary Injunction**: Portions of this document contain and/or discuss confidential financial and customer information that has been labeled Confidential or "Attorneys' Eyes Only" by the producing party pursuant to the Protective Order

1

PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

CASE NO. C 07 3863

entered in this case. In accordance with that Order, which limits access to materials so designated, Palantir.net respectfully requests that the Court allow it to file the above-referenced document under seal pursuant to Civil L.R. 79-5. A redacted copy of the Reply obliterating the confidential and/or Attorneys' Eyes Only portions will be filed publicly.

2. **Declarations of Tiffany Farriss and George DeMet Attached to the Reply:** Portions of these Declarations are deemed "Confidential" or "Attorneys' Eyes Only." Redacted copies of these documents obliterating the confidential or Attorneys' Eyes Only portions will be filed publicly. Palantir.net respectfully requests that the Court allow it to file these Declarations under seal pursuant to Civil L.R. 79-5.

3. The following **Exhibits Contained in the Appendix in Support of Palantir.net's Reply to PTI's Response in Opposition to Defendant's Motion for Preliminary Injunction:**

**Deposition Excerpts of the Depositions of DeMet and Farriss (Appendix Exhibits 1 and 2);** These deposition excerpts have been labeled "confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order in this case. In accordance therewith, which limits access to materials to be so designated, Palantir.net respectfully requests that the Court allow it to file the above-referenced document under seal pursuant to Civil L.R. 79-5.

WHEREFORE, Palantir.net respectfully requests that all these documents be filed under seal.

Dated this December 31, 2007

By: /s/ Thomas D. Rosenwein
Thomas D. Rosenwein

2

PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION                                      CASE NO. C 07 3863
TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH &
  ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com