JOSEPH L. STRABALA
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile:  (415) 495-3351
Email: legal@quantumsi.com

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH & ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | Case No.: C -07 3863 CRB |
| Plaintiff, | PALANTIR.NET, INC.'S NOTICE OF FILING AND CERTIFICATE OF SERVICE |
| vs. | |
| PALANTIR.NET, INC., | Date: January 14, 2008 |
| Defendant. | Time: 2:00 p.m. |
| | Courtroom 8 |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Please take note that on December 31, 2007, the undersigned caused Palantir.net, Inc.'s Reply in Support of Its Motion for Preliminary Injunction and Administrative Motion to File Under Seal Documents Relating to Its Reply to Plaintiff's Opposition to Motion for Preliminary Injunction to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are served by e-mail pursuant to the provisions of Fed.R.Civ. P. 5(b)(2)(D) on the following on December 31, 2007:

PALANTIR.NET, INC.'S NOTICE OF FILING AND                                                        CASE NO. C 07 3863
CERTIFICATE OF SERVICE

| | |
|---|---|
| Kathryn J. Fritz<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | Dwight D. Lueck<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 45204-3506 |

Dated this December 31, 2007

By: /s/ Thomas D. Rosenwein
    Thomas D. Rosenwein

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH &**
  **ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

**JOSEPH L. STRABALA**
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

2