UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendant.

No. C 07 3863 CRB

## CORRECTED FILING OF DECLARATION OF TIFFANY FARRISS (REDACTED)

This is a corrected filing to the redacted Declaration of Tiffany Farriss, previously filed on December 31, 2007 in the above-entitled cause. In converting the declaration to a .pdf file, Counsel for Palantir.net, Inc., inadvertently scanned the two pages of the declaration together so that only the first page was scanned and converted. This corrected filing includes both pages 1 and 2 of the redacted declaration.

Dated this January 2, 2008

By: /s/ Thomas D. Rosenwein
Thomas D. Rosenwein

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH &
  ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendant.

No. C 07 3863 CRB

## CORRECTED FILING OF DECLARATION OF TIFFANY FARRISS (REDACTED)

1. I am the president of Palantir.net, Inc., a corporation in good standing in the State of Illinois, which was incorporated on April 24, 2000.

2. I am over the age of 21 years and, if called as a witness, I could testify competently as to the matters set forth in this Declaration.

3. Now that Palantir.net, Inc.'s 2007 fiscal year has closed, its figures for revenues can now be accurately reported, rather than estimated as in my initial declaration submitted in October 2007.

4. The company ended the year with income 62% higher than the previous year (i.e., $xxxxxx for 2007 versus $xxxxxx for 2008). Because we closed our books on December 24, 2007 (our offices are closed for the week between Christmas and New Year's Day), we suspect that some of the $xxxxxx in accounts receivables for 2007 will be received on January 2, 2008. Had even $xxxxx of those billings been realized in 2007, we would have been slightly over $xxxxxxxxx in revenue received.

5. While the bulk of Palantir.net's projects are billed in the range of $25-100,000 per year, the company has had eight clients for whom it has completed over $100,000 in projects

since incorporation. In addition, four other clients have had projects for billings in excess of $70,000.

6. In just 2007, Plantir.net had two clients for whom it completed over $100,000 in billed projects and three other clients who genereated billings over $70,000 each.

7. Palantir.net has done work for FEMA, a governmental agency, as a subcontractor to Hagerty Consulting. I visited the Department of Homeland Security office in Washington D.C. in the fall of 2004 to consult on the projects (FEMA TACManager project) and interacted with that Department's employees.

8. In addition, Palantir I visited New Orleans with respect to a Fluor Corporation project to assess the scope and requirements of its disaster recovery efforts. There, I met and interacted with direct FEMA employees and other subcontractor personnel to FEMA so as to understand the problems associated with creating the desired database software program.

FURTHER DECLARANT SAYETH NAUGHT.

I, Tiffany Farriss, declare under penalty of perjury under the law of the United States, the foregoing is true and correct. Executed in Evanston, Illinois on December 31, 2007.

                                                  /Tiffany Farriss/
                                                  Tiffany Farriss