JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>PALANTIR.NET, INC., <br><br>Defendant. | Case No.: C-07 3863 CRB <br><br>PALANTIR.NET, INC.'S NOTICE OF MANUAL FILING AND CERTIFICATE OF SERVICE <br><br>Date: January 14, 2008 <br>Time: 2:00 p.m. <br>Courtroom 8 |

## NOTICE OF MANUAL FILING AND CERTIFICATE OF SERVICE

Please take note that on January 2, 2008, the undersigned caused Palantir.net, Inc.'s Reply in Support of Its Motion for Preliminary Injunction and Appendix to be filed with the Clerk of the United States District Court for the Northern District of California, copies of which are served Federal Express on the following on January 2, 2008:

Kathryn J. Fritz
Albert L. Sieber
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Dwight D. Lueck
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 45204-3506

1

PALANTIR.NET, INC.'S NOTICE OF MANUAL FILING AND                           CASE NO. C 07 3863
CERTIFICATE OF SERVICE

Dated this January 2, 2008

By: /s/ Thomas D. Rosenwein
Thomas D. Rosenwein

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH &**
**ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

**JOSEPH L. STRABALA**
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

2