JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | Case No.: C -07 3863 CRB |
| Plaintiff, | PALANTIR.NET, INC.'S [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| PALANTIR.NET, INC., | |
| Defendant. | |
| | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Courtroom 8 |

The Court, having reviewed the Administrative Motion of Defendant/Counterplaintiff Palantir.net, Inc.'s ("Palantir.net") to File Under Seal Documents Relating to Its Reply to Plaintiff's Opposition to Motion for Preliminary Injunction, hereby, for good cause shown, orders that the following documents be filed under seal:

1.  Palantir.net's Reply to Palantir Technologies, Inc.'s ("PTI") Response in Opposition to Defendant's Motion for Preliminary Injunction;

1

[PROPOSED] ORDER GRANTING
PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

CASE NO. C 07 3863

2. Declarations of Tiffany Farriss and George DeMet Attached to the Reply;

3. Exhibits Contained in the Appendix in Support of Palantir.net's Reply to PTI's Response in Opposition to Defendant's Motion for Preliminary Injunction: Deposition Excerpts of the Depositions of DeMet and Farris (Appendix Exhibits 1 and 2).

Redacted portions of the Reply and Declarations have been filed in a publicly available format.

Dated: ~~January 2, 2008~~ January 3, 2008



Judge Charles R. Breyer
United States District Court
Northern District of California

IT IS SO ORDERED

2

[PROPOSED] ORDER GRANTING
PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL DOCUMENTS RELATING TO ITS REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION

CASE NO. C 07 3863