**JOSEPH L. STRABALA**
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH & ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | Case No.: C-07 3863 CRB |
| Plaintiff, | **PALANTIR.NET, INC.'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| vs. | |
| PALANTIR.NET, INC., | |
| Defendant. | Case to be Related: 07-CV-6443 |

Defendant/Counterplaintiff PALANTIR.NET, INC. ("Palantir.net") moves this Honorable Court to relate Case No. 07-CV-6443 to the previous above-captioned litigation (07-3863), for the following reasons:

On July 27, 2007, Palantir Technologies, Inc. ("PTI") filed its declaratory action in this Court. On July 30, 2007, Palantir.net filed its action for trademark infringement and related claims in the Northern District of Illinois.

On October 2, 2007, this Court denied Palantir.net's Motion to Dismiss or Transfer this action to the Northern District of Illinois. Accordingly, Palantir.net agreed to have the case filed in Illinois transferred to the Northern District of California.

On November 27, 2007, the District Court in the Northern District of Illinois granted the Motion to Transfer the Illinois case to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §1404.

At the time of the transfer order, this case was pending under Case No. 07 3863. However, when the certified record was transferred to the Northern District of California, the case was treated as a "new" case and assigned Case No. 07 6443. On January 3, 2008, a Scheduling Order was filed electronically setting a Case Management Conference with the case assigned to the Honorable Judge Chen.

However, the transferred case from Illinois is simply the mirror image of the declaratory action earlier filed by PTI in this Court. Accordingly, the parties respectfully urge this Court to issue an Order which relates the erroneously assigned new number (1:07-4271) to the original case in the Northern District of California (07-3863). The parties have conferred on this matter and have agreed that because this action was initially filed as Case No. 07-3863 and assigned to the Honorable Judge Breyer, the transferred Illinois action should be related to the earlier filed suit.

2

PALANTIR.NET, INC.'S ADMINISTRATIVE
MOTION TO RELATE CASES

CASE NO. C 07 3863

**WHEREFORE**, Palantir.net respectfully requests that this Honorable Court issue an Order relating the newly assigned Case No. 1:07-4271 to the case currently pending before the Honorable Judge Breyer (Case No. 07-3863).

Dated this January 7, 2008

By: /s/ Thomas D. Rosenwein
Thomas D. Rosenwein

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH & ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

**JOSEPH L. STRABALA**
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

PALANTIR.NET, INC.'S ADMINISTRATIVE
MOTION TO RELATE CASES

CASE NO. C 07 3863

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Defendant Palantir.net, Inc.'s Motion to Relate Cases to be served by e-mail pursuant to the provisions of Fed.R.Civ. P. 5(b)(2)(D) on January 7, 2008:

Kathryn J. Fritz
Albert L. Sieber
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Dwight D. Lueck
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 45204-3506

/s/ Thomas D. Rosenwein
One of the Attorneys for Defendant
Palantir.net, Inc.

4