1  KATHRYN J. FRITZ (CSB NO. 148200)
   *kfritz@fenwick.com*
2  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  DWIGHT D. LUECK (*pro hac vice*)
   *dwight.lueck@btlaw.com*
7  BARNES & THORNBURG LLP
   11 S. Meridian Street
8  Indianapolis, IN  46204
   Telephone:     (317) 231-1313
9  Facsimile:     (317) 231-7433

10  Attorneys for Plaintiff
    PALANTIR TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | Case No. C-07-3863-CRB |
| Plaintiff, | **PLAINTIFF PALANTIR TECHNOLOGIES INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER** |
| v. | |
| PALANTIR.NET, INC., | |
| Defendant. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

REQUEST TO BRING EQUIPMENT INTO COURTROOM     -1-     CASE NO. C-07-3863 CRB

Pursuant to Local Rule 7-10, Plaintiff Palantir Technologies Inc., by its counsel, respectfully makes this Administrative Request for an order permitting delivery to the courtroom and use of the following equipment at the hearing on Defendant Palantir.net, Inc.'s Motion for Preliminary Injunction, scheduled for Monday, January 14, 2008, in the courtroom of the Honorable Charles R. Breyer:

- One laptop;
- One digital projector; and
- One projection screen.

Dated:   January 7, 2008            BARNES & THORNBURG LLP


By:  /s/ Dwight D. Lueck
         Dwight D. Lueck

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.


GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated:   January ____, 2008


By:_____
      Hon. Charles R. Breyer
      Judge of the United States District Court