**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PALANTIR TECHNOLOGIES INC.,                    No. C 07-03863 CRB

12              Plaintiff,                          **Clerk's Notice**

13       v.

14   PALANTIR.NET.INC,

15              Defendant.
     _____/

16

17   YOU ARE NOTIFIED THAT the Court has rescheduled the motion to amend complaint currently

18   on calendar for January 11, 2008 to January 14, 2008 at 2:00 p.m.  before the Honorable Charles R.

     Breyer.

19

20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21   San Francisco, CA  94102.

22
     Dated: January 7, 2008                        FOR THE COURT,
23
                                                   Richard W. Wieking, Clerk
24
                                                   By: _____
25
                                                   Barbara Espinoza
26                                                 Courtroom Deputy

27

28