JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | Case No.: C-07 3863 CRB <br><br> PALANTIR.NET, INC.'S [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES <br><br> Case to be Related: 07-CV-6443 |

The Court, having reviewed the Administrative Motion of Defendant/Counterplaintiff PALANTIR.NET, INC. ("Palantir.net") to relate Case No. 07-CV-6443 to the previous above-captioned litigation, 07-3863, for good cause shown, orders that Case No. 07 6554, which is the case transferred from the Northern District of Illinois and renumbered in this District, be deemed related to Case No. 07-3863 CRB and assigned to the Honorable Judge Breyer.

Dated this January __, 2008.

_____
Judge Charles R. Breyer
United States District Court
Northern District of California

2

PALANTIR.NET, INC.'S [PROPOSED]
ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

CASE NO. C 07 3863