KATHRYN J. FRITZ (CSB NO. 148200)
*kfritz@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

DWIGHT D. LUECK (*pro hac vice*)
*dwight.lueck@btlaw.com*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN  46204
Telephone:     (317) 231-1313
Facsimile:     (317) 231-7433

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALANTIR.NET, INC.,<br><br>　　　　　Defendant. | Case No. C-07-3863-CRB<br><br>**PLAINTIFF PALANTIR TECHNOLOGIES INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND ~~PROPOSED~~ ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Pursuant to Local Rule 7-10, Plaintiff Palantir Technologies Inc., by its counsel,
2   respectfully makes this Administrative Request for an order permitting delivery to the courtroom
3   and use of the following equipment at the hearing on Defendant Palantir.net, Inc.'s Motion for
4   Preliminary Injunction, scheduled for Monday, January 14, 2008, in the courtroom of the
5   Honorable Charles R. Breyer:

- One laptop;
- One digital projector; and
- One projection screen.

Dated:      January 7, 2008                    BARNES & THORNBURG LLP


                                               By:   /s/ Dwight D. Lueck
                                                     Dwight D. Lueck

                                               Attorneys for Plaintiff
                                               PALANTIR TECHNOLOGIES INC.


GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated:      January  08 , 2008

                                               By: _____
                                                     Hon. Charles R. Breyer
                                                     Judge, United States District Court
                                                     Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

REQUEST TO BRING EQUIPMENT INTO COURTROOM     -2-     CASE NO. C-07-3863 CRB