**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 14, 2008**

**C-07-03863** **CRB**

**PALANTIR TECHNOLOGIES INC.  v.  PALANTIR.NET.INC**

Attorneys:      Dwight Lueck                Thomas Rosenwein

                Kathryn Fritz

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Juanita Gonzalez**

**PROCEEDINGS:**                                                **RULING:**

1.  P's Motion to Amend Complaint                               Granted

2.  D's Motion for Preliminary Injunction

3.

**ORDERED AFTER HEARING:**

 Counsel to agree as to the preliminary injunction.

(X) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court X

(X) Referred to Magistrate Judge Edward M. Chen for: settlement conference to be held in early February.

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____              Expert Discovery Cut-Off _____
Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date April 8, 2008 @ 2:30 p.m. Trial Date April 14, 2008 @ 8:30 a.m. Set for _____ days
                                    Type of Trial:  (X )Jury    ( )Court

Notes: _____