JOSEPH L. STRABALA
JOE STRABALA LAW OFFICE
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

THOMAS D. ROSENWEIN
DON E. GLICKMAN
JAMES A. FLESCH
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com

Attorneys for Defendant
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | Case No.: C -07 3863 CRB |
| Plaintiff/Counterdefendant, | PALANTIR.NET, INC.'S NOTICE OF FILING AND CERTIFICATE OF SERVICE |
| vs. | |
| PALANTIR.NET, INC., | |
| Defendant/Counterplaintiff. | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Please take note that on January 31, 2008, the undersigned caused Palantir.net, Inc.'s Answer and Affirmative Defenses to the Amended Complaint to be filed with the Clerk of the United States District Court for the Northern District of California, copies of which are served by e-mail pursuant to the provisions of Fed.R.Civ. P. 5(b)(2)(D) on the following on January 31, 2008:

| | |
|---|---|
| Kathryn J. Fritz<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | Dwight D. Lueck<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 45204-3506 |

Dated this January 31, 2008

By: /s/ Thomas D. Rosenwein
    Thomas D. Rosenwein

**THOMAS D. ROSENWEIN**
**DON E. GLICKMAN**
**JAMES A. FLESCH**
**GORDON, GLICKMAN, FLESCH &**
  **ROSENWEIN**
140 South Dearborn Street, Suite 404
Chicago, IL 60603
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
Email: trosenwein@lawggf.com
Attorneys for Defendant
PALANTIR.NET, INC.

**JOSEPH L. STRABALA**
**JOE STRABALA LAW OFFICE**
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
Email: legal@quantumsi.com

PALANTIR.NET, INC.'S NOTICE OF FILING AND
CERTIFICATE OF SERVICE             CASE NO. C 07 3863