**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email:     kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:     dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **PALANTIR TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILINGS** <br><br> Date: March 14, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 |

Regarding Palantir Technologies, Inc.'s Motion for Partial Summary Judgment:

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office.

If you are a participant on this case, these filings will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason(s):

__ Voluminous Document (PDF file size larger than e-filing system allowances)

1    ___ Unable to Scan Documents

2    ___ Physical Object (description): _____

3    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

4    _X_ Item Under Seal

5    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

6    ___ Other (description): _____

BARNES & THORNBURG LLP

By: s/Dwight D. Lueck
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: mailto:dwight.lueck@btlaw.com
[*Pro hac vice*]

**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com
Attorneys for Plaintiff
**PALANTIR TECHNOLOGIES INC.**

INDS02 953500v1

**PALANTIR TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILING**    2    CASE NO. C-07-3863 CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW