**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350
Email:        kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone:  (317) 231-1313
Facsimile:   (317) 231-7433
Email:        dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No.  C-07-3863 CRB** <br><br> **PALANTIR TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: March 14, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 |

Pursuant to Civil Local Rules 7-11(a) and 79-5, Plaintiff Palantir Technologies, Inc. ("Palantir Technologies") moves to file under seal the following documents or portions of documents, as indicated below:

1. **Palantir Technologies' Motion for Partial Summary Judgment:** Portions of this document contain and/or discuss confidential financial and customer information that have been labeled "Confidential" or "Attorneys' Eyes Only" by the producing party pursuant to the Protective Order entered in this case.  In accordance with that Order, which limits access to

1  materials so designated, Palantir Technologies respectfully requests that the Court allow it to file
2  the above-referenced document under seal per Civil L.R. 79-5. A redacted copy of the Response
3  obliterating the confidential and/or Attorneys' Eyes Only portions will be filed publicly.
4    WHEREFORE, Palantir Technologies respectfully requests that this document be filed
5  under seal.

BARNES & THORNBURG LLP

By:  s/Dwight D. Lueck
**DWIGHT D. LUECK**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: mailto:dwight.lueck@btlaw.com
[*Pro hac vice*]

**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com
Attorneys for Plaintiff
**PALANTIR TECHNOLOGIES INC.**

INDS02 953496v1