| | |
|---|---|
| 1 | **KATHRYN J. FRITZ (CSB NO. 148200)** |
| 2 | **FENWICK & WEST LLP** |
|   | 555 California Street, 12th floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  (415) 875-2300 |
| 4 | Facsimile:   (415) 281-1350 |
|   | Email:       kfritz@fenwick.com |

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone:  (317) 231-1313
Facsimile:   (317) 231-7433
Email:       dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | |
| Plaintiff, | **Case No.  C-07-3863 CRB** |
| v. | **DECLARATION OF DWIGHT D. LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| PALANTIR.NET, INC., | |
| Defendant. | |
| | Date: March 14, 2008 |
| | Time: 10:00 a.m. |
| | Courtroom 8 |

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR
TECHNOLOGIES, INC.'S MOTION FOR ADMIN. REQUEST TO
DOCUMENTS UNDER SEAL

CASE NO. C-07-3863 CRB

I, Dwight D. Lueck, declare and state as follows:

1. I am a partner with the law firm of Barnes & Thornburg LLP, counsel of record for Plaintiff Palantir Technologies, Inc. ("Palantir Technologies"). I make this declaration of my own personal knowledge, except where otherwise indicated, in support of Palantir Technologies' Administrative Request to File Under Seal Its Motion for Partial Summary Judgment.

2. Palantir Technologies filed and served an administrative request to file under the seal the following portions of its Motion for Partial Summary Judgment that were based on information designated confidential by Palantir.net, Inc.: 2:11, 2:14, 5:3, 5:10, 5:18, 9:14, 9:19. I understand that the subject matter of these particular sections are not available to the public and are kept confidential by PNI, and such confidential information has economic value from not being known in that it concerns financial and customer information of the parties that would aid others in competing with PNI and their products and, as such, constitutes protectable trade secrets.

3. For these reasons, I believe it is appropriate and necessary that the designated information be produced on a confidential basis and disclosed only pursuant to the terms of the Stipulated Protective Order that has been entered in this case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 8th day of February, 2008.

By: s/Dwight D. Lueck

INDS02 953497v1

DECLARATION OF DWIGHT LUECK IN SUPPORT OF PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMIN. REQUEST TO DOCUMENTS UNDER SEAL

2

CASE NO. C-07-3863 CRB