**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
Email:     kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN  46204-3506
Telephone:  (317) 231-1313
Facsimile:   (317) 231-7433
Email:     dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No.  C-07-3863 CRB** <br><br> **(PROPOSED) ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: March 14, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 |

Now before the Court is a Motion for Partial Summary Judgment, filed by Plaintiff, Palantir Technologies, Inc.  After carefully considering all of the papers submitted by the parties, and having had the benefit of oral argument, the Court GRANTS Palantir Technologies, Inc.'s Motion for Summary Judgment as follows:

1. Judgment is entered against Palantir.net, Inc. on its Affirmative Defenses 1, 2 and 3;

2. Judgment is entered against Palantir.net, Inc. on Counts III, IV, V, VII and VIII of its Counterclaim; and

3. Judgment is entered barring Palantir.net, Inc. from recovering monetary damages, or from obtaining an accounting of Palantir Technologies, Inc.'s profits.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

INDS02 953493v1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| **PROPOSED ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT** | 3 | **CASE NO. C-07-3863 CRB** |
|---|---|---|