1  KATHRYN J. FRITZ (CSB NO. 148200)
   FENWICK & WEST LLP
2  555 California Street, 12th floor
   San Francisco, CA 94104
3  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
4  Email:    kfritz@fenwick.com

5  DWIGHT D. LUECK
   BARNES & THORNBURG LLP
6  11 S. Meridian Street
   Indianapolis, IN 46204-3506
7  Telephone: (317) 231-1313
   Facsimile: (317) 231-7433
8  Email:    dwight.lueck@btlaw.com

9  Attorneys for Plaintiff,
   Palantir Technologies, Inc.

FILED
08 FEB -8 PM 4:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES INC.,

  Plaintiff,

  v.

PALANTIR.NET, INC.,

  Defendant.

Case No. C-07-3863 CRB

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L-R. 11-3, David A. W. Wong, an active member in good standing of the bar of Indiana, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Palantir Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and e-mail address of that attorney is:

>ALBERT L. SIEBER (CSB NO. 233482)
>*asieber@fenwick.com*
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94041
>Telephone:   (650) 988-8500
>Facsimile:    (650) 938-5200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/6/08

*(signed)* David A. W. Wong

INDS02 951222v1S

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015615
Cashier ID: nudot
Transaction Date: 02/08/2008
Payer Name: Barnes and Thornburg LLP
---------------------------------
PRO HAC VICE
 For: David A.W. Wong
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
---------------------------------
CHECK
 Check/Money Order Num: 390216
 Amt Tendered:  $210.00
---------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-3863-CRB

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```