**KATHRYN J. FRITZ (CSB NO. 148200)**
**FENWICK & WEST LLP**
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **[PROPOSED] ORDER GRANTING PALANTIR TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: March 14, 2008 <br> Time: 10:00 a.m. <br> Courtroom 8 |

The Court, having reviewed the Administrative Motion of Plaintiff, Palantir Technologies, Inc. ("Palantir Technologies") to File Its Motion for Partial Summary Judgment Under Seal, hereby, for good cause shown, orders that the following document be filed under seal:

1. Palantir Technologies, Inc.'s Motion for Partial Summary Judgment.

Redacted portions of the Motion shall be filed in a publicly available format.

**IT IS SO ORDERED.**

Dated: February 11 __, 2008

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

INDS02 953494v1

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL

2

CASE NO. C-07-3863 CRB