**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         February 11, 2008

**Court Reporter:**     FTR 021108 (4:09 - 4:20)

**Case No.:**     C-07-3863 CRB (EMC)

**Case Name:**    Palantir Technologies, Inc. v. Palantir.net, Inc.

**Counsel:**
**Plf:**   Dwight D. Lueck                    **Def:**   Thomas D. Rosenwein
                                                        Joseph L. Strabala

**Outcome of Settlement Conference:**

|           X           |   Settled            |
|-----------------------|----------------------|
|  _____             |   Partial settlement |
|  _____             |   Did not settle     |
|  _____             |   Other:             |

**Notes:**

**Time:** 6.25 hours

                                        _____/s/_____
                                        Leni Doyle, Deputy Clerk

cc:    EMC, CRB