KATHRYN J. FRITZ (CSB NO. 148200)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

DWIGHT D. LUECK
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: dwight.lueck@btlaw.com

Attorneys for Plaintiff,
Palantir Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendant.

Case No. C-07-3863 CRB

[~~PROPOSED~~] ORDER GRANTING *PRO HAC VICE* APPLICATION

    David A. W. Wong, an active member in good standing of the bar Southern District of Indiana, whose business address and telephone number is:

    BARNES & THORNBURG LLP
    11 South Meridian Street
    Indianapolis, Indiana 46229
    Telephone: 317.236.1313
    Facsimile: 317.231.7433

and having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Palantir Technologies, Inc.;

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

8  Dated:  __February 11, 2008__



_____
Hon. Charles Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

INDS02 952308v1

[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION         2         CASE NO. C-07-3863 CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW