1 **KATHRYN J. FRITZ (CSB NO. 148200)**
2 **FENWICK & WEST LLP**
555 California Street, 12th floor
3 San Francisco, CA 94104
Telephone: (415) 875-2300
4 Facsimile: (415) 281-1350
Email: kfritz@fenwick.com
5

6 **DWIGHT D. LUECK**
**BARNES & THORNBURG LLP**
7 11 S. Meridian Street
Indianapolis, IN 46204-3506
8 Telephone: (317) 231-1313
Facsimile: (317) 231-7433
9 Email: dwight.lueck@btlaw.com

10 Attorneys for Plaintiff,
Palantir Technologies, Inc.
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PALANTIR.NET, INC., <br><br> Defendant. | **Case No. C-07-3863 CRB** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff, Palantir Technologies, Inc. and the Defendant, Palantir.net, Inc., hereby stipulate to the dismissal of this action with prejudice (including all claims of Plaintiff, counterclaims of Defendant, and all claims in the action originating in the Northern District of Illinois and consolidated with this action), with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL WITH PREJUDICE                                     **CASE NO. C-07-3863 CRB**

Respectfully submitted,

| | |
|---|---|
| s/Dwight D. Lueck | s/Thomas D. Rosenwein |
| Dwight D. Lueck | Thomas D. Rosenwein |
| David A. W. Wong | GORDON, GLICKMAN, FLESCH & |
| BARNES & THORNBURG | ROSENWEIN |
| 11 South Meridian Street | The Marquette Building, Suite 404 |
| Indianapolis, IN  46204 | 140 South Dearborn Street |
| | Chicago, IL 60603 |
| Kathryn J. Fritz | |
| FENWICK & WEST LLP | Joseph Strabala |
| 555 California Street, 12th floor | Joe Strabala Law Office |
| San Francisco, CA  94104 | One Embarcadero Center, Suite 1020 |
| | San Francisco, California 94111 |
| Attorneys for Plaintiff, | |
| Palantir Technologies, Inc. | Attorneys for Defendant, |
| | Palantir.net, Inc. |

INDS02 958818v1

STIPULATION OF DISMISSAL WITH PREJUDICE        2        **CASE NO. C-07-3863 CRB**