KATHRYN J. FRITZ (CSB NO. 148200)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
Email:       kfritz@fenwick.com

DWIGHT D. LUECK
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3506
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email:       dwight.lueck@btlaw.com
[*Pro hac vice*]

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>PALANTIR.NET, INC.,<br><br>Defendant. | **Case No.  C-07-3863 CRB**<br><br>**(PROPOSED) ORDER OF DISMISSAL** |

This matter came before the Court upon the Stipulation of Dismissal With Prejudice of the parties.

Being duly advised, the Court hereby **ORDERS** that all claims in this lawsuit are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Dated: _____          _____
                                                                 United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO