1  KATHRYN J. FRITZ (CSB NO. 148200)
   FENWICK & WEST LLP
2  555 California Street, 12th floor
   San Francisco, CA 94104
3  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
4  Email: kfritz@fenwick.com

5  DWIGHT D. LUECK
   BARNES & THORNBURG LLP
6  11 S MERIDIAN ST
   INDIANAPOLIS, IN 46204-3506
7  Telephone: (317) 231-1313
   Facsimile: (317) 231-7433
8  Email: dwight.lueck@btlaw.com
   [*Pro hac vice*]

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | Case No. C-07-3863 CRB |
| Plaintiff, | ~~(PROPOSED)~~ ORDER OF DISMISSAL |
| v. | |
| PALANTIR.NET, INC., | |
| Defendant. | |

This matter came before the Court upon the Stipulation of Dismissal With Prejudice of the parties.

Being duly advised, the Court hereby **ORDERS** that all claims in this lawsuit are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Dated: March 17, 2008 _____
United States Dist[rict Judge]

IT IS SO ORDERED
Judge Charles R. Breyer

(PROPOSED) ORDER OF DISMISSAL                                CASE NO. C-07-3863 CRB