UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC., | No. C-07-3863 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT TRANSCRIPT** |
| PALANTIR.NET, INC., | |
| Defendant. | |

Any transcript related to the settlement proceeding held on February 11, 2008 before Magistrate Judge Edward M. Chen shall be filed **UNDER SEAL**. Additionally, only counsel of record shall have access to the transcript and/or FTR proceeding (FTR 021108 (4:09 - 4:20)):  (1) Fenwick & West; (2) Barnes & Thornburg; (3) Gordon Glickman Flesch & Rosenwein; and (4) Law Offices of Joseph L. Strabala.

IT IS SO ORDERED.

Dated: September 21, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge