KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
DANIEL K. NAZER - #257380
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>PALANTIR.NET, INC.,<br>Defendant. | Case No. C-07-3863 CRB<br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Palantir Technologies Inc. ("Palantir") submits this Administrative Motion to Consider Whether Cases Should be Related.

**MEMORANDUM IN SUPPORT**

Pursuant to Northern District Civil Local Rule 3-12, plaintiff Palantir Technologies Inc. ("Palantir") notifies the Court of (1) a newly-filed action action, *Palantir Technologies Inc. v. Palantir.net, Inc.*, Case No. C-10-04283 DMR (the "Settlement Action"), which is currently pending before the Honorable Donna M. Ryu in this District; and (2) the relationship of the Settlement Action to *Palantir Technologies Inc. v. Palantir.net, Inc.*, Case No. C-07-3863-CRB (the "Original Action"), which was previously assigned to the Court.

Palantir filed this Original Action on July 27, 2007 seeking a declaratory judgment that its use of PALANTIR does not infringe on any purported trademark rights defendant Palantir.net, Inc. ("PNI") claimed to own in PALANTIR. PNI filed counterclaims including a claim for trademark infringement under the Lanham Act. On March 17, 2008, after the parties reached a settlement, all claims in the Original Action were dismissed with prejudice. This case was terminated on March 18, 2008.

Palantir filed the Settlement Action on September 22, 2010. Palantir's Complaint in the Settlement Action alleges that PNI has breached the settlement contracts that defined and allocated Palantir's and PNI's trademark rights and resolved the Original Action. On August 3, 2010, PNI breached the contracts with Palantir by filing a Petition to Cancel with the United States Patent & Trademark Office ("USPTO"), asking the USPTO to cancel Palantir's registration of the PALANTIR mark, notwithstanding its release of all such claims in the settlement of the Original Action and other terms of the parties' contracts barring PNI from challenging Palantir's trademark rights. Palantir now brings the Settlement Action enforce the settlement and release and to recover its damages.

Palantir submits that the Original Action and the Settlement Action may be related within the meaning of Civil L.R. 3-12. First, the actions concern "substantially the same parties,

property, transaction or event" as they involve the same parties and relate to a dispute concerning the same PALANTIR mark. *See* Civil L.R. 3-12(a)(1). Second, there is the possibility of "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." *See* Civil L.R. 3-12(b). This Court likely already has a familiarity with the parties and the issues in the Settlement Action as a result of its adjudication of the Original Action.

For the foregoing reasons, Palantir respectfully requests that the Court consider whether the Settlement Action is sufficiently related to the Original Action that it should hear and resolve the Settlement Action.

Dated: September 23, 2010

KEKER & VAN NEST LLP

By: /s/ DANIEL PURCELL
DANIEL PURCELL
Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.